IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

EXHIBIT "A" & Medical Denial

2006 JUL 31 A 10: 05

Lonnie CAMMON # 236498
Full name and prison number of
plaintiff(s) P.O. BOX 5107
UNION SPRINGS, AL. 36089
Plaintiff

v.

VS

Doctor SEDIET, and
PHS, Prison HEALTH
Services defendants
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:06cv674.WKW
(To be supplied by the Clerk of the
U.S. District Court)

Jurisdiction: 12-11-30,
Code 1975 of, 42 USC 1983
FRCP. Rule 56 (c) of
FRCP Rule 8(a)(1) and 8(a)(2)

Statement of Claim        I.
II  Deliberate Indifference to
Medical Needs 429 U.S. At 106

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?    Yes ( )  No (X)

B.  Have you begun other lawsuits in state or federal court relating to your
imprisonment?    Yes ( )  No (X)

C.  If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline).

1.  Parties to this previous lawsuit;
Plaintiff(s) LONNIE CAMMON, Plaintiff
VS
Defendant(s) Docter SEdiet, etal frcp 28(a)

2.  RANdell Hampton, etal VS. PHS defendants
Court (if federal court, name the district; if state court, name the county)
_____
_____

3.  Docket No. CV:_____

4.  Name of Judge to whom case was assigned _____
Middle Distect U.S.C.

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _yes_

6.  Approximate date of filing lawsuit _July 25, 2006_

7.  Approximate date of disposition _frcp Rule 38, 39(a)_

II.  PLACE OF PRESENT CONFINEMENT _P.O. Box 5107_
_Union Springs, AL. 36089_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Eastland Correctional, And Bullock Prison_

III.  NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME    **I.**    ADDRESS

1.  _The Nurse Division At Eastland gave (2006)_
2.  _the Plaintiff, wrong un prescribe_
3.  _Medication, then (C-51) the Plaintiff to_
4.  _Bullock Prison II._
5.
6.  ~~Facts:~~ _46) U.S. 75, Punitive Damages Proper._

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _On July 25, 2006_
_Such Proper Medical But Denied (I Believe)_
_the State is trying to kill me as_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED: _2. Old Man._

GROUND ONE: _Inadequate Medical Care_
_429 U.S. At 106, appling Deliberate_
STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). _Indiff —_

_exence to medical needs,_
_State of Clams:_

_The Nurse's At East Land Prison_
_gave the Plaintiff, wrong un prescibe_
_Medication, that Violated the Plaintiff_
_Civil Rights, to Cause a Stroke to occur._

GROUND TWO: I'm Paralized on my TOTAL Left side, My Left

SUPPORTING FACTS: ARM IS Enlarged out of Portion, When I Ask for

GROUND THREE: Legal Help At, Bullock Prison

SUPPORTING FACTS: I WAS Exnored, that Amounted to Delibered Indifference to Proper Medical CARE, Where Defendants Are sued.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT the Court to Order Plaintiff to see A Free world Doctor (SAD) Soon As Possible   /s/ Lonnie Cammon
Signature of plaintiff(s)   Plaintiff
P.O. Box 5107

I declare under penalty of perjury that the foregoing is true and correct. UNION SPRING,
AL. 36089

EXECUTED on July 25, 2006
(date)

/s/ Lonnie Cammon #236498
Signature of plaintiff(s)

Statement of Claims for Punitive Damages:
I dont Care about The money Suyed for But I feel (I must Suy for Five Million, IN Order to get Proper Medical Help Needed.

-3-   1.

1.
429 U.S At 106   Statement of Claims #.