State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2          Rev. 2/95

# AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER

Case Number
*CV 2:06cv674* WKW

IN THE *Middle District Ct* COURT OF *Middle US Court* ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: *Lonnie Cammon v. Plaintiff vs PHS, etal*
Plaintiff(s)                    Defendant (s)

TYPE OF PROCEEDING: *Civil 42/1983* CHARGE(S) (if applicable): *42 USC 1983*
*403 US At 388*

[✓] CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. *429 US AT 388*
I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[✓] CIVIL CASE--(such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me. *429 US At 106 [ ]*

[ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

[ ] DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

## SECTION I.

### AFFIDAVIT

1. **IDENTIFICATION** *I, Lonnie Cammon #236498* Date of Birth *2-20-28*
   Full Name
   Spouse's Full Name (if married) *NO*
   Complete Home Address *P.O. Box 5107, Union Springs, AL. 36089*
   Number of People Living in Household *N/A*
   Home Telephone No. *N/A*
   Occupation/Job *Disable* Length of Employment *NA*
   Driver's License Number *None* * Social Security Number *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*
   Employer *None* Employer's Telephone No.
   Employer's Address *None*

2. **ASSISTANCE BENEFITS** *due to Inadequate Medical Care*
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)
   [ ] AFDC     [ ] Food Stamps     [ ] SSI     [✗] Medicaid     [ ] Other *429 US AT 106*
   *Denial*

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   | | |
   |---|---|
   | Monthly Gross Income | $ |
   | Spouse's Monthly Gross Income (unless a marital offense) | |
   | Other Earnings: Commissions, Bonuses, Interest Income,etc. | |
   | Contributions from Other People Living in Household | |
   | Unemployment/Workmen's Compensation | |
   | Social Security, Retirement, etc. | |
   | Other Income (be specific) | |
   | **TOTAL MONTHLY GROSS INCOME** | $ *In Prison* |

   Monthly Expenses:
   | | |
   |---|---|
   | A. Living Expenses | |
   | Rent/Mortgage | $ |
   | Total Utilities: Gas, Electricity, Water, etc. | |
   | Food | |
   | Clothing | |
   | Health Care/Medical | |
   | Insurance | |
   | Car Payment(s)/Transportation Expenses | |
   | Loan Payment(s) | |

*In Prison*

* OPTIONAL

Form C-10
Page 2 of 2        Rev. 2/95

## AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER

Case Number

Monthly Expenses: (cont'd from page 1)
Credit Card Payment(s)
Educational/Employment Expenses
Other Expenses *(be specific)* None

None

Sub-Total                                          A $ N/A

**B.** Child Support Payment(s)/Alimony                    $ N/A

Sub-Total    *No money*                          B $ N/A

**C.** Exceptional Expenses                                $ N/A

TOTAL MONTHLY EXPENSES *(add subtotals from A & B monthly only)*    $ N/A

Total Gross Monthly Income less total monthly expenses:
### DISPOSABLE MONTHLY INCOME                              $ None

**4.** **LIQUID ASSETS:**

Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)*    $

Equity in Real Estate (value of property less what you owe)

Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)

Other *(be specific)* Do you own anything else of value? ☐ Yes ☐ No
(land, house boat, TV, stereo, jewelry)    N/A
If so, describe _____

TOTAL LIQUID ASSETS                                        $ None

**5.** **Affidavit/Request**    *Signed under penalty of perjury*

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
_____ day of _____, 19 _____.

_____
Judge/Clerk/Notary

MR. ☒ Lonnie Cammon 236498
Affiant's Signature    P.O. Box 5107
Print or Type Name    Union Springs, AL.
                       36089

## SECTION II.                    ORDER OF COURT

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____
_____

☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, 19 _____.

_____
Judge