**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Sediet
Bullock County Correctional Facility
P. O. Box 5107
Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ruthie S. Per[ry]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
*Ruthie S. Perry*  7/3/[06]

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:06cv404
C + o
(40)

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3465 1174

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540