**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to:

General Counsel
Prison Health Services
Lewis Peyton Chapman III
Rushton Stakely Johnston & Garrett PC
P.O. Box 270
Montgomery, AL 36101-0270

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06cv674

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3465 1181

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540