IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LONNIE CAMMON, (AIS #236498) | * |
| | * |
| Plaintiff, | * |
| V. | 2:06-cv-674-WKW |
| | * |
| DOCTOR SEDIET and PRISON HEALTH SERVICES, | |
| | * |
| Defendants. | |
| | * |

## MOTION TO ALLOW MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

COME NOW Defendants Prison Health Services, Inc. (identified in the Plaintiff's Complaint as "Prison Health Services") (hereinafter PHS) and Tahir Siddiq, M.D. (incorrectly identified in the Plaintiff's Complaint as "Doctor Sediet") and move the Court, pursuant to its Order of August 2, 2006, to issue an Order allowing them to file a Motion to Dismiss, or, in the Alternative, Motion for More Definite Statement in this matter and in support thereof show as follows:

1. On July 31, 2006, the Plaintiff filed a Complaint against PHS, the company that contracts with the Alabama Department of Corrections to provide healthcare to inmates in the State of Alabama, and Dr. Siddiq, the Medical Director for Bullock County Correctional Facility.

2. The Plaintiff's Complaint is completely void of information indicating how PHS or Dr. Siddiq has acted inappropriately in treating the Plaintiff. He simply claims that he was given incorrect medication at Easterling Correctional Facility by a group of unnamed nurses during the year 2006.

3. Without some indication describing what PHS or Dr. Siddiq is alleged to have done wrong, these Defendants cannot provide a responsive pleading to the Plaintiff's Complaint. Any response offered by PHS in response to these vague allegations would necessarily be based on conjecture.

4. Moreover, as discussed above, the Plaintiff claims that he was given incorrect medication while incarcerated at Easterling Correctional Facility. Easterling is located in Clio, Alabama. Dr. Siddiq does not practice medicine at Easterling; he practices at Bullock County Correctional Facility located in Union Springs, Alabama. Any and all claims against Dr. Siddiq involving care this Plaintiff received at Easterling must fail as Dr. Siddiq does not practice at Easterling.

WHEREFORE PHS and Dr. Siddiq move this Honorable Court to enter an Order allowing them to file a Motion to Dismiss, or, in the Alternative, Motion for More Definite Statement.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for PHS and Dr. Siddiq

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 11 day of August, 2006, to:

LONNIE CAMMON, (AIS #236498)
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

                                                  s/R. Brett Garrett GAR085
                                                  Attorney for PHS and Dr. Siddiq