IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE CAMMON, #236498, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-674-WKW |
| | ) |
| DOCTOR SEDIET, et al., | ) |
| | ) |
|     Defendants | ) |

## ORDER

Upon consideration of the motion for leave to file a motion to dismiss filed by the defendants on August 11, 2006 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this    14th  day of August, 2006.


/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE