IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE CAMMON, #236498, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-674-WKW |
| | ) |
| DOCTOR SEDIET, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon consideration of the *motion for more definite statement* filed by the defendants on August 11, 2006 (Court Doc. No. 7), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before August 25, 2006, the plaintiff shall file an amendment to his complaint which (i) specifically describes how the defendants violated his constitutional rights, and (ii) asserts with clarity those factual allegations material to his claims for relief.

3. The defendants be GRANTED an extension from September 11, 2006 to and including September 26, 2006 to file their special report and answer.

In responding to this order, the plaintiff should set forth ***short and plain statements*** setting forth his claims for relief. Each allegation in the amendment must be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff is **cautioned** that failure to respond to this order will result in a recommendation that this case

be dismissed.

    Done this 14th day of August, 2006.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE