In the United States district court for middle District United States Court

RECEIVED
2006 AUG 16 A 9:34
CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lonnie Cammon #236498 )
             Plaintiff )
                       )
    vs                 )
                       )   2:06-CV-674
Doctor Sediet, et al   )   WKW
(PMS) Prison Medical   )
Service, Defendants    )

## I.
### Special Report of Plaintiff on Personal Knowledge FRCP Rule 36 and 56(e)

## II.
### Motion for Order for The Defendant to Send Plaintiff to Free World Hospital (SAP)

## III.

Come's Now The Plaintiff, And Hereby moves This Honorable Court for order Compelling The Defendant, i.e. Doctor Sediet, to (1) Deliver the Plaintiff to ~~free~~ World Hospital, or matter of Deteorating Health.

-1-

## IV.

2) The Plaintiff Is Paralized on (one side) of his Body, And Is In Need of fast medical service,

3) The Defendants At This Prison Acts As Though I'm Not In Need of Any medical Services,

4) where If the United States Judge or Magistrate would Summon, the Plaintiff, I.e. Before Them, the Court Can See, for It's Self, That the Plaintiff (Is In Need) of Speedy Medical Service,

5) the Plaintiff In this Case Is 78 years of age, where As A young medical Patience, may Could wait on medical Service, But the Plaintiff Can't, this Is why I Beg this Court for Order, Compelling the Defendants to Deliver, the Plaintiff, to free — world Hospital.

-2-

## V.
## Affidavit

5) The Plaintiff Is Beening Denied, Adequate medical Care, to Cause deliberate Indifference to occur At. 429 U.S. At 106, applying Deliberate Indifference to medical Needs, 111 S.Ct. at 2326, 2327 Further The Plaintiff makes this Affidavit on Personal Knowledge for FRCP Rule 56(e) And FRCP 8(a)(1) and 8(a)(2) Showing Specific Grounds for Relief.

## Provisions
## VI.

6) Jurisdiction Is Invoked under 28 U.S.C. 1331, And 1332, of 28 U.S.C. 1391(a) Invoking 28 U.S.C. 2201 and 2202 of (FRCP) Rule 57, and Read with Bivens Vs. Six Unknown Agents, 403 U.S. At 388, showing a Colorable Issue for 398 U.S. At 144 What was done was done under the Color of Law, Giving Rise to 42 U.S.C. 1983 (1)(2)(3)(4)(5) 328 U.S. 640 (1946)

-3-

7) The Plaintiff Invokes the Civil Rights Act of 1871, and Read with, 42 U.S.C. 1983, Provisons of the K.K.K. Act of 1871, of 12-11-30 (Subsection Civil) of Code 1975, At, West v. Founders Life Insurance Co., Supra of Federal Rules Civil Procedure, Rule 56 (e) At, Admissions (FRCP) Rule 36.

### Denial of Proper Medical Care

8) The Plaintiff, Believes that He Is Entitled to Proper and Immediely Medical Care, Because one of His Arm's Is Extra Large and Swollen were Any Reasonable Defendant or Doctor Can See That Plaintiff **NEED's** Immediely Medical Care.
Estelle v. Gamble 429 U.S. At 106

9) For These Reason's the Plaintiff Sends This Retroactive Special Report Direct to U.S. Judge or Magistrate At Rule 45     -4-  , for Express-

delivery to A (freeworld medical) doctor. (SAP).

## Certificate of Service

I, Lonnie Cammon # 236498, did hereby forward this five page document to P.O. Box 711 United States federal court, at c/o office of clerk
P.O. Box 711, Montgomery, AL. 36101

Done this August 7th 2006 mailing same the U.S. Court Clerk of Records,

For Additional Service c/o Defendants at their Additional Address 11 Union Street, Montgomery, AL. 36130, And In the office of Clerk

(S)/ Lonnie Cammon #236498
P.O. Box 5107
Clinton Springs, AL. 36089

-5-