IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE CAMMON, #236498, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-674-WKW |
| | ) |
| DOCTOR SEDIET, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon consideration of the motion for order requiring defendants to transport plaintiff to a free-world hospital filed by the plaintiff on August 16, 2006 (Court Doc. No. 10), and as the plaintiff has set forth no facts which warrant such action, it is

ORDERED that the motion is hereby DENIED.

Done this    17th day of August, 2006.


/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE