IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE CAMMON, #236498, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-674-WKW |
| | ) |
| DOCTOR SEDIET, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon consideration of the motion to strike filed by the plaintiff on August 16, 2006 (Court Doc. No. 11), in which the plaintiff requests that this court strike the defendants' motion to dismiss, and as the court denied the defendants leave to file such motion, *see Order of August 14, 2006 (Court Doc. No. 8)*, it is

ORDERED that the motion to strike be and is hereby DENIED as moot.

Done this    17th  day of August, 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE