IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Lonnie Cammon 228498
Full name and prison number of plaintiff(s) Simiular Situated

vs.

Doctor Sediet, et al
Simiular Situated
PMS, Prison Medical
Services, defendants
Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

"Amended Complaint"
FRCP Rule 15(a) FRCP
Rule 56(e) FRCP 8(a)(2)

CIVIL ACTION NO. 2:06CV674
(To be supplied by the Clerk of the U.S. District Court)

Jurisdiction
I
42 U.S.C. 1983 of Civil Rights
Act of 1871, FRCP Rule 56(e)
FRCP Rule 15(a)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes (✓) No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (✗)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) Lonnie Cammon
vs
Defendant(s) Defendants PMS And Doctor Sediet, For Violating His 1 Plaintiff right i.e. to proper medical care

2. Court (if federal court, name the district; if state court, name the county)

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

1
---
429 U.S. at 106                    SCANNED

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **yes**

6. Approximate date of filing lawsuit **July 2006**

7. Approximate date of disposition **Amended Aug. 2006**

II. PLACE OF PRESENT CONFINEMENT **P.O. Box 5107 Bullock C.F., F.A.C.I. Union Springs, AL 36089**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Bullock Prison**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. **P.M.S. - Prison Medical Services    P.O. Box 5107, Union Springs, AL 36089**
2.
3. **defendants**
4. **Similar Situated, et al**
5. **Doctor Sediet, et al**
6. **defendants,**

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **August 5, 11, 2006, applying 429 US at 106**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **I move the Court for and Order to be Delivered to free world Hospital Because of Beening Denied Adequate Medical Care**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

**On August 5, and August 11, 2006 Doctor Sediet whether Employed for PMS, or Prison Medical Services (a) Have Denied I the Plaintiff of Proper medical care, to Violate 429 U.S. at 106 (B) Appling Deliberate Indifference standard i.e. to Estelle v. Gamble supra.**

GROUND TWO: The Plaintiff Seeks, 100 million

SUPPORTING FACTS: from Both Defendants, that have Refused, to Order I, the Plaintiff of Seeing A free world Doctor

GROUND THREE: And Same

SUPPORTING FACTS: Violated 429 U.S. At 106 And Const, Amendment 8th to U.S. Constitution, under Color of State And federal Law, 403 U.S. At 388 (FRCP) Rule 56(e)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

The Plaintiff Seeks By FRCP Rule 15(a) 100 million, under Intentional Emotional Distress Caused By Both Name Defendants Utah Code ANN 2.

S/ Lonnie Cammon, 238498
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 12, 2006
(date)

S/ Lonnie Cammon 238498
Signature of plaintiff(s)

P.O. Box 5107
Bullock Corr. Fac.
Union Springs. AL.
36089

2.
Utah Code ANN
78-27-39(a)
For Emotional Distress
Caused By Defendants
And Read with Farmer Vs. Brennan Supra