IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE CAMMON, #236498, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-674-WKW |
| | ) |
| DOCTOR SEDIET, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

On September 1, 2006, counsel for the defendants erroneously filed a motion to dismiss. This motion is not properly before the court as the defendants submitted the motion without permission of the court. *See Order of August 2, 2006 - Court Doc. No. 4* at 2 ("No motion for summary judgment, motion to dismiss or any other dispositive motions . . . [may] be filed by any party without permission of the court."). The aforementioned order further directed that "[i]f any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*. at 2-3. Accordingly, it is

ORDERED that the motion to dismiss electronically filed by the defendants be stricken from the docket. The defendants are advised that the plaintiff has filed a complaint and amendment thereto which sufficiently set forth claims for relief against the named defendants. Specifically, the plaintiff contends that (i) during his confinement at the Easterling Correctional Facility in 2006 nurses provided him with the wrong medication

which caused him to suffer a stroke, (ii) on August 5, 2006 and August 11, 2006, the defendants denied him adequate medical treatment, and (iii) the defendants have refused to refer him to a free world specialist for treatment. The defendants are advised that they must file a written report in compliance with the orders entered herein addressing the claims for relief presented by the plaintiff.

Done this 5th day of September, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE