IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LONNIE CAMMON, (AIS #236498), | * |
| | * |
| Plaintiff, | * |
| V. | 2:06-cv-674-WKW |
| | * |
| DOCTOR SEDIET and PRISON HEALTH SERVICES, | |
| | * |
| Defendants. | |
| | * |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Defendants Prison Health Services, Inc. (identified in the Plaintiff's Complaint as "Prison Health Services" and incorrectly as "P.M.S. 'Prison medical Services'" in his amended Complaint) (hereinafter PHS) and Tahir Siddiq, M.D. (incorrectly identified in the Plaintiff's Complaint as "Doctor Sediet") and respectfully request that this Honorable Court extend the time period that this Defendant has to file its Answer and Special Report in this action by thirty (30) days, up to and including October 26, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to unavoidable scheduling conflicts, counsel for Defendants has been unable to meet with Bullock County Correctional Facility's Medical Director, Tahir Siddiq, M.D. in order to provide a defense in this matter.

2. The brief extension of time requested herein will in no way prejudice any party, nor will it in any way delay the adjudication of this matter.

WHEREFORE, Defendants hereby request this Court afford them thirty (30) days to submit a Special Report and Answer on October 26, 2006.

Respectfully submitted,


s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for PHS and Dr. Siddiq


RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 26th day of September, 2006, to:

LONNIE CAMMON, (AIS #236498)
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

s/R. Brett Garrett GAR085
Attorney for PHS and Dr. Siddiq