IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE CAMMON, #236498, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-674-WKW |
| | ) |
| DOCTOR SEDIET, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon consideration of the motion for extension of time filed by the defendants on September 26, 2006 (Court Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from September 26, 2006 to and including October 26, 2006 to file their special report and answer.

The defendants are cautioned that no further extensions of time will be allowed unless they establish exceptional circumstances which warrant such action.

Done this 27th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE