IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LONNIE CAMMON, (AIS #236498), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | 2:06-cv-674-WKW |
| | * | |
| DOCTOR SEDIET and PRISON HEALTH SERVICES, | * | |
| | * | |
| Defendants. | * | |

## SPECIAL REPORT OF DEFENDANTS PRISON HEALTH SERVICES, INC. AND TAHIR SIDDIQ, M.D.

COME NOW Defendants Prison Health Services, Inc. (identified in the Plaintiff's Amended Complaint as "PMS Prison Medical Services") (hereinafter PHS) and Tahir Siddiq, M.D. (incorrectly identified in the Plaintiff's Complaint as "Doctor Sediet") in response to this Honorable Court's Order and present the following Special Report with regard to this matter:

### I. INTRODUCTION

The Plaintiff, Lonnie Cammon (AIS# 236498) is a 76 year old inmate currently confined at Bullock County Correctional Facility located in Union Springs, Alabama. On July 31, 2006, Cammon filed a Complaint against Defendant PHS, the company that currently contracts with the Alabama Department of Corrections to provide healthcare to inmates at Bullock and other correctional facilities throughout the State of Alabama and Tahir Siddiq, M.D., Bullock's Medical Director, alleging that the nursing staff at Easterling Correctional Facility provided him with improper medication that caused him to have a stroke. (See Complaint).  Pursuant to court order the Plaintiff amended his

Complaint on August 23, 2006 to add claims that Dr. Siddiq failed to provide the Plaintiff with inappropriate medical care on August 5, 2006 and August 11, 2006. (See Amended Complaint). The Plaintiff further claims that Dr. Siddiq has acted inappropriately in failing to send him to a specialist for evaluation. (Id.) The Plaintiff demands that the Court issue an Order requiring that PHS send him to an "outside" care provider for unspecified medical treatment. (Id.) He also demands $100,000,000,000 in damages. (Id.)

As directed, the Defendants have undertaken a review of Plaintiff Cammon's claims to determine the facts and circumstances relevant thereto. At this time, the Defendants are submitting this Special Report, which is supported by a Certified Copy of Plaintiff Cammon's medical records (attached hereto as Exhibit "A"), the Affidavit of Tahir Siddiq, M.D. (attached hereto as Exhibit "B") and the Affidavit of Kay Wilson, R.N., H.S.A. (attached hereto as Exhibit "C"). These evidentiary materials demonstrate that Plaintiff Cammon has been provided appropriate medical treatment for his complaints at all times, and that the allegations in his Complaint are without merit.

## II. **NARRATIVE SUMMARY OF FACTS**

At all pertinent times, Lonnie Cammon (AIS# 236498) has been incarcerated as an inmate at Bullock and Easterling Correctional Facilities. (See Exhibits "A" – "C"). Cammon has been seen and evaluated by the medical or nursing staff at Easterling and Bullock, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at these facilities. (Id.)

Mr. Cammon has filed a Complaint in this matter alleging that Dr. Siddiq failed to provide him with appropriate medical care on August 5, 2006 and August 11, 2006. (See Amended Complaint). Mr. Cammon does not, however, specify how Dr. Siddiq has

failed to treat him appropriately. (Id.) He also states that that Dr. Siddiq has acted inappropriately in failing to refer him specialty evaluation. (Id.) Mr. Cammon's allegations are completely unfounded. (See Exhibits "A" & "B").

Mr. Cammon was transferred to Bullock County Correctional Facility on May 31, 2006. (See Exhibit "A"). Dr. Siddiq evaluated Mr. Cammon on June 1, 2006 for complaints of swelling in the left arm. (Id.) Dr. Siddiq provided Mr. Cammon with a physical evaluation and determined that he had swelling of the left elbow with tenderness. (Id.) He exhibited strong pulses. (Id.) Dr. Siddiq prescribed him a Decadron (corticosteroid) injection to combat swelling. (Id.) He was prescribed Naproxen for pain. (Id.)

On June 2, 2006 fluid was taken from Mr. Cammon's elbow. (Id.) It was determined that he did not suffer from gout. (Id.) On July 10, 2006, Dr. Siddiq again evaluated Mr. Cammon and determined that his swelling was greatly reduced. (Id.) He exhibited good range of motion. (Id.) On July 17, 2006, Mr. Cammon presented again with swelling in the forearm. (Id.) Dr. Siddiq started Mr. Cammon on prednisone. (Id.)

Contrary to the allegations in his Complaint, Mr. Cammon did not present to the healthcare unit for treatment on either August 5, 2006 or August 11, 2006. (Id.) In fact, he did not present for treatment at all during the month of August 2006. (Id.) He presented to the healthcare unit again on September 11, 2006 with renewed complaints for elbow and back pain. (Id.) He refused further treatment at that time. (Id.) Specialty evaluation is not medically indicated for Mr. Cammon's treatment. (Id.)

Mr. Cammon has also alleged that the nursing staff at Easterling failed to provide him with appropriate medications during the year 2006 and, as a result of this failure, he

was caused to suffer a stroke. (See Complaint). Mr. Cammon's allegations are simply unfounded. (See Exhibits "A" - "C").

Mr. Cammon was maintained with numerous medications while incarcerated at Easterling during the year 2006. (See Exhibit "C"). Specifically, Mr. Cammon was prescribed Ditropan[1], NitroQuick/Nitroglycerin[2], Aspirin[3], Mevacor[4], Tylenol, KCL, Bactrim[5], Isordil[6], Lasix[7], Zantac[8], Prednisone[9], Feldene[10] Cosopt[11], Colchicine[12], Artificial tears, Miconazole Cream[13] and Bengay. (Id.) These medications were prescribed to Mr. Cammon by Easterling's Medical Director, Jean Darbouze, M.D., and were adjusted by Dr. Darbouze as warranted by his changing medical condition. (Id.) The nursing staff at Easterling gave Mr. Cammon his medications as prescribed. (Id.) There is no indication that any of Mr. Cammon's medications have caused him to suffer a stroke. (Id.)

All of Mr. Cammon's medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. (See Exhibits "A"-"C"). Mr. Cammon has been seen and evaluated by the medical or nursing staff, and he has been referred to an

---

[1] Ditropan is indicated to help control the symptoms of overactive bladder.

[2] Nitroglycerin dilates blood vessels to prevent angina.

[3] Prevention and treatment of stroke and heart attack.

[4] Mevacor is indicated for treatment of high cholesterol.

[5] Bactrim is an antibiotic.

[6] Isordil is prescribed to relieve or prevent angina pectoris. Isordil dilates the blood vessels by relaxing the muscles in their walls.

[7] Lasix is a loop diuretic (water pill) that prevents the body from absorbing too much salt, allowing the salt to instead be passed in urine.

[8] Zantac is in a class of drugs called histamine receptor antagonists. Zantac works by decreasing the amount of acid the stomach produces.

[9] Prednisone is used alone or with other medications to treat the symptoms of low corticosteroid levels (lack of certain substances that are usually produced by the body and are needed for normal body functioning).

[10] Feldene, a nonsteroidal anti-inflammatory drug, is used to relieve the inflammation, swelling, stiffness, and joint pain associated with rheumatoid arthritis and osteoarthritis.

[11] Cosopt lowers high pressure in the eye, a problem typically caused by the condition known as open-angle glaucoma. Cosopt works by reducing production of the liquid that fills the eyeball.

[12] Colchicine is used to prevent or treat attacks of gout.

[13] Miconazole cream is an antifungal type of antibiotic. Miconazole cream is used to treat fungal skin infections such as candida, ringworm, athlete's foot, and jock itch.

4

appropriate care provider and given appropriate care, each time he has registered any health complaints at Easterling and Bullock Correctional Facilities. (Id.)

At all times, the Defendants have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. (Id.)  In other words, the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. (Id.)

At no time have the Defendants denied Mr. Cammon any needed medical treatment, nor have they ever acted with deliberate indifference to any serious medical need of Mr. Cammon. (Id.) At all times, Mr. Cammon's medical complaints and conditions have been addressed as promptly as possible under the circumstances. (Id.)

### III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.      The Defendants deny each and every material allegation contained in the Plaintiff's Complaint, as amended and demand strict proof thereof.

2.      The Defendants plead not guilty to the charges in the Plaintiff's Complaint, as amended.

3.      The Plaintiff's Complaint, as amended fails to state a claim against the Defendants for which relief can be granted.

4.      The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

5.      The Plaintiff is not entitled to any relief requested in the Complaint, as amended.

6.      The Defendants plead the defense of qualified immunity and aver that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

7.      The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint, as amended that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

8.      The Defendants cannot be held liable on the basis of <u>respondeat superior</u>, agency, or vicarious liability theories.

9.      The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

10.     The allegations contained in the Plaintiff's Complaint, as amended against the Defendants sued in their individual capacities, fail to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. <u>See</u> <u>Oladeinde v. City of Birmingham</u>, 963 F.2d 1481, 1485 (11th Cir. 1992); <u>Arnold v. Board of Educ. Of Escambia County</u>, 880 F.2d 305, 309 (11th Cir. 1989).

11.     The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

12.     The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

13.     The Defendants plead the general issue.

14.     This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would

amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

15.    The Plaintiff's claims against the Defendants in their official capacities are barred by the Eleventh Amendment to the United States Constitution.

16.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

17.    The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

18.    The Defendants plead the affirmative defense that the Plaintiff's Complaint, as amended fails to contain a detailed specification and factual description of the acts and omissions alleged to render it liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

19.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

20.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

21.    The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

22.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

23.     The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against them and that any such award would violate the United States Constitution.

24.     The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

25.     The Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to 42 U.S.C. § 1997e(a). The Plaintiff has failed to pursue the administrative remedies available to him. See Cruz v. Jordan, 80 F. Supp. 2d 109 (S.D. N.Y. 1999) (claims concerning Defendant's deliberate indifference to a medical need is an action "with respect to prison conditions" and is thus governed by exhaustion requirement).

26.     The Prison Litigation Reform Act amendment to 42 U.S.C. § 1997(e)(c) mandates the dismissal of Plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks money damages from the Defendants who are entitled to immunity.

27.     The Plaintiff's claims are barred by the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e).

28.     The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

29.     Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks

money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

30.    The Defendants assert that the Plaintiff's Complaint, as amended is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award these Defendants reasonable attorney's fees and costs incurred in the defense of this case.

31.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

**A.    The Plaintiff has failed to prove that the Defendants acted with deliberative indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Cammon's medical records reveals that Cammon has been given appropriate medical treatment at all times. (See Exhibits "A," "B," & "C"). All of the allegations contained within Cammon's Complaint, as amended are either inconsistent with his medical records, or are claims for which no relief may be granted. (Id.) Therefore, Cammon's claims against the Defendants are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Cammon must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Cammon must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Cammon's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-

105. Obviously, Cammon cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that appropriate standards of care were followed at all times. (Id.) These facts clearly disprove any claim that the Defendants acted intentionally or recklessly to deny treatment or care.

The Defendants are, further, entitled to qualified immunity from all claims asserted by Cammon in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Cammon to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Cammon must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the

11

individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting,

Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be

asked is whether the state of the law in 2006 gave the Defendants fair warning that the

alleged treatment of Cammon was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741

(U.S. 2002).

Therefore, to defeat summary judgment, Cammon must be able to point to cases

with "materially similar" facts, within the Eleventh Circuit, that would alert the

Defendants to the fact that its practice or policy violates his constitutional rights. See

Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified

immunity to be defeated, preexisting law must "dictate, that is truly compel (not just

suggest or allow or raise a question about), the conclusion for every like-situated,

reasonable government agent that what the defendant is doing violates federal law in the

circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151

(11th Cir. 1994). The Defendants submit that there is no case law from the United States

Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within

the Eleventh Circuit showing that, under the facts of this case, it was clearly established

that these alleged actions violated Cammon's constitutional rights. All of Cammon's

medical needs have been addressed or treated. (See Exhibits "A," "B," & "C"). The

Defendants have provided Cammon with appropriate medical care at all times and he has

received appropriate nursing care as indicated for treatment of his condition.

## V. **CONCLUSION**

The Plaintiff's Complaint, as amended, is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material facts relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, as amended, with prejudice, or enter a judgment in their favor.

Respectfully submitted,

_____
s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Prison Health Services,
Inc. and Tahir Siddiq, M.D.

RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this 26th day of October, 2006, to the following:

> LONNIE CAMMON, (AIS #236498)
> Bullock Correctional Facility
> P.O. Box 5107
> Union Springs, AL 36089

<br>

> _____
> s/R. Brett Garrett
> Alabama State Bar Number GAR085
> Attorney for Prison Health Services,
> Inc. and Tahir Siddiq, M.D.


EXHIBIT
A-1



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  | |
| ALLERGIES: | |
| Use Last     Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Fourth     Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  / | ① Namzyn 250 fo bd  X 150 |
| ALLERGIES: 7/17/6 | ② Aldrieve 20 mg fo bd X 150 |
| Use Third     Date  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cannon, Lonnie | DIAGNOSIS (If Chg'd) |
|---|---|
| A0     238492 | CBC |
| D.O.B.  / | Depakote I |
| ALLERGIES:   7/10/6  noted | |
| Use Second     Date  7/10/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS ① 4 wr Burden 1/w 9883 |
|---|---|
| |  893 |
| D.O.B.  /   7/10/6 | ② Perogui I  fo bd X 100 |
| ALLERGIES: | |
| Use First     Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)                    MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS |
|---|---|
| | |
| D.O.B. | |
| ALLERGIES: | |
| Use First    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Cammon Lonnie
238498

D.O.B.

ALLERGIES: 6/13/6

Use Last    Date  /  /

DIAGNOSIS (If Chg'd)

May use Diapers prn
for Urinary Incontinence
x 30 D

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cammon Lonnie

D.O.B.  /

ALLERGIES: 6/8/6

Use Fourth    Date  /  /

DIAGNOSIS (If Chg'd)

Menstrual Cue
x 20 Days KOP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cammon Lonnie
238498

D.O.B.

ALLERGIES: 6/2/6

Use Third    Date  /  /

DIAGNOSIS (If Chg'd)

Submit fluid for
Crystals ( Uric Acid )

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cammon Lonnie

D.O.B.

ALLERGIES: 6/2/6

NOTED
6-2-0
NJT
RN

Use Second    Date  /  /

DIAGNOSIS (If Chg'd)

① ASA i po SDT (800)

② Menacor 20mg po SDT (800)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cammon Lonnie
238498

D.O.B.

ALLERGIES: NKDA  6/1/6

Use First    Date 06 / 01 / 06

DIAGNOSIS

Uro Breakdwn 1/4 9D
x 5 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B.  /  /
ALLERGIES:

Use Last    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.  /  /
ALLERGIES:

Use Fourth    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B  /  /
ALLERGIES:

Use Third    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.  /
ALLERGIES:

Use Second    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Cammon, Lonnie

D.O.B. ▉▉▉▉▉
ALLERGIES:

Use F    Date 5/9/2006

**DIAGNOSIS**
refer to Dr. Dannenun for BAP
glaucoma evaluation

5/9/6

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Cammon Lonnie
# 238498

D.O.B.

ALLERGIES: NKDA

Use Last    Date 4/5/06

DIAGNOSIS (If Chg'd) T/D , CVA

CXR

DC Prednisone

DC Feldene

Naprosyn 375 mg i po BID x (4 days)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cammon Lonnie
# 238498

D.O.B.

ALLERGIES: NKDA

Use Fourth    Date 3/22/06

DIAGNOSIS (If Chg'd) DDD c spine, Arthritis L Elbow

Feldene 20 mg i po QAM x 30 days
Prednisone 20 mg po BID x 5 days then 20 mg
po QD x 5 days
Flu next week

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cammon Lonnie
# 238498

D.O.B.

ALLERGIES: NKDA

noted
8P
3/14/06

Use Third    Date 3/15/06

DIAGNOSIS (If Chg'd)

PPD

VTO Dr. Darboure / Buskin

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    3/17/06

---

NAME: Cammon Lonnie

D.O.B.

ALLERGIES: NKDA

noted
3/13/06

Use Second    Date 3/13/06

DIAGNOSIS (If Chg'd) Stasis edema, L Arm

Ace wrap L Arm

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cammon Lonnie

D.O.B.

ALLERGIES: NKDA

noted
3/9/06

Date 3/9/06

DIAGNOSIS Edema L Arm

Lay in profile x 6 months
keep L arm elevated x 2 weeks
DP III    3/13/06
3/14/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**PHYSICIANS' ORDERS**

---

NAME: Cannon Lonnie

D.O.B ▮▮▮▮▮
ALLERGIES: NKDA

Use Last     Date 3/9/06

DIAGNOSIS (If Chg'd) Edema L Arm, Throm Redness

Lasix 40mg 1 po QD x 5 days
KCl 10 meg 1 po QD x 5 days
Miconazole cr BID x 30 days
Sling L Arm x 2 weeks

Noted
J Shelby

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: CANNON, LONNIE
#238498

D.O.B ▮▮▮▮▮
ALLERGIES: NKA

Use Fourth   Date 3|6|06

DIAGNOSIS (If Chg'd)

EC ASA 325mg 1 PO qd X 90 days
NTG 0.4mg SL as directed PRN
chest pain X 90 days
DITROPAN 5mg 1 po BID X 90 days
Cosopt 0.5% gtt ea eye BID X 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon Lonnie
#238498

D.O.B ▮▮▮▮▮
ALLERGIES: NKDA

Use Third    Date 3/3/06

DIAGNOSIS (If Chg'd) Arth w/ L shoulder, DDD

prednisone 20 mg po BID x 5 days, then
20 mg po QD x 5 days
DC keep move
f/u next week

noted 3/3/06
Midway Fort
1:50PM

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon Lonnie
#238498

D.O.B ▮▮▮▮▮
ALLERGIES: NKDA

Use Second   Date 2/18/06

DIAGNOSIS (If Chg'd)
Mevacor 40 mg 1 po Bid X 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon Lonnie
#238498

D.O.B ▮▮▮▮▮
ALLERGIES: NKDA

Use First    Date 2/27/06

DIAGNOSIS
X-ray of L shoulder, L elbow and
L wrist
C spine series
Naproxen 375 mg po BID prn X 14 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Cannon Lonnie

DIAGNOSIS (If Chg'd) PTD, Chest Pain

D.O.B.
ALLERGIES: NKDA

Noted
2/5/06
M Harper RN
11:00am

Naproxen 375 mg ī P̄o BID x 14 days Pain
NTG SL PRN X 100 days (0.4 mg)
Dc Colchicine

Use Last     Date 2/5/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon Lonnie

DIAGNOSIS (If Chg'd)

D.O.B.
ALLERGIES: NKDA

Noted
2/7/06

Naproxen 375 mg ī P̄o BID Pain X 10 day (TEN)
r/n next week
colchicine 0.6 mg P̄o QD X 10 days
BP ī l̄ QD x 3 days

Use Fourth     Date 2/7/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon Lonnie
#238498

D.O.B.
ALLERGIES: NKDA

Dc Isordil
Bengay Bid thy X 5 days

Use Third     Date 1/24/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon Lonnie

DIAGNOSIS (If Chg'd)

D.O.B.
ALLERGIES: NKDA

BP ī l̄ QD X 3 days
r/n 2 weeks

Use Second     Date 1/23/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon Lonnie
#238498

D.O.B.
ALLERGIES: NKDA

DIAGNOSIS Chest Pain, Arthralgia, Tinea Corp

↑ Isordil to 10 mg ī P̄o TID X 90 days
Tylenol 1g ī P̄o TID 3ND X 90 days
Miconazole cr to inguinal area BID X 14 d
Feldene 20 mg ī P̄o QAM X 5 days

Use First     Date 1/23/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Cammon, Lonnie | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B ▓▓▓▓▓  *Noted H9-cc CWIRN* | release to DOC - Return PRN |
| ALLERGIES: NKDA | NTG sublingual PRN chest pain |
| | Isordil 5mg T po TID X 90days |
| Use Last    Date 1/19/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  TD Dr. Darbourne/Colander |

| NAME: Cammon, Lonnie  # 238498 | DIAGNOSIS (If Chg'd)  1/13/06 |
|---|---|
| | EC ASA 325mg ÷ PO qd X 90 days |
| D.O.B ▓▓▓▓▓  *Noted SB 1-15-06* | Altacw 5mg ÷ PO BD X 90 days |
| ALLERGIES: NKA | Mevaco 40mg ÷ po BD X 90 days |
| | V.O. Dr. Darbourg/S Smoo |
| Use Fourth    Date 1/13/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   1/13/06 |

| NAME: Cammon Lonnie | DIAGNOSIS (If Chg'd) Dyspepsm |
|---|---|
| D.O.B ▓▓▓▓▓  *Noted SB 1/3/06* | Zantac 150mg ÷ p. BID X 90 days |
| ALLERGIES: NKDA | |
| Use Third    Date 1/3/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cammon, Lonnie  238498 | DIAGNOSIS (If Chg'd)  Cosopt 0.5% ÷ gtt each eye bid |
|---|---|
| D.O.B ▓▓▓▓▓  *Noted SB 12/31/05* | |
| ALLERGIES: NKA. | |
| Use Second    Date 12/31/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  VO Dr. Darbourne/99 |

| NAME: Cammon Lonnie | DIAGNOSIS  1/2/05 |
|---|---|
| D.O.B ▓▓▓▓▓  *noted SB 11/29/05* | Cane Profile KOP |
| ALLERGIES: NKDA | |
| Use First    Date 11/29/05 | N/O Dr. Darbourne [SBushep]  ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Py lce of 11/29/05 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Cammon, Connie | DIAGNOSIS (If Chg'd) Motrin 400mg po bid x 3 days |
|---|---|
| D.O.B.: ▉▉▉ ALLERGIES: NKA | |
| Use Last   Date 11/19/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  ✓ Dr Darbouze |

| NAME: Cammon Lonnie   2384 | DIAGNOSIS (If Chg'd) D/D. CVA   11/21/05 |
|---|---|
| | DC Percogesic |
| D.O.B.: ▉▉▉ ALLERGIES: NKDA | Tylenol 1g po BID prn x 90 days |
| Use Fourth   Date 11/7/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cammon Lonnie | DIAGNOSIS (If Chg'd) Tinea Cruris, D/D. |
|---|---|
| | Miconazole cm to inguinal area BID x 14 days KOP |
| D.O.B.: ▉▉▉ ALLERGIES: NKDA | DC Tylenol Percogesic ii po TID prn back/shoulder pain x 90d; |
| Use Third   Date 10/25/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cammon Lonnie | DIAGNOSIS (If Chg'd) |
|---|---|
| | RP 2 (futory) in 6 weeks |
| D.O.B.: ▉▉▉ ALLERGIES: NKDA | |
| Use Second   Date 8/25/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cammon Lonnie | DIAGNOSIS CVA, D/D, Urinary Incontinence. |
|---|---|
| | EC ASA 325mg i po QD x 180 days |
| D.O.B.: ▉▉▉ ALLERGIES: NKDA | Ditropan 5mg i po BID x 180 days |
| | Mevacor 40mg i po BID x 180 days |
| | Tylenol 1g i po BID prn x 90 days |
| Use First   Date 8/25/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 6/[illegible]/06 | S) c/o having pain to the (L) arm |
| | O) [illegible] arthritis & pain to the arm |
| | A/P will give Advil [illegible] |
| 7/10/06 | S) 1 [illegible] arm swelling |
| | O) Chronic swelling to elbow arthritis now much better. good ROM. |
| | x Rays are normal. |
| 7/[illegible]/06 | S) 1 [illegible] forearm swelling |
| | O) Elbow arthritis c effusion swelling around forearm & elbow. slight tenderness |
| | A) Elbow arthritis |
| | P) will treat c Naprosyn & [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Cammons, Connie -

**PROGRESS NOTES**

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

6/1/0   S) (R) arm swelling + slight pain

        O)  swelling to (R) arm x 6 mo
            x-rays normal
            tender to touch around
            Elbow
            good pulses

        A/ swelling of arm? , axillary vein thrombosis?
           & joint

        P/ will quel swollen for few days to see
           if swelling ↓. If not will do
           U/S
                                    [signature]

6/0/0  S) (R) arm swelling, pain @ Elbow

        O)  Elbow drainage fluctuelion
            Fluid removed — clear
            non-purulent fluid.
            1/4 Decadions given.

        A) Bursitis (Cyst)
        P/ will submit for analysis, and cont. &
           1/n swelling every day
                                    [signature]

| Date/Time | Inmate's Name: | D.O.B.: |
|---|---|---|

3/23  Wt 140   BP $^{102}/60$  P 70   R 16   T 99.1
Rectal

DRE: O, Hemorrhoids, no Mass
Good sphincter tone
Prostate normal
Stool yellow — Hemoccult negative.

3/29/06  Wt. 142   BP 100/60      P-82   R-16   T
Flu      O2 Sat 9790

4/5/06  Wt. 145    BP 140/70   P-72   R 16  T-974
S  S/c  78 y/o c/o being tired of walking long distance to
eat and take the medications. c/o residual weakness from
CVA, Urinary incontinence — Request for Transfer to
Kilby c.F.

O  Yeat, VSS                    (illegible)
    Lungs: CTA                  Upper + lower ext. hem up
    Neuro:  5+   5+             to the shoulders, + tenderness
           4+   5+              over the elbows to the wrist
    mild Atrophy

(illegible)  CVA, Urinary Incontinence, DJD.
    Rx: — D/C Prednisone, Lasix + KCl q.d x 8 days)
       — consider transfer to Kilby or Hamilton A/F
       — CXR

5/2/06 CCC completed Sinsheet for Source Haylcave

| Date/Time | Inmate's Name: Cammon Lonnie D.O.B.: / / |
|---|---|
| 3306 | 140# 80 16 110/70 97.8 |
| | SC |
| S | 78 B/M c/o pain L Arm + swelling x few weeks. |
| | h/o DJD s/p R/L shoulder and c spine surgery |
| O | c spine: + old healed surgical scar, mild X tenderness |
| | ROM ↓, painful |
| | L elbow: Ø edema / tenderness, ROM full + pain |
| | X ray of c spine: severe DDD |
| | L elbow: NAD |
| A/P | DDD c spine - pain L elbow r/o radiculopathy c spine |
| | P: Round of Prednisone. |
| | keep L Arm elevated |
| | f/u 1 week |
| 7/9/06 | S pt is here for f/u edema of his L Arm. |
| | also c/o sores over L.S. buttock. |
| | O NAD, BP: 130/80 P: 64 R: 16 T: 98.8 |
| | lungs: CTA Heart: RRR |
| | chest: normal |
| | L Arm: + pitting edema L forearm and L wrist |
| | +1 L Arm |
| | Skin: normal, no erythema, Ø warmth. |
| | lower ext: Ø edema. + Three Carums |
| A/P | edema L Arm, Three Carums |
| | P: - Lasix + KCl x 5 days. |
| | - BP III |
| | - Microm & zolo or |
| | - f/u next week |

| Date/Time | Inmate's Name: | Conway  Lonnie | D.O.B.: ▓▓▓▓ |
|-----------|----------------|----------------|--------------|

1/24/06  S  47 yom continues today c/o pain ↑ in shoulder and in
upper back - c/o spine surgery years ago
c/o headache likely 2° to Back [?]

O -  NAD, BP 102/60 P, RR

lungs; CTA          HEART: ∧∧∧

c-spine; non tender, ROM ↓ painful

chest; + tenderness in paraspinal muscles, L shoulder, L elbow
and L wrist

c-spine radiculopathy / myalgia

Meds; see [?], []

Imaging - Cervical T-spine + shoulder

2/7/06  1p  WT -  BP 158/92  P-62  / P 98.4

Chest pain Bodychart

S  47 yom c/o pain + Arm, L chest, R hip, R leg -
c/o DJD previously in hosp for Back control

O -  NAD, VSS

lungs; CTA          HEART: RRR

chest ; + L chest wall tenderness (moderate.
L Arm ; mild edema , + tenderness of the L elbow
and wrist

c-spine; non tender, ROM good , no pain.
old healed surgical scar

Xrays; what [?]     Back, Neck No st/f []

DJD →  Arth [?]
plan; Naproxen, CO
Trial of calcium.
f/u 1 week

| Date/Time | Inmate's Name: Cammon, Lonnie | D.O.B. |
|-----------|-------------------------------|--------|

12/21/05 8A — WST-138    BP 110/68    P 78    R 16  T 96⁰

S/c pain back + (R) side

S) 47 BM c/o back pain + R leg work w/ exertion/walk
It is requesting to be transferred to KCF

O+ [illegible] VSS
[illegible]
Abd: benign.
L extr: non tender
ROM: b, painful
Neuro: intact

01/
[illegible]  L [illegible]
Plan: continue [illegible] tylenol, [illegible]
Refer to DOC for ? transfer ~

1/3/06 9:30AM  S/c WT 139 B/p 116/60 R16 T 97.8 Sat 97%

S) 77 BM #6 cataract OS > OD is requesting for
evaluation by the eye doctor. It is also #6
[illegible]

O. VAS, VSS
lungs: CTA    [illegible]

[illegible]  Cataract OS>OD, myopia
Plan: [illegible]

| Date/Time | Inmate's Name: Cammon, Lonnie | | D.O.B.: ███████ |
|---|---|---|---|

10/12/05 8am — WT - 135# BP 110/80 P 62 R 18 T 96°
Belly chart
ST: pain under both arm + Chest

10/25/05 1230 — Wt. 137  140/90 P 68 R 16
Sat 98%

> TT BM c/o chronic pain both arms/shoulder, lower
back and legs - knit between legs. Has no diplinits,
sobs, brousness - Was previously on contact for chronic
Pain.

Ⓞ — VAZ, VSS

Lungs : CTA                    Heart : RRR

C-spine: told healed surgical scar, + tenderness with
↓ rom

L-spine + scoliosis wd tenderness
          dom: ↓ painful

Neuro: No focal deficit

skin : mild scaly hyperpigmented rash abt the surgical
area

A/P — DJD multiple joints, Tinea Corporis,
      P :- Tylenol, Percocet bid
       - M. conazol cm bid



PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Cammon, Lonnie D.O.B.: [redacted] |
|---|---|
| 8/25 | Wt 128 BP 104/70 P 72 R 17 T 96.8 |
| | new inmate |
| | |
| S | [illegible] - [illegible] [illegible] |
| | - CVA [illegible] since 1986 LDL: 167 |
| | - Bladder [illegible] HDL: 31 |
| | Tot chol: 218/101 |
| O | - [illegible] 137/4.4 | 19/1.2 | 79 |
| | [illegible] |
| | [illegible] EKG: NSR 53/m Hgb: 14.7 |
| | [illegible] [illegible] |
| | [illegible] [illegible] |
| | [illegible] |
| | [illegible] |
| |  |
| 8/28 | CVA [illegible] / [illegible] / [illegible] / [illegible] |
| | [illegible] - ASA, [illegible] |
| | - [illegible] BID |
| | - [illegible] |
| | [signature] |

60111 (5/85) Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cammon Lonnie | D.O.B.: |
|-----------|------------------------------|---------|

11/17/05    Wt· 135   BP-120/70   P- 63   R16   T 97

back pain   CCC

S   77 By   c/o Lower back pain - c/o CVA c̄
weakness

O   Head, ✓EO      Throat: Pharex, Anterior
Lung: CTA      Heart: S₁S₂ reg ∅ m/∅/R
Abd: soup      Ext: ∅ c/c/e    USL :90 / HDL 31
Neuro: A·O· x3 , cres Nrbal·
straight +5     good word listen /equal bm·
+5
140 / 14 <73
4·1/1·1

A/P   n spine: was takes - have ↓ , painful
CVA - stable
Ltrd   Rx· - Tylenol tabs, cont · current Rx
- daily aerobic exercise, ↓ s/f /fat intake



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cammon, Lonnie | D.O.B.: |
|---|---|---|

1-23-06 9am   WT - 139   BP 110/80   P 84   R 20   T 97.8
O₂ Sat 94%

> 77 y♂ · c/o Pain to Body to multiple joints ( L shoulder, elbow, wrist, lower back — swollen & tender. Denies diaphoresis, sob, palpitation, dizziness, nausea — the pain does not change with rest/exertion/food intake

O. NAD, Well

LUNG: CTA          HEART: RRR

Chest: + tenderness over the L paraspinal muscles.
+ tenderness over the L elbow, L wrist,
+ tenderness over the L spine — no deformity
Joint & Painful

EKG: NSR @ 69/m. no ST/T Δ.          LDL: 80
                                      HDL: 31

*A/P. Arthralgia multiple joints, LVA, CAD

Rx: - Tylenol + Aspirin PRN; Feldene Qam x 5 days
    - ↑ Inderal to 10 mg TID.
    - RTC ✓



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cannon Lonnie | D.O.B.: |
|---|---|---|

2/15/06   WT 142   BP 100/72   P 74   R 14   T 97°

⟩  Y/m 77 BM - c/o from to multiph joints, & aims and
R/n chest - States to be better compare to 2 weeks, & so
it is laughing (talking

0 - NAD, VSS

    Lungs: CTA        heart: nnn

     dept: trace of edema L Arm.

      tenderness to breast, L ribcon.

A/the   ↑↑↑

       Pn: continue Rane Naproxen × 14 days

3/1/06   WT. 142   BP 130/80   P - 80   R - 16   T 97⁴

    dc



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cannon Lonnie | D.O.B.: ▓▓▓ |
|---|---|---|

3/13/06 8³⁰pm  F/U

WT 140 B/P 104/60 P 68 R 18 T 97

S: F/u static edema in Arm — No pain. Relates over her chest with his arm under her head

O — NAD — CSS

lung CTA    throat : MC

in Arm : + soft tissue edema
no erythema , no tenderness

A) stable edema in Arm —

P: Arm wrap in Arm —
  S/M)
  Avoid sleeping over arm in Arm —

| Date/Time | Inmate's Name: | | D.O.B.: / / |
|---|---|---|---|

6/8/6  S] Anal _____

S] Still around anus

_____

Tender

no _____

A Excoriation of skin

P will give Hesselbach cream

_____

6/13/6  S] I can't hold my urine

S] _____ he says incontinent of

urine

His BM is good

A Urinary incont

P will g Depends + F/U _____

| Date/Time | Inmate's Name: | | D.O.B.: / / |
|---|---|---|---|
| 7/13/06 | S) 18yr Elbow Pain | | |

S) _had Effusion to Elbow_
_Swelling & Forearm_
_Right Arm_

_A) Bursitis_
_P) will see Swelling Mode in the Elbow (Dr)_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Donnie Cannon_    Date of Request: _7-24-06_

ID # _2 38498_    Date of Birth: ▓▓▓▓ Location: _C-24_

Nature of problem or request: _Cant hold water or chaine._

_____

_____

_____

_Donnie Cannon_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective:**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

## Nursing Evaluation Tool:                                   General Sick Call

Patient Name: _Cammons_                    _Lonnie_
                           Last                          First

Inmate Number: _23849_                     Date of Birth: _____
                                                          MM   DD   YYYY

Date of Report: _7 / 12 / 06_              Time Seen: _0600_ AM / PM Circle One
                MM  DD   YYYY

**Subjective:** Chief Complaint(s): _" My Whole side is swelling, "_
Onset: _Chronic_

Brief History: _Pt c/o swelling to whole (L) side of body_
(Continue on back if necessary)

_____

**Objective:** Vital Signs: (As Indicated) T: _98_ P: _98_ RR: _20_ B/P: _140 / 100_ ☐ Check Here if additional notes on back

WT _136_

Examination Findings: _____
(Continue on back if necessary)

**Assessment: (Referral Status)**   Preliminary Determination(s): _alteration in comfort_ ☐ Check Here if additional notes on back
   ☐ Referral NOT REQUIRED

   ☑ Referral REQUIRED due to the following: (Check all that apply)
      ☑ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
          (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _____ Date for referral: _7 / 17 / 06_
                                                                            MM  DD  YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _0600_

x _KTyler, RN_          Name: _Katheene Tyler, R_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_    Date of Request: _6/14/06_
ID # _238498_    Date of Birth: ▉▉▉▉▉ Location: _16-24_
Nature of problem or request: _Whole left side / arm swollen + very painful / left side of body hurts._

_Lonnie Cammon_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

ᴵNMATES MEDICAL FILE
ᴵMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS

**Nursing Evaluation Tool:**     <u>General Sick Call</u>

Facility: BBB

Patient Name: _Cammon_ Last     _Lonnie_ First    MI

Inmate Number: _238498_

Date of Birth: ▮▮▮▮ MM DD YYYY

Date of Report: _7_ MM _1-7_ DD _06_ YYYY    Time Seen: _0535_ (AM) / PM Circle One

**_Subjective_:** Chief Complaint(s): _"I need some attention to my left_ Onset: _arm its hurting and swollen"_

Brief History: _____
(Continue on back if necessary)

_____
_____
_____
_____

☐ Check Here if additional notes on back

**_Objective_:** Vital Signs: (As Indicated) T: _98-6_ P: _82_ RR: _18_ B/P: _130/90_ Wt. _13_

Examination Findings: _____
(Continue on back if necessary)

_____
_____
_____

**_Assessment_: (Referral Status)**    **Preliminary Determination(s):** _____

☐ Check Here if additional notes on back

   ☐ Referral <u>NOT REQUIRED</u>

   ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply) _____
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Other: _____ )

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan_:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
     (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Siddig_    Date for referral: _7_ MM _17_ DD _06_ YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time

x _Gloria Rogers_    Name: _____



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Lonnie Cammon_          Date of Request: _7/6/06_
ID # _238498_          Date of Birth: ▉▉▉▉ Location: _23-14_
Nature of problem or request: _I need attention to my left arm._
_It is hurting and swollen very bad. Also my whole left_
_side is bothering me._

                                        _Thank you!_
                              _Lonnie Cammon_
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                   CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )      No ( )
                Was MD/PA on call notified:   Yes ( )      No ( )

_____
                          *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS



**PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST**

Print Name: _Donnie Common_    Date of Request: _6/23/06_
ID # _238498_    Date of Birth: �â–ˆâ–ˆâ–ˆ    Location: _23-14_
Nature of problem or request: _left Arm pblown up beyond proportion_
_lot of pain in arm & left side of body_

_____

_____
_____                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

**(S)ubjective:**                _Refused Signed_

**(O)bjective**   (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )     No ( )
               Was MD/PA on call notified:   Yes ( )     No ( )

_____
                                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS

## Nursing Evaluation Tool:                                    General Sick Call

Facility: BBB

Patient Name: _____ Common _____ Lonnie _____
                              Last              First

Inmate Number: 238498                   Date of Birth: ___/___/___
                                                        MM  DD  YYYY

Date of Report: ___/___/___             Time Seen: 0530  AM/PM  Circle One
                 MM  DD  YYYY

**Subjective:** Chief Complaint(s): My left Side + left Arm hurt

Onset: _____

Brief History: Cellulitis ⃝L arm, Cardi
(Continue on back if necessary)

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98.4  P: 80  RR: 20  B/P: 110/80  wt 13

Examination Findings: Swelling to left Arm, Resps Regular + even skin w/o
(Continue on back if necessary) to touch

_____

_____

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
              (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Dr Siddig            Date for referral: 6/2/06
                                                                                    MM DD YYYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____
                                                                                        Time

x Martha Jackson        Name: Martha Jackson LPN



### Nursing Evaluation Tool:                          <u>General Sick Call</u>

---

**Facility:** BBB

**Patient Name:** _Cannon_ _____ _Lonnie_ _____
                    Last                      First                    MI

**Inmate Number:** _238498_ _____
                                              **Date of Birth:** ▓▓▓▓▓▓▓▓▓
                                                                MM    DD    YYYY

**Date of Report:** _6_|_16_|_06_            **Time Seen:** _____ **AM / PM**  Circle One
                    MM   DD   YYYY

---

<u>**Subjective**</u>: Chief Complaint(s): _"I Can't hold my water, I need something_

Onset: _for my bladder"_

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

<u>**Objective**</u>:   Vital Signs: (As Indicated) T: _98.6_  P: _72_  RR: _16_  B/P: _110/80_  Wt 13

Examination Findings: _____
(Continue on back if necessary)

_____

_____

_____

_____

☐ Check Here if additional notes on back

<u>**Assessment:**</u> **(Referral Status)**    **Preliminary Determination(s):** _____

☐  Referral <u>NOT REQUIRED</u>

☐  Referral <u>REQUIRED</u> due to the following: (Check all that apply)   _____
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____                                    )

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>**Plan:**</u>   Check All That Apply:
      ☐ Instructions to return if condition worsens.
      ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
      ☐ Other:_____
                  (Describe)
OTC Medications given  ☐ NO  ☐ YES  (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Dr. Siddiq_          Date for referral: _6_|_16_|_06_
                                                                              MM   DD   YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

x _Gloria Rogers_ _____          Name: _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: ~~BROWN~~ Lonnie Cammon          Date of Request: 6/16/06

ID # 238498          Date of Birth: ██████    Location: 23-14

Nature of problem or request: I need Something for my bladder

_Carmon Carmon_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )     No ( )
                Was MD/PA on call notified:    Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## Nursing Evaluation Tool:                    <u>General Sick Call</u>

**Facility:** BBB

**Patient Name:** _____ Cannon _____ Lonnie _____ MI

**Inmate Number:** 2 38498 <sub>Last</sub>    **Date of Birth:** ███████ <sub>MM  DD  YYYY</sub>

**Date of Report:** 6 /13 /06 <sub>MM DD YYYY</sub>    **Time Seen:** ____ 5 (AM)/ PM  Circle One

**_Subjective_:**  **Chief Complaint(s):** I'm having Excessive Urination & Lone Arthritis

Onset: _____

**Brief History:** _____
(Continue on back if necessary)
_____
_____
_____
_____
☐ Check Here if additional notes on back

**_Objective_:**  **Vital Signs: (As Indicated)**  T: 97  P: 92  RR: 18  B/P: 112 / 60  wt/138

**Examination Findings:** (L) Arm swelling - frequent urination
(Continue on back if necessary)
_____
_____
_____
☐ Check Here if additional notes on back

**_Assessment: (Referral Status)_**    **Preliminary Determination(s):** _____

☐  **Referral NOT REQUIRED**

☑  **Referral REQUIRED** due to the following: (Check all that apply) _____
   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____
_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan_:**  Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
   (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☑ YES (If Yes, Whom/Where): _____ DR Siddly _____  Date for referral: 6 /13 /06 <sub>MM DD YYYY</sub>

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time ____

x _____          Name: v Slater



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cannon_    Date of Request: _6-12-06_

ID # _238498_    Date of Birth: ▮▮▮▮▮    Location: _23-14_

Nature of problem or request: _Need to see doctor about urinating excessively._
_And I have arthritis in my back._

_Thank you_

_Lonnie Cannon_
      *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│         RECEIVED                │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
           CIRCLE ONE

Check One: ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

**RECEIVED: Inmate/Health Record**

Institution: _BCC_

Date: _6/2/06_ Time: _0910_ AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

**RECEIVING MEDICAL STATUS**
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

**RELEASED: Inmate/Health Record**

Institution: _EASTERLING_

Date: _5-31-06_ Time: _6:00_ AM/PM
RELEASE FROM:
- [ ] Infirmary
- [✓] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

**RELEASE TO:**
- [ ] DOC  [ ] Infirmary  [ ] Mental Health
- [ ] _Brook Corr._
Institution/Work Release Center/Free-World Hospital

**ALLERGIES:** NKDA

**PHYSICAL EXAMINATION**

Date of last exam: _3-15-06_

Chest X-Ray Date: _4-5-06_ Result: _NEG_

PPD Reading _3-18-06_ _NEG_

Classification: _NONE_

Limitations: ___

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 3-13-06 / 3-15-06 | | ✓ |
| Urinalysis | 3-17-05 | ✓ | |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | ✓ | |
| Dental Prosthesis | ✓ | |
| Hearing Aide | | ✓ |
| Other Prosthesis | | |

Receiving Nurse ___

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

DJD - MULTIPLE JOINTS     BLADDER INCONTINENCE
Hx CVA     GLAUCOMA     CATARACTS

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

See MAR

| | Sent w/ inmate | Not sent w/ inmate |
|---|---|---|
| MEDICATIONS | ✓ | |
| X-RAY FILM | ✓ | |
| HEALTH RECORD | ✓ | |

Released to: _DOC_

Date: _5-31-06_ Time: _6:00_ AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | | |
| X-RAY FILM | | |
| HEALTH RECORD | | |
| CHART REVIEWED | ✓ YES | NO |

Received by: ___

Signature of Receiving Nurse
Date _6/2/06_ Time: _0910_ AM/PM

**SCHEDULE FOR CHRONIC CARE CLINIC**

DATE: _5-2-06_ LAST CLINIC: _CARDIO_

**FOLLOW-UP CARE NEEDED**   Date   Time   With Whom - - Location (Sending Nurse)   Date/Appt Made w/Whom (Rec Nurse)
- [✓] Medical
- [ ] Dental
- [ ] Mental Health

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |
| STATUS | Special Diet | | ✓ |
| | Appearance | NML | |

OTHER PERTINENT NURSING ASSESSMENT ___

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | ✓ | |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |
| CONDITION | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

**INTAKE**

| | |
|---|---|
| Sick Call Procedures Explained | Yes |
| Height | 5'4" |
| Weight | 142 |
| Blood Pressure | 100/60 |
| Temperature | 98 |
| Pulse Resp | 68/20 |
| Other | |

_S. Smith_
Signature of Nurse Completing Assessment (Sending Nurse)

_5-31-06_
Date

___
Signature of Intake Screening Nurse (Receiving Nurse)

___
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| CANNON, LONNIE | 238498 | | B/M | ECF |

PHS

**Nursing Evaluation Tool:**                                    <u>**General Sick Call**</u>

Facility: **BBB**                                                                    _NKDA_

Patient Name: _Gammon  Lonnie_
_____ Last

Inmate Number: _238498_                          Date of Birth: _02_  _120_  _1928_
_____                                                MM    DD    YYYY    MI

Date of Report: _05_  _131_  _106_              Time Seen: _1445_   AM / **PM** Circle One
                MM    DD    YYYY                        _D/c'd_

**_Subjective_**:   Chief Complaint(s): "_My ① arm is swollen_"

Onset: "_Started about 2 months ago @ Easterling_"

Brief History: _Has Hx Back Surgery (1965 & before), CVA (About 1965), DJD - Multiple_
(Continue on back if necessary)
_Joints, Glaucoma both eyes, Cataract ① eye, Cellulitis ① arm (5/2/06), Urinary_
_incontinence_

☐ Check Here if additional notes on back

**_Objective_**:   Vital Signs: (As Indicated) T:_99.4/oral_   P: _72_   RR: _22_   B/P: _106_ / _68_

Examination Findings: _Alert, oriented, skin W & D to touch, color normal, resp, regular & un-_
(Continue on back if necessary)
_labored, amb c steady gait - ① arm grossly swollen from shoulder all_
_the way down, skin tight & shiny has good flashback to nailbeds - Unable to_
_palpate pulse ⑫ hand - Unable to close ① hand into fist - states pain abt_
_5" on scale 1-10 - States pain increased when arm is bent or straightened_
☐ Check Here if additional notes on back

**_Assessment:_** _(Referral Status)_     Preliminary Determination(s): _Alteration in POM ① arm & swelling_
   ☐ Referral **NOT REQUIRED**                      _Alteration in comfort r/t pain & swelling_
                                                    _① arm_
   ☒ Referral **REQUIRED** due to the following: (Check all that apply)
       ☐ Recurrent Complaint (More than 2 visits for the same complaint)
       ☒ Other: _Arm grossly swollen._

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**_Plan_**:   Check All That Apply:
       ☒ Instructions to return if condition worsens.
       ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
       should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
       ☐ Other:_____
              (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☒ YES (If Yes, Whom/Where): _Dr. T. Siddiq_                    Date for referral:__/__/__
                                                                                      MM  DD  YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____
                                                                              Time

x                                        Name:



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5 / 30 /06 | TIME 7 30 AM (PM) | ORIGINATING FACILITY  ECF  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☒ SICK CALL ☐ EMERGENCY  ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKDA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 98.8 ORAL/RECTAL    RESP 20    PULSE 88    B/P ___/___    RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S "my arm has been like this for 5 months"

O Alert elderly B/M, (L) arm considerly larger than Right. warm to touch. cap refill <3.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A: Alt in skin integrity

O: Give motrin keep arm ↑ x 3 days. See Dr.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| motrin 600mg | 730 | ES |

DIAGNOSIS  Swelling to (L) arm.

INSTRUCTIONS TO PATIENT  Keep arm (L) elevated.

| DISCHARGE DATE 5 /30/06 | TIME AM PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  Elizabeth Sin | DATE 5/30/06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Crenmon, Lonnie | DOC# 23349 8 | DOB | R/S B/M | FAC. ECF |
|---|---|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cammox, Lonnie 23849 | D.O.B.: ▮▮▮ |
|-----------|-------------------------------------|-------------|

3/3/06 14⁰⁵  Rec'd @ Bullock ē Vel Ing I. Had meds and
mars. Meds are as follows: Mevacor 40mg x 58, and
Ditropan 5mg x 54. ————————————— J Howard mec-



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Shawnie Cammon     Date of Request: 4/17/06

ID # 238498     Date of Birth: ▓▓▓▓  Location: 78/30

Nature of problem or request: Need to see eye Doctor about cataracts in my eyes. Can't see out of left eye.

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 4/18/06
Time: 145 AM (PM)
Allergies: _____

| RECEIVED |
|---|
| Date: 4-18-06 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** See Net tod dated 4-18-06
cwPN

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:** X Lorin Cammon

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



Nursing Evaluation To _____ Eye Pain/Complaint

Facility: Alabama Department of Corrections

Patient Name: _Cammon, Lonnie_
                        Last                                        First                              MI

Inmate Number: _238 498_    Date of Birth: ~~████████~~
                                                              MM    DD    YYYY

Date of Report: _4_ / _18_ / _06_    Time Seen: _145_    AM / PM Circle One
                        MM    DD    YYYY

*Subjective:*    **Chief Complaint:** (Check All That Apply)
- ☐ Foreign body:    ☐ Right side  ☐ Left side    Foreign body type: _____    or ☐ Unknown
- ☐ Change in vision:  ☐ Right side  ☐ Left side  ☐ Blurred ☐ Decreased
- ☐ Eyelid Complaint:  ☐ Right side  ☐ Left side  (Describe Below)
- ☐ Trauma:    ☐ Right side  ☐ Left side  (Describe Below) Trauma sustained in altercation with custody staff, or
- ☐ Conjunctivitis:  ☐ Right side  ☐ Left side    other inmate? ☐ NO  ☐ YES (Requires notification of correctional staff)
- ☐ Seeing spots / flashes / floaters:    ☐ Right side ☐ Left side
- ☐ Request for glasses: ☐ No other visual complaint  Prior History of glasses? ☐ NO ☑ YES  Last time seen by optometrist: _____

**Associated Symptoms / Additional Eye History**
- ☐ Pain: ☑ NO ☐ YES  Pain Scale: (1-10) ____    Pain Description: _____ Dull, Aching, Burning, Stinging, etc.
- Tetanus Toxoid Within 10 years: ☐ YES ☐ NO    Recent eye surgery ☑ NO ☐ YES _____
- Conjunctivitis symptoms: ☐ Hay fever / Allergies ☐ Itchy ☐ Redness ☐ Watery ☑ Redness ☐ Discharge: _____
- History of Glaucoma?: ☐ NO ☑ Yes (taking glaucoma medications? ☑ YES ☐ NO  Cataracts ☐ NO ☑ YES
- History of Retinal Detachment?: ☐ NO ☐ Yes (_____
- History of trauma: ☐ NO ☐ YES  Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: _____
- Onset: _X "a few months"_
- History: _States "I can't see out of my left eye. I've got_
(Continue on back if necessary) _cataracts."_

*Objective:*  Vital Signs: (As Indicated) T: _99__  P: _84_  RR: _20_  B/P: _124_ / _64_
Visual acuity: R _20/50_ c̄ and 3 glasses  L _20/200_ "can't see chart" c̄ and 3 glasses (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

Periorbital Exam: ☑ Normal ☐ Swelling ☐ Evidence of Infection ☐ Bruising ☐ Other: _____

| Eye Exam: | Normal Findings | Abnormal Findings |
|---|---|---|
| Pupil: | ☑ PERRL | ☐ Pupil unequal/abnormal: _____ |
| Conjunctiva: | ☑ Conjunctiva pink | ☐ Conjunctiva Pale ☐ Red ☐ Discharge _____ |
| Sclera: | ☑ Sclera white | ☐ Yellow ☐ Red |
| Foreign body: | ☑ No Foreign body | ☐ Foreign body |
| Eyelid: | ☑ Normal | ☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☐ Inflamed at margin ☐ Hematoma ☐ Drainage: _____ ☐ Sty |

☐ Additional Examination: _____
Continue on back if necessary

*Assessment: (Referral Status)*    Preliminary Determination(s): _____
- ☐ Referral NOT Required   Expedited referral to a clinician except for: isolated itching with normal visual activity or glasses request only.
- ☑ Referral Required
   Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

*Plan:*  Check All That Apply: ☑ Irrigate with sterile H₂O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
   ☑ Instructions on care/treatment of conjunctivitis
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)  ☑ Instructions to return if condition worsens.
   ☐ Other: _____
   (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Eye MD_    Date for referral: _4/18/06_

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time: _/_ /_
X _Wambles RN_    Name: _Wambles RN_
     Nurses Signature                                              Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_          Date of Request: _3-16-06_

ID # _238498_____          Date of Birth: ▮▮▮▮   Location: _T-B-30_

Nature of problem or request: _I have a eye that is swollen and_
_cant see out of it. I think its infected._

_____

_____

_____
                                          *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _4/17/06_

Time: _____ AM PM

Allergies: _____

┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:**    _Waiver No show  d/c_

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN

                              CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )

         If Emergency was PHS supervisor notified:   Yes ( )   No ( )

                 Was MD/PA on call notified:   Yes ( )   No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_        Date of Request: _3/27/06_
ID # _238498_ _____ Date of Birth: ▮▮▮▮ Location: _7330_
Nature of problem or request: _Need to see the Doctor about_
_a Medical Transfer_

_____
_____

_____
                                                    _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _4/2/06_
Time: _200_ AM (PM)
Allergies: _____

| RECEIVED |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**   See Net tool
                     dated
enorcw   Waiver 4-2-06  cwRN

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**   _Lonnie Cammon_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                Was MD/PA on call notified:   Yes ( )   No ( )

_____
                                    _SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:                          General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Cammon, Lonnie

Inmate Number: 238498

Date of Birth: First _____ ██████████

Date of Report: 4 / 12 / 06

Time Seen: 200 AM / PM Circle One

**Subjective:** Chief Complaint(s): " I need to be transferred to Kilby"

Onset: " every since I've been here."

Brief History: (Continue on back if necessary) states " I can't do all this walking around here."

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98² P: 74 RR: 16 B/P: 112 / 74

Examination Findings: (Continue on back if necessary) B/m  A+O x 3  Resp even + unlabored. Skin warm + dry to touch. Hx CVA ℗ weakness and states would like to be transferred to Kilby.

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**     Preliminary Determination(s): _____

☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☑ Other: unresolvable by nurse.

Noted

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
           (Describe)

OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr Darbouze     Date for referral: 4 / 14 / 06

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

Nurses Signature: CWamble PN     Name: CWambles PN



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_    Date of Request: _2/23/06_
ID # _238498_    Date of Birth: ~~_____~~ Location: _7-B-60_
Nature of problem or request: _Id like to see the Doctor_

_____

_____

_____

                                          _____
                                                *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

                _Lonnie Cammon_
                *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



## Nursing Evaluation Tool:      __Chest Pain__

**Facility:** Alabama Department of Corrections

**Patient Name:** _CAMMON_      _Lonnie_
     Last             First

**Inmate Number:** _238498_      **Date of Birth:** ▓▓▓▓▓   MM DD YYYY

**Date of Report:** _02_ / _05_ / _2006_    **Time Seen:** _900_ AM/PM Circle One
     MM DD YYYY

**_Subjective:_** **Chief Complaint(s):** _It have been hurting in my Chest & down my arm all_

**Onset:** _12:30 Pm 2/4/06_     **Activity prior to onset:** _None Nite_

**History:** _CVA 1986 Right Side Weakness_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Description of Pain:** ☐ Burning ☑ Stabbing ☐ Dull/Achy ☐ Pressure-like ☐ Crushing ☐ Other:

**Duration of Pain:** _15 to 20 mins_    **Does anything relieve the pain?** _NO_

**Onset of Pain:** ☐ New onset ☐ Sudden ☑ Gradual ☐ Chronic **Pain Scale: (1-10)** _8_   **History of injury?** ☐ YES ☑ NO

**Radiation:** ☐ No radiation ☑ Radiation to: _L arm & Stomach_

**Aggravating Factors:** ☐ Exertion ☐ Stress ☐ Food intake ☑ Movement ☐ Coughing ☑ Other: _Deep Breaths_

**Associated Symptoms:** ☐ Nausea/Vomiting ☐ Diaphoresis ☐ Dyspnea ☐ Syncope ☐ Cough ☐ Sputum production ☐ Hemoptysis
☐ Fever ☐ Chills

**Cardiac Risk Factors:** ☐ Family history ☑ Smoke: ___ppd/___ years ☐ Hypertension ☐ Diabetes ☐ Hyperlipidemia ☐ CAD

**History of:** ☐ Peptic ulcer ☐ Illicit drug use ☐ Cardiac disease ☐ Nitroglycerin use

**_Objective:_** **Vital Signs: (As Indicated)** T: _98_ P: _68_ RR: _18_ B/P: _128_ / _80_
     Pulse Ox %: _98_ % ☑ Room Air ☐ O2 LPM: _____

**General Appearance:** ☑ No acute distress ☑ Alert ☑ Oriented x _3_ ☐ Anxious ☐ Acute distress

**Color:** ☑ Normal ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced

**Skin:** ☑ Warm ☑ Dry ☐ Cool ☐ Moist/Clammy

| Lung sounds: | Right | Left |
|---|---|---|
| Clear | ☑ | ☑ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

**EKG ordered?** ☐ YES ☑ NO

**EKG interpretation / computer read or available for physician?** ☑ YES ☐ NO

☑ **Additional Examination:** _Pt talking & laughing c officers p AM Meds_
(Continue on back if necessary)
_were given. States "I feel much better"_

☐ Check Here if continued on back

**_Assessment:_** **(Referral Status)**    **Preliminary Determination(s):** _Alx in comfort / PT_
_Side Chest & Stomach_

☐ **Referral NOT Required**

☐ **Referral Required due to the following:** (Check all that apply)
   ☐ Acute distress    ☐ Abnormal vital signs    ☐ Recurrent Complaint (More than 2 visits for same complaint)
   ☐ Cardiac history    ☑ Suspicious cardiac symptomology    ☐ Cardiac Risk Factor present
   ☐ History of recent illicit drug use    ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply: **Acute distress** – arrange for immediate emergency transport
   ☐ Administer oxygen if in acute distress ☑ ASA _325_ mg po _already perscribed AM meds_
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☑ Instructions to return if condition worsens.
   ☑ Other: _Already has MD appt for AM_

**OTC Medications given** ☑ NO ☑ YES (If Yes List): _Perscribed AM Meds gm c Maalox 30 cc Na_

**Referral:** ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Darbaye_    Date for referral: _2_ / _6_ / _2006_
     MM DD YYYY

**Referral Type:** ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X _Cammon Lonnie_    Name: _D. Stehane_



**Nursing Evaluation Tool:**                                                **Chest Pain**

Facility: _EASTERL___

Patient Name: _CAMMON_____ _Lonnie_____
                  Last            First

Inmate Number: _238458_____    Date of Birth: ▓▓▓▓▓▓▓  MI
                              MM   DD   YYYY

Date of Report: _1_ / _19_ / _2006_    Time Seen: _4P_ AM (PM) Circle One
             MM   DD   YYYY

**Subjective:** Chief Complaint(s): _C/O LT- Arm-had Chest LT-side Radiating TO Abd_

Onset: _Today_____    Activity prior to onset: _____

History: _STATES Feel I had Strok before feels like That_
(Continue on back if necessary)
_Bottom All hurts yesterday_                                    ☐ Check Here if additional notes on back

Description of Pain: ☐ Burning ☒ Stabbing ☐ Dull/Achy ☒ Pressure-like ☐ Crushing ☐ Other: _____
Duration of Pain: _____    Does anything relieve the pain? _Tooth phase Smothin_
Onset of Pain: ☐ New onset ☐ Sudden ☐ Gradual ☐ Chronic  Pain Scale: (1-10) _Bnf Kd_  History of injury? ☐ YES ☐ NO
Radiation: ☐ No radiation  ☒ Radiation to: _LT Arm_
Aggravating Factors: ☐ Exertion ☒ Stress ☐ Food intake ☐ Movement ☐ Coughing ☐ Other: _____
Associated Symptoms: ☐ Nausea/Vomiting ☐ Diaphoresis ☐ Dyspnea ☐ Syncope ☐ Cough ☐ Sputum production ☐ Hemoptysis
                    ☐ Fever ☐ Chills
Cardiac Risk Factors: ☐ Family history ☐ Smoke: ___ppd/___years ☐ Hypertension ☐ Diabetes ☐ Hyperlipidemia ☐ CAD
History of: ☐ Peptic ulcer ☐ Illicit drug use ☐ Cardiac disease ☐ Nitroglycerin use

**Objective:** Vital Signs: (As Indicated) T: _97⁴_ P: _67_ RR: _14_ B/P: _110_ / _78_
                    Pulse Ox %: _99_ % ☐ Room Air ☐ O2 LPM: _____

General Appearance: ☐ No acute distress ☒ Alert ☒ Oriented x _3_ ☐ Anxious ☐ Acute distress
Color: ☒ Normal ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced
Skin: ☒ Warm ☒ Dry ☐ Cool ☐ Moist/Clammy
EKG ordered? ☒ YES ☐ NO
EKG interpretation / computer read or available for physician? ☒ YES ☐ NO

| Lung sounds: | Right | Left |
|---|---|---|
| Clear | ☐ | ☒ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

☐ Additional Examination: _Dr Dasby called 5PM STATed he could go PT-Stmu his is do good_
(Continue on back if necessary)
_Nitroglycerin 43%/1 mFld 50m x2 P 4P/1_    order Kccd
                               ☐ Check Here if continued on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
  ☐ Referral **NOT Required**
                                  _____

  ☐ Referral **Required** due to the following: (Check all that apply)
    ☐ Acute distress        ☐ Abnormal vital signs        ☐ Recurrent Complaint (More than 2 visits for same complaint)
    ☐ Cardiac history       ☐ Suspicious cardiac symptomology   ☐ Cardiac Risk Factor present
    ☐ History of recent illicit drug use   ☐ Other: _____
  **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
  appropriate care to be given.

**Plan:** Check All That Apply: *Acute distress* – arrange for immediate emergency transport
    ☐ Administer oxygen if in acute distress    ☐ ASA _____ mg po
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
      as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Instructions to return if condition worsens
    ☐ Other: _Nitroglycen DMT P0 Tab. – Tylenol TGm HoIP rec if help /DR DAbren_
                    (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Dasby_    Date for referral: _1_ / _18_ / _2006_
Referral Type: ☐ Routine ☒ Urgent ☐ Emergent (if emergent who was contacted?): _Dr DAS_    Time _4²⁵P_

x _____        Name: _D. Brown_____
  Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_     Date of Request: _1/19/06_

ID # _238498_     Date of Birth: ▮▮▮▮▮▮  Location: _16/60_

Nature of problem or request: _Back Pain & Arthritis_

_____

_____

_____

_____

_Lonnie Cammon_
Signature

### DO NOT WRITE BELOW THIS LINE
_____

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**


**(O)bjective**   **(V/S):**  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )     No ( )

Was MD/PA on call notified:   Yes ( )     No ( )


_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: _ECF_

Patient Name: _Cammon_ _Lonnie_
Last    First

Inmate Number: _238498_     Date of Birth: ▮▮▮▮▮▮▮
MM  DD  YYYY

Date of Report: _1_/_16_/_2006_    Time Seen: _900_ AM /(PM) Circle One
MM  DD  YYYY

<u>Subjective</u>:  Chief Complaint(s): "Profile for lay-in and extra blanket"

Onset:

Brief History: B/m to HCU. A+0x3. Skin warm et dry
(Continue on back if necessary) to touch. Resp even et unlabored. Request
profiles to have extra blanket and
lay-in profile.

☐ Check Here if additional notes on back

<u>Objective</u>:  Vital Signs: (As Indicated) T: _97.6_ P: _74_ RR: _20_ B/P: _120_/_74_

Examination Findings: Has hx of DJD, CVA, bladder incontinence
(Continue on back if necessary) MAR noted.

☐ Check Here if additional notes on back

<u>Assessment</u>: (Referral Status) Preliminary Determination(s): _alt in health maintence_
☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☒ Other: _Needs profiles - nurse cannot give._

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given

<u>Plan</u>:  Check All That Apply:
  ☒ Instructions to return if condition worsens
  ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
            (Describe)
OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Scott_    Date for referral: _1_/_2006_
                                                                        MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _Scott_                    Name: _T. Scott lpn_
    Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnic Common_    Date of Request: _____

ID # _238 498_    Date of Birth: ▇▇▇▇ Location: _7-8-60_

Nature of problem or request: _To ask the doctor for a Lay in_
_profile and a extra blanket. I stay cold and sick_

_____

_____

                            _Lonnie Common_
                                 Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: JAN 1 4 2006              │
│ Time:                           │
│ Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**               _Sec Net_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                              CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
               Was MD/PA on call notified:   Yes ( )    No ( )

_____
                     SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_ Date of Request: 12/22/05

ID # _238498_ Date of Birth: ▮▮▮▮▮▮ Location: 7B/60

Nature of problem or request: _Need to see Eye Cataracts._

_____

_____

_____

_____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___7___/_____
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date: 12/23/05             │
│  Time:                      │
│  Receiving Nurse Intials CML│
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

see net
dated 12-26-05
Cn

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**                                    <u>General Sick Call</u>

Facility: ECF
Patient Name: Cammon, Lonnie
                                    Last                    First
Inmate Number: 238498
Date of Birth: _____ MM DD MI
Date of Report: 12 / 21 / 05
                MM  DD  YYYY
Time Seen: 8:05  AM / PM Circle One

<u>Subjective</u>:  Chief Complaint(s): " I have cataracts "

Onset: Chronic

Brief History: States "I can't see out of my ~~eye or~~ eye left eye because
(Continue on back if necessary)
the cataract grew over it." States was on eye drops at
Kilby but "it ~~e or a~~ ran out." States still has artificial
tear drops "but it's getting low."

☐ Check Here if additional notes on back

<u>Objective</u>:  Vital Signs: (As Indicated)  T: 98°  P: 72   RR: 16   B/P: 98 / 64

Examination Findings: I/M ambulates to HCU c̄ even, steady gait. A+O x3
(Continue on back if necessary)
Resp even + unlabored. Skin warm + dry. vision screen c̄ glasses
done: OD- 20/50 OS- unable to see chart per pt Ø distress noted

☐ Check Here if additional notes on back

<u>Assessment</u>: *(Referral Status)* Preliminary Determination(s): _____
    ☐ Referral NOT REQUIRED

    ☒ Referral REQUIRED due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☒ Other: unresolvable by nurse

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
appropriate care to be given.                                           No x̄ed A/R

<u>Plan</u>:  Check All That Apply:
    ☐ Instructions to return if condition worsens
    ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
    as well as appropriate follow-up ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
          (Describe)
    OTC Medications given ☐ NO ☐ YES (If Yes List): _____

    Referral: ☐ NO ☒ YES (If Yes Whom/Where): MD          Date for referral: 12 / 29 / 05
                                                                              MM  DD  YYYY
    Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x  CWambles, RN          Name: CW ambles, RN
      Nurses Signature                        Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Lonnie Cammon_    Date of Request: _11|30|05_
ID # _238 498_    Date of Birth: ▓▓▓▓▓ Location: _7B/60_
Nature of problem or request: _Back Hurting very much need to see Doctor_

_____

_____

_____

                                    *Signature*
### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| Date:  DEC  2 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

                        _Waiver_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

                    _____
                         *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Common_                Date of Request: _11/22/05_
ID # _238498_          Date of Birth: ▓▓▓▓▓   Location: _7B60_
Nature of problem or request: _Need to see Dr. Roberse for my back_
_my rt side_

_____
                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective   (V/S):  T:_____   P:_____   R:_____   BP:_____   WT:_____**

**(A)ssessment:**        See Next

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
             Was MD/PA on call notified:   Yes ( )   No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**Nursing Evaluation Tool:**

**Back Pain**

Facility: ECF

Patient Name: Cummon Lonnie

Inmate Number: 238498   Date of Birth: ___   MI

Date of Report: 11/23/05   Time Seen: 8.45   AM/(PM) Circle One

## Subjective:
Chief Complaint(s): Back pain

Onset: "A long time"

☐ New onset   ☑ Chronic condition exacerbation

Pain Scale: (1-10) 8   Type: ☐ Sharp ☐ Dull ☐ Intermittent ☑ Constant   Numbness: ☑ No ☐ Yes

Location of Pain: Lower (Neck / mid-back / low back)   Radiation of pain: ☐ No ☑ Yes to: Rt side of body

History: "Can't stand to walk b/c my R leg gives out b/c my lower back hurts"
(Continue on back if necessary)

Associated symptoms: Pain on urination? ☑ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x___)
Increased urination? ☑ No ☐ Yes   Pain with cough/breathing? ☑ No ☐ Yes

## Objective:
Vital Signs: (If Indicated) T: 98   P: 64   RR: 18   B/P: 138/70

Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☑ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: ___

Elaborate positive findings: ___

Lower extremities: ☑ Normal   ☐ Abnormal (Describe): ___

Pedal pulses: ☑ Present   ☐ Absent

☑ Additional Examination: denies any injuries
(Continue on back if necessary)

## Assessment: (Referral Status)
☐ Referral NOT Required

Preliminary Determination(s): ___

☑ Referral Required due to the following: (Check all that apply)
☐ Loss of sensation   ☐ Presence of RBCs from dipstick   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy   ☐ Presence of WBCs from dipstick
☐ Other: ___

## Plan:
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain ☐ Education about stretching and back exercises ☑ Instructions to return if condition worsens
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: ___
(Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress

☐ OTC Medications given ☐ NO ☐ YES (If Yes List): ___

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr Durboize   Date for referral: __/__/__

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): ___   Time ___

X _____ Name: C Garcia LPN
Nurses Signature                        Printed



**PRISON HEALTH SERVICES, INC.**

**SICK CALL REQUEST**

Print Name: _Lonnie Cammon_    Date of Request: _11/9/05_

ID # _238498_    Date of Birth: ▮▮▮ Location: _7B60_

Nature of problem or request: _I am having Bad Back Pain it_
_hurts to sit up or lay Down_

_Lonnie Cammon_
                           *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

_See us_

┌─────────────────────────────┐
│          **RECEIVED** │
│ Date: │
│ Time: │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



### Nursing Evaluation Tool: <u>General Sick Call</u>

Facility: ECF

Patient Name: CAmmon Lonnie
_____ Last _____ First _____ MI

Inmate Number: 238498

Date of Birth: ██████████
MM  DD

Date of Report: 10 / 10 / 2005
MM  DD  YYYY

Time Seen: 930  AM/(PM) Circle One

<u>Subjective</u>: Chief Complaint(s): C/o BACK pAi

Onset: _____

Brief History: He hAs AlreAdy Seen Dr 10-25 - PAin medicAtion order TID (PM)
(Continue on back if necessary) STATes he Comes every All AFTernoon but he does not Come As he Should
STATes he is To old To WAlk To get his medicAtion
STIll WAnTs To See Dr.

☐ Check Here if additional notes on back

<u>Objective</u>: Vital Signs: (As Indicated) T: 98  P: 70  RR: 18  B/P: 100 / 90

Examination Findings: _____
(Continue on back if necessary)

_____
_____
_____
_____

☐ Check Here if additional notes on back

<u>Assessment</u>: (Referral Status) Preliminary Determination(s): _____

☐ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☒ Other: WAiT To See Dr.

_____
_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan</u>: Check All That Apply:
☐ Instructions to return if condition worsens
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes Whom/Where): Dr. DArbny    Date for referral: 11 / 14 / 2005
MM  DD  YYYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

X _____    Name: D. Carr W / Gr
Nurses Signature                              Printed



**Nursing Evaluation Tool:**                                    <u>Dermatitis (Rashes)</u>

Facility: _Easterling_

Patient Name: _Cammon_                          _Lonnie_

Inmate Number: _238498_ <sub>ast</sub>              Date of Birth: ███████

Date of Report: _10_ / _23_ / _05_              Time Seen: _en_  AM / (PM) Circle One
MM   DD   YYYY

**_Subjective:_** Chief Complaint: ☑ Itching ☑ Burning ☐ Redness ☑ Swelling ☐ Weeping ☐ Blisters ☐ Lice/Scabies/Nits

☐ Other: _____

Onset: _"about September"_

Location: _upper legs bilaterally  lower arms bilaterally  lower back_

History: _"I've been itching since I got here"_
(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated Symptoms: ☐ None ☐ Fever ☐ Upper Respiratory Symptoms ☐ Tongue Swelling/Throat Closing ☐ Facial/Neck Swelling
☐ Difficulty breathing ☑ Other: _① lower arm swollen c̄ pitting edema_

Recent environmental contacts (allergens/irritants): _denies_

History of new medication: _denies_

**_Objective:_** Vital Signs: (If Indicated) T: _98⁸_ P: _78_ RR: _18_ B/P: _148_ / _82_

Exam: Lesion(s): ☑ NO ☐ YES Description: _____

Redness/Swelling/Streaking: ☐ NO ☑ YES (If Yes, Describe): _____

☐ Additional Examination: _Scratch marks visible lower back and lower arms bilaterally_
Continue on back if necessary _2/1 itching_

☐ Check Here if continued on back

**_Assessment:_** (Referral Status)          Preliminary Determination(s): _____

☐ Referral <u>NOT Required</u>

☑ Referral <u>Required</u> referral due to the following: (Check all that apply)
☐ Respiratory distress   ☐ Tongue or facial swelling ☐ Hives ☐ Wheezing
☐ New medication        ☐ Signs of infection   ☐ Recurrent Complaint (More than 2 visits)
☑ Other: _MD evaluate and treat_
(Describe)

**_Plan:_** Check All That Apply:
☐ Meds given per approved OTC med list: ☑ _✓ Hydrocortisone 1% cream to affected area BID + 7da_

☐ _____

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling)  Pt instructed to seek immediate seek immediate medical attention if these should occur

Other OTC Medications given   ☑ NO      ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Darbize_           Date for referral: _10_ / _25_ / _05_
MM   DD   YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _S. Hamilton LPN_     Name: _LISA JO HAMILTON_
Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cawthous_    Date of Request: _10/20/05_

ID # _238498_    Date of Birth: ▪▪▪▪▪▪ ation: _78/60_

Nature of problem or request: _I am scratching my self to death._
_Very itchy. Need to see the Doctor ASAP?!_

_____

_____

_____    _____
                                                 *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

> RECEIVED
> Date OCT 21 2005
> Time:
> Receiving Nurse Intials _CMC_

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**    _Please See Not dated 10/23/05_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                                           CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

        If Emergency was PHS supervisor notified:   Yes ( )    No ( )

                 Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _LONNIE CAMMON_ _____ Date of Request: _____
ID # _238498_ _____ Date of Birth: ▓▓▓▓▓ Location: _7B-60_
Nature of problem or request: _I AM BREAKING out All OVER MY_
_Body with A RASH, I AM itching to death, I hAVE_
_ScRAtched the blood out of MY legs, Please see me_
_As soon As possible. I Suspect ScAbbies!_
                                    _Lonnie Cammon_
                                          *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌──────────────────────────────────┐
│           RECEIVED               │
│  Date:                           │
│  Time:                           │
│  Receiving Nurse Intials  MD     │
└──────────────────────────────────┘
```

**(S)ubjective:**


**(O)bjective**   (V/S):  **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:     Yes ( )     No ( )
                    Was MD/PA on call notified:     Yes ( )     No ( )

                    _____
                          *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Lonnie Cammon_

Date of Birth: ▮▮▮▮▮▮▮        Social Security No.: ▮▮▮▮▮▮▮

Date: _9-18-05_        Time: _8:19_        A.M.
        P.M.

This is to certify that I, _Lonnie Cammon_ , currently in
        (Print Inmate's Name)

custody at the _Easterling_ , am refusing to
        (Print Facility's Name)

accept the following treatment/recommendations: _Breaking out itch_
        (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Lonnie Cammon_
        (Signature of Inmate)**        (Signature of Medical Person)

_____        _____
        (Witness)        (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Lonnie Cammon     Date of Request: 9/5/05
ID # 238998     Date of Birth: ___ Location: 713-60
Nature of problem or request: I'm Requesting to see the Doctor
concerning me getting a No long standing profile for m
eating my food I can't eat fast and swoller my food
and I can't walk that fast. if you can help in this matter I
really would appricate it. / Lonnie Cammon
                                                          *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**   *Wavier Signed*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

| Date/Time | Inmate's Name: Cummon, Lonnie | D.O.B.: |
|-----------|-------------------------------|---------|
| 8/22/05 | Inmate recieved to Easterleng. Access to Health Care, S/C, et Kitchen clearance explained to inmate. | |
| 8/23/05 | Chart screened by Mental Health. —— R. Flowers, | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: Easterling

Date: 8/22/05   Time: 10.04   AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [X] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: KilBy

Date: 8/22/05   Time: _____ AM/PM

RELEASE FROM:
- [X] Infirmary   [ ] Segregation
- [ ] Population   [ ] Mental Health
- [ ] Other

RELEASE TO:
- [X] DOC   [ ] Infirmary   [ ] Mental Health
- Easterling
Institution/Work Release Center/Free-World Hospital

ALLERGIES:
NKDA

PHYSICAL EXAMINATION
Date of last exam: 3/17/05
Chest X-Ray Date: _____   Result: _____
PPD Reading: 3/18/05
Classification: _____
Limitations: none

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 3/14/05 | [X] | [ ] | Wears Glasses/Contacts | [X] | [ ] | |
| Urinalysis | 3/14/05 | [ ] | [ ] | Dental Prosthesis | [ ] | [X] | |
| | | | | Hearing Aide | [ ] | [X] | Wallemore |
| | | | | Other Prosthesis | [ ] | [X] | |
| | | | | Recieving Nurse | | | |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Glucoma

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Artificial tears
cosopt opthal sts
Ditropan 5mg po BID

| | | |
|---|---|---|
| MEDICATIONS | [X] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [X] Not sent w / inmate |
| HEALTH RECORD | [X] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: | ADOC | |

Date: 8/22/5   Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [X] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [X] Not Received |
| HEALTH RECORD | [X] Received | [ ] Not Received |
| CHART REVIEWED | [X] YES | [ ] NO |

Received by: Wallemore Lpn
Signature of Receiving Nurse
Date: 8/22/05   Time: 10.04   AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: N/A   LAST CLINIC: _____

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt Made w/Whom (Rec Nurs |
|---|---|---|---|---|
| [X] Medical   [X] Dental | PRN | | | |
| [ ] Mental Health | | | | |

| | | Yes | No | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | | [X] | SKIN | Open Sores | | [X] | Sick Call Procedures Explained | Yes |
| | Mental Illness | | [X] | | Lice | | [X] | Height | 5'9 |
| | Suicide Attempt | | [X] | | Edema | | [X] | Weight | 128 |
| | Chronic Care | [X] | | | Warm & Dry | [X] | | Blood Pressure | 132/72 |
| | | | | | Cool & Moist | | [X] | Temperature | 97.1 |
| STATUS | Special Diet | | [X] | CONDITION | Alert | [X] | | Pulse Resp | 52 |
| | Appearance | [X] | | | Oriented | [X] | | Other | |
| | | | | | Uncooperative | | [X] | | |
| | | | | | Depressed | | [X] | | |

OTHER PERTINENT NURSING ASSESSMENT

Signature of Nurse Completing Assessment (Sending Nurse) _____ Date 8/22/05   Signature of Intake Screening Nurse (Receiving Nurse) Wallemore Lpn   Date 8/22/

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| GAMMON, CONNIE | 238498 | | B/M | KCF |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Cammon, Lonnie 238498 | DIAGNOSIS (If Chg'd) KOP → Artificial Tears X 180 d PRN |
| | — Do not interrupt Cosopt 9x |
| | — No Art. Tears for 30 min c̄ Cosopt |
| D.O.B. ▓▓ | ~~Stavanx~~ |
| ALLERGIES: NKDA NKFA | noted 8-5-05 |
| Use Last    Date 8/7/5 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Cammon, Lonnie 238 498 | DIAGNOSIS (If Chg'd) |
| | Benadryl 50mg PO BID PRN X 10d |
| D.O.B.  /  /   7/15/05 730A noted Israven | UO BAdams CRNP / Israven, LPN |
| ALLERGIES: | |
| Use Fourth   Date 7/15/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   BAdams CRNP |

| | |
|---|---|
| NAME: Cammon, Lonnie 238486 7/11/05 9:00A Noted Israven | DIAGNOSIS (If Chg'd) ① Eye List (next Available) |
| | ② Ditropan 5mg p.o. BID X 90d |
| D.O.B.  /   NKDA | |
| ALLERGIES: | |
| Use Third   Date 7/11/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   BAdams CRNP |

| | |
|---|---|
| NAME: Cammon, Lonnie 238498 | DIAGNOSIS (If Chg'd) Continue Cosopt 1 gt OS/OS bid |
| | Isolve (amos |
| D.O.B. ▓▓ | |
| ALLERGIES: NKDA | RReal RN 6/24/05 @ 1425 |
| Use Second   Date 6/08/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Cammon, Lonnie 238498 6/16/05 11Am NKDA noted Israven | DIAGNOSIS ① Elimite (or equiv.) Top to entire body (below neck) to night c̄ warm shower; leave on X 8 hours & shower off in A.M. |
| | ② Benadryl 50mg p.o. BID X 10d PRN |
| D.O.B.  /  / | ③ New clothes, linens, etc. |
| ALLERGIES: | |
| Use First   Date 6/16/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   BAdams CRNP |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: CAMMON, LONNIE 238498 <br><br> D.O.B. / / <br> ALLERGIES: <br><br> Use Last    Date 6,7,5 | DIAGNOSIS (If Chg'd) <br> ① CONTINUE COSOPT bid o/os (glau) KOP <br> ② Am KILBY IN JUNE <br><br><br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: CAMMON LONNIE 238498 <br><br> D.O.B. / / <br> ALLERGIES: <br><br> Use Fourth    Date 5/3/5 | DIAGNOSIS (If Chg'd) <br> ① CONTINUE COSOPT fgt o/os bid x180d <br> ② Am KILBY CLINIC (DFE/IOP) <br> ③ c 2wks <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Cammon, Lonnie 238498 <br> 4/25/05 A <br> 10:05 <br> D.O.B. / / noted <br> ALLERGIES: NKDA <br><br> Use Third    Date 4/25/·5 | DIAGNOSIS (If Chg'd) <br> ① ZANTAC 150 mg p.o. BID x 30d <br> ② Antacids ii p.o. BID x 90d PRN <br> ③ Tylenol 650 mg p.o. BID x 90d PRN <br><br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Cammon, Lonnie 238498 <br><br> D.O.B. ▮▮▮▮ <br> ALLERGIES: NKDA <br><br> Use Second    Date 4/8/05 | DIAGNOSIS (If Chg'd) <br> Continue AFC KOP x4 months <br> noted 4/25 <br><br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: CAMMON, LONNIE 238498 <br> 4/6/05 <br> 950 A <br> D.O.B. / / noted <br> ALLERGIES: NKDA <br><br> Use First    Date 4/6/05 | DIAGNOSIS (If Chg'd) <br> Medical Hold until after 4-20-05 <br> Bicillin 2.4 mu Im qwk x3 <br> Enter PSE c PO BID x 7d <br><br> VOM. Webb cnn Pl Graves <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Cammon, Lonnie 238498 | DIAGNOSIS (If Chg'd) |
| | ① DIC Diamox |
| | ② Cosopt 2x/day, Both eyes |
| D.O.B: | ③ See Dr. Bradford next month |
| ALLERGIES: NKDA | for cataract follow up |
| | vB. Dr. Swanner Linda Bell RN |
| Use Last    Date 04/04/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Cammon, Lonnie 238498 | DIAGNOSIS (If Chg'd) |
| | Needs immediate referral to UAB Glaucom |
| | specialist |
| D.O.B: / / | ① Diamox 250 → po bid #14 Call to Walgreen L.Bell |
| ALLERGIES: | ② Timolol ½% os bid Call to Walgreen L.Bell |
| Use Fourth    Date 4/1/5 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Cammon, Lonnie 238498 | DIAGNOSIS (If Chg'd) |
| | UA |
| | AFC BID X 10Q KOP |
| D.O.B: 3/28/07 | ditropan 5mg PO BID X 90 Q |
| ALLERGIES: NKDA    3/28/05 | OPC 1 mo |
| Use Third    Date 03/28/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  M Webb cnr |

| | |
|---|---|
| NAME: Cammon, Lonnie 238498 | DIAGNOSIS (If Chg'd) |
| | eye list: Glaucoma OS |
| | Naprosyn 250 mg PO BID PRN |
| D.O.B: March | 30Q |
| ALLERGIES: NKDA    3-17-05 | |
| Use Second    Date 03/17/05  10:25 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  M Webb cnr |

| | |
|---|---|
| NAME: Cammon, Lonnie 238498 | DIAGNOSIS |
| | EKG, CXR |
| | CMP, CHO, PSA |
| D.O.B: March | Td 0.5cc IMX : |
| ALLERGIES: NKDA    3-17-05 | Bottom Bunt X 180Q |
| Use First    Date 3/17/05  9:25 | Tom Webb CRNP/ March, m.d. |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cammon, Lonnie | D.O.B.: / / |
|---|---|---|

| | |
|---|---|
| 6/10/05<br>1050 | Pt. c/o rash to entire body.<br>Integ- maculo papula rash c̄<br>burrows noted to (B) arms, Abd.,<br>back, chest, groin c/w scabies<br>A/P: 1) Scabies<br>    - Elimite / Scabies protocal<br>    - Benadryl<br>    - Flu ~ c̄ no<br>   E: tx flu<br>            (sig) LRN |
| 7/11/05 | Pt. c/o "eyes burning" p̄ putting<br>in gtts. Requests ditropan refill.<br>     VSS; A&O x 3; Asymptomatic @ present<br>   Hx of cataracts to (B) eyes<br>    Seen by opth. on 6/24/05<br>   HEENT - glasses<br>       Pupils Reactive to light<br>         (R) < (L)<br>        ø Δ since initial PE<br>A/P: 1) Overactive bladder<br>     Reorder ditropan<br>   2) Hx Cataracts / Glaucoma<br>    - Cont. gtts<br>    - eye list |

60111 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cammon, Lonnie | D.O.B. |
|-----------|-------------------------------|--------|

03/28/05  Ⓢ 77 yo BM PMH Ⓓ CVA 10-12 yrs ago, #1 c/o urinary
1025  urgency + frequency, with "leaking all over clothes" #2 c/o rash d/t soap — insists 'state soap' is the problem. Took ditropan XL on street for "bladder weakness"

Ⓞ Groin appears to have fungal rash — worse on scrotum + inner thighs

Ⓐ incontinence — r/o UTI
tinea

Ⓟ UA (intake results not on chart)
APA              M Webb CRNP
ditropan 5 mg PO BID, OPC 1 mo

4/25/05  Pt. c/o indigestion / heart burn p̄ meals
1000  ē chronic arthritis pain "all over".
P.E. — unremarkable
A/P : 1) chronic arthritis
— Tylenol / moist heat PRN
2) GERD
Zantac / Antacids
f/u 3 mos
                                Barber LRP



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _CAMMON LONNie_    Date of Request: _7-27-05_
ID # _238498_    Date of Birth: ▮▮▮▮ Location: _W-22_
Nature of problem or request: _My Med Run out I Need to_
_see the Doctor For Refill_

_Lonnie Cammon_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _7/28/05_
Time: _9:30_ (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _My medication needs et I'm still itching arms, back, legs_

**(O)bjective    (V/S):** T: _97⁷_    P: _64_    R: _20_    BP: _128/60_    WT: _130_
_Alert orientra x3 skin warm et dry raised area on body part._

**(A)ssessment:** _Altered health status e/dr medication renewed_

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_Pt. left before exam_
_Called x 6_
_7/28/05_
_FLM RN_

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _CAMMON  LONNIE_   Date of Request: _7-14-05_
ID # _238498_                    Date of Birth: ▬▬▬▬  Location: _____
Nature of problem or request: _Breaking out CANT hold water_
_____
_____

_Lonnie cammon_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _7/15/05_
Time: _735_ (AM) PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _7-15-05_ |
| Time: _735A_ |
| Receiving Nurse Intials _n_ |

**(S)ubjective:** ① _Hurting in stomach - I can't hold my H2O._
② _Rash - itching really bad._

**(O)bjective:** (V/S): T: _97.9_   P: _60_   R: _18_   BP: _123/66_   WT: _137_
_A +O X3. Resp. reg c ease. VS WNL NAD_
_7/10 Bm taking ditropan started 7/11/05_

**(A)ssessment:** _Alt. in comfort R/T above statement_

**(P)lan:** ~~See MD~~ _Benadryl 50mg PO BID PRN X 10d_
_Pill call for Ditropan_

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE

Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_7/14/05_
_88_

_Graves pn_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_     Date of Request: _7-8-05_

ID # _238 998_     Date of Birth: ▇▇▇ Location: _West 22_

Nature of problem or request: _Eyes are hurting all night and all day_

_Lonnie Cammon_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _7 / 11 / 05_
Time: _800_ (AM) PM
Allergies: _NKDA_

> RECEIVED
> Date: _7-11-05_
> Time: _800_
> Receiving Nurse Intials _JJ_

**(S)ubjective:** Burning eyes x 1 wk. night + Day.

**(O)bjective** (V/S): T: _100⁶_   P: _70_   R: _20_   BP: _133/60_   WT: _132_

Hx of Cataracts to Both eyes 7740 Bm.
20/40 OU

**(A)ssessment:** Alt in comfort R/T above statement

**(P)lan:** See NP

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_Graves, u_     _7/11/05_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: 6/16/05

To: DOC

From: OPC

Inmate Name: CANNON, LONNIE   ID#: 238498

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

KOP Elimite

Apply AFTER WARM Shower leave it
on 8°. Shower off in A.M.

DOC PLEASE issue New Clothes, linen,
etc AFTER Receiving elimite

Date: 6/16/05   MD Signature: VO B. Adams CRNP/   Time: _____

60418



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Lonnie CAMMON_          Date of Request: _June 15, 2005_
ID # _238499_          Date of Birth: _____ Location: _W-22_
Nature of problem or request: _I have a RASH problem_
_in my arm and BACK area. Its getting_
_worse and I really need alot of cream._
_please help me with this MATTER._
                                   _Lonnie Cammon_
                                        Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _6/16/05_
Time: _730_ (AM) PM
Allergies: _NKA_

> RECEIVED
> Date: _6-16-05_
> Time: _730_
> Receiving Nurse Intials _D_

**(S)ubjective:** _I'm breaking out in a rash Both arms, Between legs_
_armpit + Back it ches really bad._

**(O)bjective  (V/S):** T: _97⁵_  P: _64_  R: _20_  BP: _133/63_  WT: _135_
_Red rash like area noted to Lt arm_
_77 yo B m c̄ Hx of stroke, arthritis._
**(A)ssessment:** _Alt in comfort R/t above_

**(P)lan:** _See NP_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
                              CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )          _6/16/05_

                    _Graves, LP_
                    SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Cammon Lonnie._

Date of Birth: ~~████████~~     Social Security No.: _____

Date: _5|23|05_     Time: _6:15_     (A.M.)  P.M.

This is to certify that I, _Cammon Lonnie_ _____ , currently in

(Print Inmate's Name)

custody at the _Kilby_ _____ , am refusing to

(Print Facility's Name)

accept the following treatment/recommendations: _IO Tirred To sit in_

(Specify in Detail)

_one Place._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Lonnie Cammon_
(Signature of Inmate)**

_Lorraine Graves, LPN_
(Signature of Medical Person)

_____
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Lonnie Cammon_     Date of Request: _4/23/05_

ID # _238498_     Date of Birth: ▓▓▓▓  ation: _W-22_

Nature of problem or request: _Problems with lightheadedness and am feeling weak. Serious headaches and bodyaches. Arthritic back and pain in right side. After meals I'm having problems keeping food down._

_Lonnie Cammon_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/25/05_
Time: _650_ (AM) PM
Allergies: _NKDA_

RECEIVED
Date: _4-25-05_
Time: _650 A_
Receiving Nurse Intials _M_

**(S)ubjective:** _Everything I eat hurt my stomach lightheaded + feeling weak X 2 WKS._

**(O)bjective** (V/S): T: _97.8_   P: _86_   R: _18_   BP: _142/10_ WT: _150_
_77 40 BM_

**(A)ssessment:** _Alt. in comfort R/T above statement_

**(P)lan:** _See NP_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_4/25/05_
_608_

_Graves, LP_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Cammon, Lonnie 238498_

Date of Birth: ▬▬▬▬▬▬     Social Security No: _____

Date: _4-11-05_     Time: _____ _710_  A.M. / ~~PM~~

This is to certify that I, _Lonnie Cammon_ , currently in
(Print Inmate's Name)

custody at the _Kilby_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick call because my_
(Specify in Detail)

_cold is better_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

_Lonnie Cammon_     _Lorraine Brown_
(Signature of Inmate)**     (Signature of Medical Person)

_____     _____
(Witness)     (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Caldwell, Sean  239499_

Date of Birth: ████████ _____ Social Security No : _____

Date: _4-11-05_ _____ Time: _____ _8 15_ A.M. / P.M.

This is to certify that I, _Sean Caldwell_ , currently in
(Print Inmate's Name)

custody at the ____ _Kilby_ ____ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sickcall because I'm_
(Specify in Detail)
_tired waiting_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X _Sean Caldwell_ ____          _Lorraine Branus_ ____
(Signature of Inmate)**                    (Signature of Medical Person)

_____          _____
(Witness)                          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | KCF | | |
|---|---|---|---|---|---|
| 4 /18 /05 | AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY | ☐ OUTPATIENT | |

| ALLERGIES | | CONDITION ON ADMISSION | |
|---|---|---|---|
| | | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | |

| VITAL SIGNS: TEMP | 97 2 | ORAL RECTAL | RESP 18 | PULSE 80 | BP 130/76 | RECHECK IF SYSTOLIC <100> 50 / |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S — "I'm raw down there
and I could hardly walk"

O — a&o x 3. Ambulatory
open lesions noted around
scrotal area and rectal
area. States he was given a
shot last wednesday.

PROFILE RIGHT OR LEFT

open
sore
lesion

several lesion noted

RIGHT OR LEFT

PHYSICAL EXAMINATION

A — altered comfort level r/t
lesions/open sores around scrotal
area

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Refer to CRNP/MD | | |
| ordered to continue AC | | |
| KOP x 4-6 weeks | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 4 /8 /05 | AM PM | ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| J. Jarquir | 4/8/05 | @ 4/11/05 | | |

| INMATE NAME (LAST, FIRST MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| CAMMON, LONNIE | 238498 | | 31/M | KCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_     Date of Request: **4-5-05**

ID # _238498_     Date of ~~Birth~~ ~~35~~ Location: ~~K~~ ~~W~~-22

Nature of problem or request: ~~I have Cold In My Body~~

~~I have a extremely bad cold.~~

_Lonnie Cammon_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _4/6/05_

Time: _930_ (AM) PM

Allergies: _NKA_

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 4-6-05               │
│ Time: 930                  │
│ Receiving Nurse Intials _D_ │
└─────────────────────────────┘

**(S)ubjective:** Runny nose, Coughing
(R) RPR - needs TX

**(O)bjective (V/S):** T: _97⁹_   P: _84_   R: _24_   BP: _130/60_  WT: _135_
M7 40 BM C̄ Hx of C

**(A)ssessment:** Clt in comfort R/T above statement

**(P)lan:** Entex PSE ÷ PO
Bicillin 2.8 mu I M q wk X 3
Medical Hold until p̄ lasting:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE

Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Graves, RN_  _Midkapp_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: **Lonnie Cammon**     Date of Request: **3-24-05**
ID # **238498**     Date of Birth: ████     Location: **W-22**
Nature of problem or request: I am having problems urinating
on my self- can't hold urine, & take medicine
at home to help me –
Also - I need a pink slip for a key lock —
I can't see well enough to     X _Lonnie Cammon_
open a combination lock —                    Signature
I wear glasses.

**DO NOT WRITE BELOW THIS LINE**

Date: **3 / 28 / 05**
Time: **900** AM PM
Allergies: **NKDA**

```
┌─────────────────────────────┐
│          RECEIVED           │
│  Date: 3-28-05              │
│  Time: 900 A               │
│  Receiving Nurse Intials  ᵰ │
└─────────────────────────────┘
```

(S)ubjective: ① I can't hold my water
② Soap has broken me out in my private. Itches really bad

(O)bjective   (V/S): T: **97'**   P: **76**   R: **80**   BP: **140/75** WT: **140**
77 yo Bm c̄ Hx of Stroke 10 to 12 yrs ago

(A)ssessment: Alt. in comfort R/T above statement

(P)lan: See NP

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Graves, LPN_          _M Wilborn_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 4/13/05 | TIME 0030 ☐AM ☑PM | ORIGINATING FACILITY _Kilby_ ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

| ALLERGIES _NKA_ | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP _99_ ☑ORAL ☐RECTAL | RESP _20_ | PULSE _88_ | B/P _100/70_ | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- C/o upset stomach. Unt states he feel better.
O- Alert + oriented. Resp
unlabored. denies N+V.
Remain on naprosyn. States
has been having bowel
movements. BS x 4 quad.
no acute distress noted.
A: Pt alt in comfort & DX
P: 30 cc mylanta
Eat food while taking
naprosyn.

PHYSICAL EXAMINATION

Return if worsen

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Mylanta 30cc po | 1230pm AB | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT  Eat food c naprosyn - return if condition worsen

| DISCHARGE DATE 4/3/05 | TIME 1230 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE A Brown RN | DATE 4/3/05 | PHYSICIAN'S SIGNATURE ℞ 4/4/05 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) Cannon Lonnie | DOC# 238498 | DOB | R/S B/M | FAC Kilby |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonie Cammon_     Date of Request: _3/20/05_
ID # _238498_     Date of Birth: ~~_____~~ Location: _ED_
Nature of problem or request:
_____Stomach is heartodg_____
_____
_____
_____
_____
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _3/21/05_
Time: _715_ (AM) PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: 3-21-05 |
| Time: 715 AM |
| Receiving Nurse Intials _JJ_ |

(S)ubjective: _Everytime I eat something my Chest & Head hurts_

(O)bjective  (V/S): T: _98.4_  P: _60_  R: _20_  BP: _130/80_ WT: _138_
_A+O X 3. Resp reg c ease  VS WNL  NAD._
_77 40 Bm_
(A)ssessment: _Alt. in comfort R/T above statement_

(P)lan: _See NP_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )       _3/21/05_
If Emergency was PHS supervisor notified:   Yes ( )   No ( )   _Pt. left before PE_
Was MD/PA on call notified:   Yes ( )   No ( )   _Called x 6_
_Flu PRN_

_____Graves, LPN_____
*SIGNATURE AND TITLE*       _John LRP_

| Facility Name: Bullock Correctional Facility | Month/Year Charting: 07/06 |

**Mevacor 40MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

IWBB - D/c'd 06/02 - See Below

| Start Date: 05-09-2006 | Prescriber: Darbouze, Jean |
| Stop Date: 08-06-2006 | RX #: 251492214 |

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

IW ymym - See Below

| Start Date: 05-09-2006 | Prescriber: Darbouze, Jean |
| Stop Date: 08-06-2006 | RX #: 251492217 |

**NitroQuick 0.4MG SL Tab (Bottle)    1**

Dissolve one tablet under tongue as needed

| Start Date: 05-09-2006 | Prescriber: Darbouze, Jean |
| Stop Date: 08-06-2006 | RX #: 251492225 |

**Ditropan 5MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

D/C

| Start Date: 05-09-2006 | Prescriber: Darbouze, Jean |
| Stop Date: 08-06-2006 | RX #: 251492231 |

Mevacor 20mg PO GD X
180 days

| Start Date: 06/03/06 | Prescriber: Dr. T Siddie |
| Stop Date: 12/03/06 | RX #: |

ASA 325mg PO GD X
180 days

| Start Date: 06/03/06 | Prescriber: Dr. T Siddie |
| Stop Date: 12/03/06 | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Co |
|---|---|---|---|---|---|
| | V Smith LPN | VS | Martha Jackson LPN | m | 1 Discontinued Order |
| | | | LPN | TA | 2 Refused |
| Allergies: NKDA | | | LPN | | 3 Patient out of facili |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: Population | | | | | 6 Self Administered |
| Patient ID Number: 238498 | | | | | 7 Medication out of S |
| Patient Name: | | | | | 8 Medication Held |
| **Cammon, Lonnie** | Date of Birth: | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: II G H | | | | | | | | | | | | | | | | | | |

**Decadron 4mg 1ml q d x 3 days IM**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | 1 | 2 | 3 | | | | | | | | | | | | | | | | | | | |

Start Date: 7/10/06   Prescriber: Siddiq
Stop Date: 7/13/06   RX #:

**Percoesic ⊤ PO tid x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | 9 | 9 | 9 | 9 | 9 | 9 | | | | | | | | | | | | | | |
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 7/10/06   Prescriber: Siddiq
Stop Date: 7/21/06   RX #:

**Prednisone 30mg ⊤ PO QD**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | | | | | | m | m | 9 | m | m | m | | m | | | | |

Start Date: 7/7/06   Prescriber: Siddiq
Stop Date: 7/26/06   RX #:

**Naprosyn 250mg ⊤ PO tid**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | | | | | | | 9 | 9 | 9 | 9 | | 9 | 9 | 9 | 9 | 9 | 9 | | | |
| 1100 | | | | | | | | | | | | | | | | | | m | 9 | m | m | m | | m | | 9 | 9 | | 9 | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | 9 | 9 | 9 | | 9 | 9 | | |

Start Date: 7/7/06   Prescriber: Siddiq
Stop Date: 8/31/06   RX #:

**Prednisone 20mg ⊤ PO QD x 10 days** (crossed out)

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | | | | | | | | | | | | | | ERROR | | | | | | | | | | | | | | | | |

Start Date: 7/25/06   Prescriber: Siddiq
Stop Date: 8/3/06   RX #:

**Naprosyn 250mg ⊤ PO QD x 15 days** (crossed out)

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 7/25/06   Prescriber: Siddiq
Stop Date: 8/8/06   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | J Appling LPN | m | N Tolbert RN | NT | 1 Discontinued Order |
| Allergies NKDA | | | Martha Jackson LP | mJ | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 238997 | | | | | 6 Self Administered |
| Patient Name: | | | Peter Smith RN | PS | 7 Medication out of Stock |
| Cammon Lamon | | | | | 8 Medication Held |
| | Date of Birth: | | | | 9 No Show |
| | | | | | 10 Other |

III

07/06

| Facility Name: BCCF | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Decadron 4mg Now in Elbow | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 0900 | | | | | | | | | | | | | | | | | | | | | | | | X | X | | | | | |

Start Date: 7/25/06     Prescriber: Siddiq
Stop Date: 7/25/06     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 238498 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Sto |
| Cummon Lonnie | | Date of Birth | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Facility Name: Bullock

Month/yr of Charting: 06/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Decadron 4mg IM QD x 5 days**
1100

Start Date: 06/01/06    Prescriber: Dr. J. Siddiq    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**ASA ī p.o. qd x 180 Days**
11A

Start Date: 6-2-06    Prescriber: Dr. Siddiq    RX #:
Stop Date: 12-2-06

**Mevacor 20mg P.O. qd x 180 Days**
5P

Start Date: 6-2-06    Prescriber: Dr. Siddiq    RX #:
Stop Date: 12-2-06

**Decadron 4mg Im now**

Start Date: 6-22-06    Prescriber: Siddiq    RX #:
Stop Date: 6-22-06

Diagnosis:

Allergies NKDA

Housing Unit:
Patient ID Number: 238498
Patient Name:

Cammon Lonnie

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Appling LPN | TA | N. Tolbert, RN | BN |

Documentation Code:
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Sto
8 Medication Held
9 No Show
10 Other

Date of Birth:

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Bullock_

Resident's Name: _Lonnie Cammon_    ID# _X 238498_

D.O.B. ████████

I, _Lonnie Cammon_ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

| | | |
|---|---|---|
| ____ A. | Refused medication. | ____ E. Refused X-Ray services. |
| ____ B. | Refused dental care. | ____ F. Refused other diagnostic tests |
| ____ C. | Refused an outside medical appointment. | ____ G. Refused physical examination. |
| ____ D. | Refused laboratory services. | _✓_ H. Other (Please specify) |

Reason For Refusal _The Medication is not doing any good_

Potential Consequences Explained _yes_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_Linda Anderson_
Witness Signature

_Martha Jurton_
Witness Signature

_X Lonnie Cammon_
Patient Signature

_6-26-06_
Date

_0600_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

PHS MD-70108

Facility Name: _____

| Medication | Hour | Month/Year of Charting |
|---|---|---|

**Mevacor 40mg 1 tab PO Bid**

Hour: 4a — (days 8,9,10,11 marked 9 9 9 9; day 17 marked 9; day 28 area marked)

Hour: 4P

Start Date: 5-7-06   Prescriber: Darbouze
Stop Date: 8-7-06   RX #

**Aspirin EC 325mg 1 po QD**

Hour: 4A — (days 9,10,11,12 marked 9 9 9 9; day 17 marked 9; day 30 marked)

Start Date: 5-7-06   Prescriber: Darbouze
Stop Date: 8-7-06   RX #

**Nitroglicerin 0.4mg SL PRN**

Hour: K 0 P — († 3-4-06)

Start Date: 5-7-06   Prescriber: Darb
Stop Date: 8-7-06   RX #

**Ditropan 5mg 1 po Bid**

Hour: 4a — (days 8,9,10,11 marked 9 9 9 9; day 17 marked 9; day 28 area marked)

Hour: 4P

Start Date: 5-7-06   Prescriber: Darbouze
Stop Date: 8-7-06   RX #

**Tylenol 325mg 1 P.O. bid x 3 days PRN**

Hour: 4A
Hour: 4P

Start Date: 5/27/06   Prescriber: Darbouze/LE
Stop Date: 6/30 p/o   RX #

Start Date: _____   Prescriber: _____
Stop Date: _____   RX #

---

Diagnosis: _____

Allergies: NKDA

Housing Unit: _____
Patient ID Number: 238498
Patient Name: Cumman Corrie

Nurse's Signature: S. Bala... / ...pier...   Initial: ...
Nurse's Signature: R. Cur... / S. ...   Initial: ...

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

Facility Name:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

KCl 10mg po Qd x 7 days

4A

ERROR

Start Date: 5-6-06    Prescriber: Dohme
Stop Date: 5-12-06    RX #:

Bactrim D/S po Bid x 10

4A — 9999 9999
4p

Start Date: 5-2-06    Prescriber: D. Floyd
Stop Date: 5-12-06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number:
Patient Name: Cannon Lonnie

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | SB | | N | 1 Discontinued Order |
| | | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | MP | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 10 Other |

Facility Name: Easterling Correctional Fac

Month of Charting: 05/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Isordil Titradose 5MG Tab    90.00**

Take 1 tablet(s) by mouth Three Times Daily

DC'd 1-29-04

Start Date: 02-06-2006
Stop Date: 05-06-2006
Prescriber: Darbouze, Jean
RX #: 251146619

**Mevacor 40MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

4a    See New Order
4p

Start Date: 03-02-2006
Stop Date: 05-30-2006
Prescriber: Darbouze, Jean
RX #: 251235291

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

4a    See New Order

Start Date: 03-07-2006
Stop Date: 06-04-2006
Prescriber: Darbouze, Jean
RX #: 251254454

**Nitroglycerin 0.4MG SL Tab (Bottle) 1**

Dissolve one tablet under tongue as needed for chest pain as directed

KOP    See New Order

T 3-4-06

Start Date: 03-07-2006
Stop Date: 06-04-2006
Prescriber: Darbouze, Jean
RX #: 251255731

**Ditropan 5MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

4a    See New Order
4p

Start Date: 03-07-2006
Stop Date: 06-04-2006
Prescriber: Darbouze, Jean
RX #: 251254458

LASIX 40mg PO

4?

ERROR

Start Date: 5-6-06
Stop Date: 5-13-06
Prescriber:
RX #:

Diagnosis:

Allergies:

Housing Unit: Population
Patient ID Number: 238498
Patient Name:

**Cammon, Lonnie**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1 Discontinued Order |
| | | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 0 Other |

Date of Birth

| Facility Name: Easterling Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: 04/06 | | | | | | | | | | | | | | |

| zantac 150MG Tab      60 00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9a | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth twice daily | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 01-05-2006   Prescriber: Darbouze, Jean
Stop Date: 04-04-2006   RX #: 251038965

| Tylenol 500MG Tab      180 00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 2 tablet(s) =1000mg by mouth Three Times Daily as needed | 9a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 01-25-2006   Prescriber: Darbouze, Jean
Stop Date: 04-24-2006   RX #: 251105412

| Isordil Titradose  5MG Tab      90.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth Three Times Daily | | | | | | | D/C'ed 1-29-04 | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 02-06-2006   Prescriber: Darbouze, Jean
Stop Date: 05-06-2006   RX #: 251146619

| Mevacor 40MG Tab      60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth twice daily | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

√

Start Date: 03-02-2006   Prescriber: Darbouze, Jean
Stop Date: 05-30-2006   RX #: 251235291

| Aspirin EC 325MG EC Tab      30 00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

√

Start Date: 03-07-2006   Prescriber: Darbouze, Jean
Stop Date: 06-04-2006   RX #: 251254454

| Nitroglycerin 0 4MG SL Tab (Bottle) 1 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dissolve one tablet under tongue as needed for chest pain as directed | | | | | | | | | T. 3-4-06 | | | | | | | | | | | | | | | | | | | | | | | |

√

Start Date: 03-07-2006   Prescriber: Darbouze, Jean
Stop Date: 06-04-2006   RX #: 251255731

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | D | | V | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Population | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| 238498 | | | | | 6 Self Administered |
| Patient ID Number: | | | | | 7 Medication out of Stc |
| Patient Name: | | | | | 8 Medication Held |
| **Cammon, Lonnie** | | | | | 9 No Show |
| | Date of Birth | | | | 10 Other |

| Facility Name: Easterling Correctional Facility | | Month/Year of Charting: 04/06 | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ditropan 5MG Tab    60 00  Take 1 tablet(s) by mouth twice daily | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 03-07-2006    Prescriber: Darbouze, Jean
Stop Date: 06-04-2006    RX #: 251254458

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prednisone 20mg po  qd x 5 d | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 3-29-06    Prescriber: Darbouze
Stop Date: 4-3-06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feldene 20mg po  qpm x 30 d | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 3-23-06    Prescriber: Darbouze
Stop Date: 4-23-06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn 375mg  po Bid x 14 days | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4-5-06    Prescriber: Darbouze
Stop Date: 4-19-06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lasix 40mg po qd  x 7 | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5-6-06    Prescriber: Darbouze
Stop Date: 5-12-06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kcl 10 mg po qd  x 7 | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5-6-06    Prescriber: Darbouze
Stop Date: 5-12-06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | Darbouze | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: Population | | | | | 4 Charted in Error |
| Patient ID Number: 238498 | | | | | 5 Lock Down |
| Patient Name: | | | L. Ewing LPN | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| **Cammon, Lonnie** | Date of Birth: | | | | 10 Other |



Facility Name:                                           Month/Year of Charting:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cosopt 0.5%
ᵀ̄ gtt each eye
Bid

Start Date: 12-31-05    Prescriber: DArbouse
Stop Date: 1-11-06      RX #:

Meva Cor 40mg
Take ᵀ̄ tab po
Bid

Start Date: 3-1-06     Prescriber: Arbouse/SS
Stop Date: 6-1-06      RX #:

Naproxen 375mg
ᵀ̄ PO B.d prn × 10
days

Start Date: 2-7-06     Prescriber: Arbouse
Stop Date: 3-8-06      RX #:

Prednisone 20mg po
bid × 5days
     Then

Start Date: 3/3/06     Prescriber: Darbouse/NP
Stop Date: 3/8/06      RX #:

Prednisone 20mg po
qd × 5days

Start Date: 3/8/06     Prescriber: Darbouse/NP
Stop Date: 3/13/06     RX #:

EC ASA 325mg
ᵀ̄ PO qd
× 90 days

Start Date: 3-6-06     Prescriber: Darbouse
Stop Date: 6-6-06      RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| Allergies NKDA | | SS | S. Smith | SS | 1 Discontinued Order |
| | | | MPayne RN | NP | 2 Refused |
| Housing Unit: | | | | | 3 Patient out of facility |
| Patient ID Number: 238 498 | | | | | 4 Charted in Error |
| Patient Name: | | | | | 5 Lock Down |
| Cammon, Lonnie | | | Date of Birth: | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | Other |



Facility Name: Easterling Correctional Facility

Month/Year of Charting: 03/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**zantac 150MG Tab     60 00**

Take 1 tablet(s) by mouth twice daily

Start Date: 01-05-2006
Stop Date: 04-04-2006
Prescriber: Darbouze, Jean
RX #: 251038965

**Aspirin EC 325MG EC Tab     30 00**

Take 1 tablet(s) by mouth daily

Start Date: 01-14-2006
Stop Date: 04-13-2006
Prescriber: Darbouze, Jean
RX #: 251074186

**Tylenol 500MG Tab     180.00**

Take 2 tablet(s) =1000mg by mouth
Three Times Daily as needed

Start Date: 01-25-2006
Stop Date: 04-24-2006
Prescriber: Darbouze, Jean
RX #: 251105412

**Nitroglycerin 0.4MG SL Tab (Bottle) 1**

Dissolve one tablet under tongue as
needed for chest pain

Start Date: 02-06-2006
Stop Date: 05-06-2006
Prescriber: Darbouze, Jean
RX #: 251146618

**Isordil Titradose 5MG Tab     90.00**

Take 1 tablet(s) by mouth Three Times
Daily

D/c d on 1-29-06

Start Date: 02-06-2006
Stop Date: 05-06-2006
Prescriber: Darbouze, Jean
RX #: 251146619

**Ditropan 5MG Tab     60 00**

Take 1 tablet(s) by mouth twice daily

Start Date: 02-09-2006
Stop Date: 05-09-2006
Prescriber: Darbouze, Jean
RX #: 251160272

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | S. Isathur | S | M Payne RN | MP | 1 Discontinued Order |
| Allergies  NKDA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit:  Population | | | | | 5 Lock Down |
| Patient ID Number:  238498 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| **Cammon, Lonnie** | | T.B I | Date of Birth: | | 9 No Show |
| | | | | | 10 Other |

Facility Name: East

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Yr. Charting: 3 06

Prednisone 20mg p°  4A
4fm x 3  Bid X
5 days                4P

Start Date: 3 23 06     Prescriber: Dabay
Stop Date: 3-28-06     RX #:

+ Prednisone to 20y  4A
po qd X 5

Start Date: 3-29-06     Prescriber: Dabaoue
Stop Date: 4 3 06     RX #:

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

Diagnosis

Allergies NKOA

Housing Unit:
Patient ID Number: 238498
Patient Name:
Camman  Lonnie

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

Date of Birth:

Documentation Code
1  Discontinued Order
2  Refused
3  Patient out of facility
4  Charted in Error
5  Lock Down
6  Self Administered
7  Medication out of Stock
8  Medication Held
9  No Show
10 Other

Facility Name: EASTERLING

Month/ Charting: MAR '06

| Medication | | Hour |
|---|---|---|

**NTG 0.4mg SL PRN AS DIRECTED FOR CHEST PAIN**
K D P
↓ GIVEN 3-4-06          ↓ GIVEN 2-17-06
Start Date: 3-3-06   Prescriber: Darbouze
Stop Date: 6-3-06   RX #:

**DITROPAN 5mg ↓ PO BID X 90 days**
4A
4P
Start Date: 3-3-06   Prescriber: Darbouze
Stop Date: 6-3-06   RX #:

**Miconazol cr Bid X 30 days**
4A
4P
take 3-9-06
Start Date: 3/9/06   Prescriber: Dr Darbouze
Stop Date: 3/9/06   RX #:

**Lasix 40mg ↓ PO QD X 5 days**
4A
Start Date: 3/9/06   Prescriber: Dr Darbouze
Stop Date: 3/9/06   RX #:

**KCL 10mg ↓ PO QD X 5 days**
4P
Start Date: 3/9/06   Prescriber: Dr Darbouze
Stop Date: 3/9/06   RX #:

**Feldene 20mg po qpm X 30**
4P
Start Date: 3-23-06   Prescriber: Darbouze
Stop Date: 4-23-06   RX #:

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 238498
Patient Name:

CAMMON, LONNIE

Date of Birth: ▆▆▆▆

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | SJ | M Payne RN | MP |

**Documentation Code**
1  Discontinued Order
2  Refused
3  Patient out of facility
4  Charted in Error
5  Lock Down
6  Self Administered
7  Medication out of Stock
8  Medication Held
9  No Show
10  Other

| Facility Name: Ewstalig | | Month/Yr Charting: 2/06 |

**Ditropan 5mg**
**ǂ PO Bid x 90**
**days**

Hour: 4A / 4p

Start Date: 1-13-06　Prescriber: Darbour
Stop Date: 4-13-06　RX #:

---

**Isordil 5mg tab**
**ǂ po tid x 90 days**

Hour: 4A / 5A / 4p

D/C'd 1-4-06

Start Date: 1-19-06　Prescriber: Darren
Stop Date: 3-19-06　RX #:

---

**Nitroglicarin 150mg**
**Subling tab ǂ As needed**

ǂ BDATE SUB 1-19-2006　See New order 2/15

Start Date: 1-19-06　Prescriber: Darbour
Stop Date: 3-19-06　RX #:

---

**Cosopt 0.5%**
**ǂ gtt ea eye**
**B ID**

Start Date: 12-31-05　Prescriber: Darbour
Stop Date: 4-11-06　RX #:

---

**Naproxen 375mg**
**bid PRN x 10 days**

Hour: 4A / 4p

See New Order 2/16

Start Date: 2/7/06　Prescriber: Darbour
Stop Date: 2/17/06　RX #:

---

**Colchicine 0.6mg**
**QD x 10 days**

Hour: 4A

DC 2/15/06

Start Date: 2/7/06　Prescriber: Darbour
Stop Date: 2/17/06　RX #:

---

Diagnosis: NICOA

Allergies: NKDA

Housing Unit:
Patient ID Number: 238498
Patient Name: Cannon, Lonnie II & III

Nurse's Signature / Initial

J. Smith / c
S. Hanna
L. Ewing LPN
M. Moore LPN / M

**Documentation Code**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Date of Birth

Facility Name: Easterling Correctional Facility

Month/Year Charting: 02/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Artificial Tears 1 4% Solution        1**

Use as directed

Start Date: 08-10-2005    Prescriber: Bradford, Michael
Stop Date: 02-05-2006    RX # 250378959

**Mevacor 40MG Tab        60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-27-2005    Prescriber: Darbouze, Jean
Stop Date: 02-22-2006    RX #: 250502508

**zantac 150MG Tab        60 00**

Take 1 tablet(s) by mouth twice daily

Start Date: 01-05-2006    Prescriber: Darbouze, Jean
Stop Date: 04-04-2006    RX #: 251038965

**Aspirin EC 325MG EC Tab        30.00**

Take 1 tablet(s) by mouth daily

Start Date: 01-14-2006    Prescriber: Darbouze, Jean
Stop Date: 04-13-2006    RX #: 251074186

Tylenol 1gm PO
tid PRN x 5 days

Start Date: 1-23-06    Prescriber: Darbare
Stop Date: 4-23-06    RX #:

Miconazole Cr.
topically Bid x14
days

Start Date: 1-23-06    Prescriber: Darbare
Stop Date: 2-7-06    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code: |
|---|---|---|---|---|---|
| | | | S Trotte | ST | 1 Discontinued Order |
| Allergies  NKDA | S McKinnon | | | | 2 Refused |
| | | | L Ewing LVN | LE | 3 Patient out of facility |
| Housing Unit: Population | M M Dates LPN | | | | 4 Charted in Error |
| Patient ID Number: 238498 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| **Cammon, Lonnie** | | | | | 8 Medication Held |
| | Date of Birth | | | | 9 No Show |

| Facility Name: | ECE | | | | | | | | | | | | Month/ | | | Charting: | | 2/06 | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naproxen 375mg ÷ po bid x 14 days PRN

8a / 4p

Start Date: 2/15/06     Prescriber: Darbouze NP
Stop Date: 3/1/06       RX #:

NTG SL PRN (0.4mg) x 100 days

① Bottle given 2-17-06
① Bottle given 1/19/06

Start Date: 2/15/06     Prescriber: Darbouze NP
Stop Date: 3/25/06      RX #:

Naproxen 375mg po BID PRN x 14 days

8a / 4p

Start Date: 2-7-06      Prescriber:
Stop Date:              RX #:

| Diagnosis | | | | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|---|---|---|

Allergies   NKA

Housing Unit:
Patient ID Number: 238498
Patient Name: Cammon, Lonnie III

Nurse's Signatures:
M Payne RN — MP
M Moates LPN — MM
J. Scott — S
P. Ewing LPN — CE

Documentation Codes:
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Date of Birth:

| Facility Name: EASTERLE | | | | | | | | | | | | | | | | | | Month/Yea... Charting: JAN | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ZANTae 150g ± PO Brd × 90¢**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4/3/06   Prescriber: Dr Darboy
Stop Date: 4/3/06    RX #:

**Tylenol km po tid PR × 90 day**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 1-23-06   Prescriber: Darbour
Stop Date: 4-23-06    RX #:

**Miconazole cr topically Brd × 14 day**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 23-06   Prescriber: Dabouri
Stop Date: 2-7-06    RX #:

**Feldene 20mg po q pm × 5 day**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 1-23-06   Prescriber: Dabouri
Stop Date: 1-27-06    RX #:

**Bengay topically Brd × 5 day PRn**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4P | | | | | | | | | | | | | | | | | | | | | | S/on 1-24-06 | | | | | | | |

Start Date: 1-24-06   Prescriber: Dabouri
Stop Date: 1-28-06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:   Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | L Ewing (RN) | | 1 Discontinued Order |
| Allergies N/KDA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| CAMMON LONNIE | | | Date of Birth: | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: Easterling Correctional Facili. | | Month/Ye.        Charting:   01/06 |
|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Artificial Tears 1 4% Solution     1**

Use as directed

Start Date: 08-10-2005   Prescriber: Bradford, Michael
Stop Date: 02-05-2006   RX #: 250378959

**Aspirin EC 325MG EC Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-27-2005   Prescriber: Darbouze, Jean
Stop Date: 02-22-2006   RX #: 250502541

**Ditropan 5MG Tab     60 00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-27-2005   Prescriber: Darbouze, Jean
Stop Date: 02-22-2006   RX #: 250502523

**Mevacor 40MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-27-2005   Prescriber: Darbouze, Jean
Stop Date: 02-22-2006   RX #: 250502508

**Cosopt   0.5%**

**Ī gtt each eye bid**

Start Date: 12/31/05   Prescriber: Darbouze
Stop Date: 4/11/06   RX #:

**Tylenol 500mg**

**II po bid**

Start Date: 11-17-05   Prescriber: Darbouze
Stop Date: 2-17-06   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| **NKA** | | | | | 4 Charted in Error |
| Housing Unit:   Population | | | | | 5 Lock Down |
| Patient ID Number: 238498 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stoc |
| **Cammon, Lonnie** | | Date of Birth: | | | 8 Medication Held |

Facility Name: EASTERLING

Month/Year: JAN 06

| Medication | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

EC ASA 325mg
i PO qd
x 90 days
Start Date: 1-13-06
Stop Date: 4-13-06
Prescriber: Darbouze

DITROPAN 5mg
i PO bid
x 90 days
Start Date: 1-13-06
Stop Date: 4-13-06
Prescriber: Darbouze

Mevacor 40mg
i PO bid
x 90 days
Start Date: 1-13-06
Stop Date: 4-13-06
Prescriber: Darbouze

Isordil 5mg TAB i PO
TID x 90 days
Start Date: 1-15-2006
Stop Date: 3-19-2006
Prescriber: DNG / DB

Nitroglycerin 150mg
Subling TAB i PO As needed
1 Bottle 1-19-2006
Start Date: 1-19-2006
Stop Date: 3-19-2006
Prescriber: DNG / DB

↑ Isordil to long
PO tid x 90 days
Start Date: 1-23-06
Stop Date: 4-23-06
Prescriber: Darbouze

---

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 238498
Patient Name:
CANNON, LONNIE

| Nurse's Signature | Initial | Nurse's Signature | Initial |
| --- | --- | --- | --- |
| J. Smot | SRS | | B |
| S Derk | Sb | | |
| Maulin Montes | MM | | |

Date of Birth:

| Documentation Codes |
| --- |
| 1 Discontinued Order |
| 2 Refused |
| 3 Patient out of facility |
| 4 Charted in Error |
| 5 Lock Down |
| 6 Self Administered |
| 7 Medication out of Stock |
| 8 Medication Held |
| 9. No Show |
| 10 Other |

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 12/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Cosopt 2-0.5% Solution     1**

Place 1 drop(s) in each eye twice daily

Start Date: 06-30-2005     Prescriber: Robbins, Michael
Stop Date: 12-26-2005     RX #: 250090355

**Artificial Tears 1.4% Solution     1**

Use as directed

Received 8/10/05

Start Date: 08-10-2005     Prescriber: Bradford, Michael
Stop Date: 02-05-2006     RX #: 250378959

**Aspirin EC 325MG EC Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-27-2005     Prescriber: Darbouze, Jean
Stop Date: 02-22-2006     RX #: 250502541

**Ditropan 5MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-27-2005     Prescriber: Darbouze, Jean
Stop Date: 02-22-2006     RX #: 250502523

**Mevacor 40MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-27-2005     Prescriber: Darbouze, Jean
Stop Date: 02-22-2006     RX #: 250502508

Tyenol 1 gram PO
Bid X 90 days

Start Date: 11/17/05     Prescriber: Darbouze /SB
Stop Date: 2-17-06     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | J. Smith | SM | 1 Discontinued Order |
| Allergies | C Wambles | CW | Darcia Un | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: Population | Ewing | LE | | | 4 Charted in Error |
| Patient ID Number: 238498 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| **Cammon, Lonnie** | | | | | 8 Medication Held |
| | Date of Birth: | | | | 9 No Show |
| | | | | | 0 Other |

| Facility Name: Easterling | | Month/Year: | Charting: 11/05 | | | |
|---|---|---|---|---|---|---|

Miconzole to
inguinal area
B:x X 14 days

| Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 10/25/05    Prescriber: D. Dabaong /SB
Stop Date: 11/8/05    RX #:

Recived 10/25/05

---

Percoges c H po
TID PRN X 90 days

Start Date: 10/25/05    Prescriber: Dr Dabaong /SB
Stop Date: 1/25/05    RX #:

---

Tylenol 1g P.O
bid PRN X 90 day

Start Date: 11/17/05    Prescriber: Dar bouzE KE
Stop Date: 2-17-06    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | S. Smith | SM | 1 Discontinued Order |
| Allergies | | | L. Cwin | IRD LB | 2 Refused |
| NKDA | | | | | 3 Patient out of facility |
| | S McKinnon | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 238758 | | | | | 6 Patient out of Stock |
| Patient Name: | | | | | 7 Medication out of Stock |
| Cannon Lonnie | II | | | | 8 Medication Held |
| | | Date of Birth: | | | 9 No Show |
| | | | | | 10 Other |

Facility Name: Easterling Correctional Facili

| | Month/Y | Charting: 11/05 |

**Cosopt 2-0.5% Solution** 1

Place 1 drop(s) in each eye twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 06-30-2005    Prescriber: Robbins, Michael
Stop Date: 12-26-2005    RX #: 250090355

**Artificial Tears 1.4% Solution** 1

Use as directed

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Recieved T 8/10/05

Start Date: 08-10-2005    Prescriber: Bradford, Michael
Stop Date: 02-05-2006    RX #: 250378959

**Aspirin EC 325MG EC Tab** 30.00

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-27-2005    Prescriber: Darbouze, Jean
Stop Date: 02-22-2006    RX #: 250502541

**Ditropan 5MG Tab** 60.00

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-27-2005    Prescriber: Darbouze, Jean
Stop Date: 02-22-2006    RX #: 250502523

**Mevacor 40MG Tab** 60.00

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-27-2005    Prescriber: Darbouze, Jean
Stop Date: 02-22-2006    RX #: 250502508

**Acetaminophen 500MG Tab** 120.00

Take 2 tablet(s) =1gm by mouth twice daily as needed

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | D/c'd | | 10/25/05 | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-27-2005    Prescriber: Darbouze, Jean
Stop Date: 11-24-2005    RX #: 250502522

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | S. Jmotte | SPS | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | S McKinnon | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 238498 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Cammon, Lonnie** | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | Date of Birth: | | | | 10 Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | Month/Year of Charting: | | | | 10/05 | | | | | | | | | | | | | | |

**Cosopt 2-0.5% Solution   1**

Place 1 drop(s) in each eye twice daily

Start Date: 06-30-2005   Prescriber: Robbins, Michael
Stop Date: 12-26-2005   RX #: 250090355

**Artificial Tears 1.4% Solution   1**

Use as directed

Start Date: 08-10-2005   Prescriber: Bradford, Michael
Stop Date: 02-05-2006   RX #: 250378959

**Aspirin EC 325MG EC Tab   30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-27-2005   Prescriber: Darbouze, Jean
Stop Date: 02-22-2006   RX #: 250502541

**Ditropan 5MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-27-2005   Prescriber: Darbouze, Jean
Stop Date: 02-22-2006   RX #: 250502523

**Mevacor 40MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-27-2005   Prescriber: Darbouze, Jean
Stop Date: 02-22-2006   RX #: 250502508

**Acetaminophen 500MG Tab   120.00**

Take 2 tablet(s) =1gm by mouth twice daily as needed

Start Date: 08-27-2005   Prescriber: Darbouze, Jean
Stop Date: 11-24-2005   RX #: 250502522

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies   NKDA | | | S. Goston N   SG | 1 Discontinued Order, 2 Refused, 3 Patient out of facility, 4 Charted in Error, 5 Lock Down, 6 Self Administered, 7 Medication out of Stock, 8 Medication Held, No Show, Other |
| | L. Ewing LPN LE | | Wayne RN   WP | | |
| Housing Unit: Population | | | | | |
| Patient ID Number: 238498 | | | | | |
| Patient Name: | | | | | |
| **Cammon, Lonnie** | | Date of Birth: | | | |

| Facility Name: | | | | | | | | | | Month/Yea: | | Charting: | | | | |
|---|---|

**HC cream (hydrocortisone 1%) to affected areas BID + 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | | | | | | | | | | | | | | | | | | | | | | | > | | | | | | | |
| 4P | | | | | | | | | | | | | | | | | | | | | | X | 10-25-2005 | | | | | | | |

Start Date: 10/24/05   Prescriber: Darbouze MD
Stop Date: 10/31/05   RX #:

**Miconazole to inguinal area BID x 14 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 10/25/05   Prescriber: Darbouze
Stop Date: 11/8/05   RX #:

**Percogesic ii PO TID PRN x 90 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10/25/05   Prescriber: Darbouze
Stop Date: 1/25/06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | L. Ewing LPN | LE | S Beushea | SB | 1 Discontinued Order |
| Allergies NKDA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 238498 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| Cammon, Lonnie    II | | | | Date of Birth: | 8. Medication Held / No Show / Other |

| Facility Name: | | | | | | | | | | | | | | | | Month/Year Charting: | | | | | | | | | | | | | | | |

Cosopt 2%/0.5%
Sol. ī gtt in each
eye Bid

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 6-30-05   Prescriber: Robbins
Stop Date: 12-26-05   RX #: 250090355

Artificial tears
x 180 days PRN
Adm. 30 min. p̄
Cosopt x 180 days

Start Date: 8-5-05   Prescriber: Robbins
Stop Date: 2-28-06   RX #:

EC ASA 325mg po
qd x 180 days

Start Date: 8-25-05   Prescriber: Darbouze
Stop Date: 2-24-06   RX #:

Ditropan 5mg po
Bid x 180 days

Start Date: 8-25-05   Prescriber: Darbouze
Stop Date: 2-24-06   RX #:

Mevacor 40mg po
Bid x 180 days

Start Date: 8-25-05   Prescriber: Darbouze
Stop Date: 2-24-06   RX #:

Tylenol 1gm po
Bid PRN x 90 days

Start Date: 8-25-05   Prescriber: Darbouze
Stop Date: 11-25-05   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |

Allergies: NKDA

Housing Unit:
Patient ID Number: 238496
Patient Name: Cammon Connie

Documentation Codes:
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
0 Other

Date of Birth

| Facility Name: | | | | | | | | | | | | Month/Year Charting: | | | | | | | | | | | | | | | | | | |

Cosopt i glt OO/OS
BID x 180 days

06/24/05    12/24/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: _____ Prescriber: _____
Stop Date: _____ RX #: _____

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: _____ Prescriber: _____
Stop Date: _____ RX #: _____

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: _____ Prescriber: _____
Stop Date: _____ RX #: _____

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: _____ Prescriber: _____
Stop Date: _____ RX #: _____

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: _____ Prescriber: _____
Stop Date: _____ RX #: _____

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Bernice Dickson LPN | | B Braden LPN | | 1 Discontinued Order |
| Allergies NKA | A. Willis RN | aw | | | 2 Refused |
| | Janett | CY | R Brantley RN | RT | 3 Patient out of facility |
| Housing Unit: Population | | | | | 4 Charted in Error |
| Patient ID Number: 238498 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| Cammon, Rennie | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | Date of Birth | | | 9 No Show |
| | | | | | 10 Other |

Facility Name: Kilby Correctional Facility

Month/Year of Charting: 08/05

Administered ECF on 8-22-05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Cosopt 2-0 5% Solution     1**

Place 1 drop(s) in each eye twice daily

Start Date: 06-30-2005    Prescriber: Robbins, Michael
Stop Date: 12-26-2005    RX #: 250090355

**Ditropan 5MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 07-13-2005    Prescriber: Adams, Bradford
Stop Date: 10-10-2005    RX #: 250195222

See New Orders 8/2

Artificial tears
X 180 d PRN
Adm. tears 30m p cosopt

Start Date:    Prescriber:
Stop Date:    RX #:

EC ASA .325mg ÷ po qd
X 180 days

Start Date: 8/25/05    Prescriber: Darbouze
Stop Date: 2/24/06    RX #:

Ditropan 5mg ÷ po
bid x 180 days

Start Date: 8/25/05    Prescriber: Darbouze/NP
Stop Date: 2/24/06    RX #:

Mevacor 40mg ÷ po bid
x 180 days

Start Date: 8/25/05    Prescriber: Darbouze/NP
Stop Date: 2/24/06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 238498 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Cammon, Lonnie** | | | Date of Birth | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: | | | | | Month/Year: | Charting: | |

Tylenol 1g po bid
PRN x 90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 8/25/05    Prescriber: Darbouze
Stop Date: 11/25/05    RX #:

Diagnosis

Allergies: NKA

Housing Unit:
Patient ID Number: 238798
Patient Name: Cammon  Lonnie  II

| | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Date of Birth

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cosopt ĩ gtt OD/OS Bid x 180 days 6/24/05 — 12/24/05 | 0900 A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1600 P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/1/05 THROUGH 7/31/05

Physician Dr Bradford

Alt. Physician

Telephone No

Alt Telephone

Medical Record 23844

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: Bernice J Lassie Title: LPN Date: 6/6

PATIENT Cammon, Lonnie

PATIENT CODE | ROOM NO | BED

# MEDICATION ADMINISTRATION RECORD
07/01/2005

(KIL-445) KILBY CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

COSOPT OCUMETER PLUS (10ML) 2%/0 5% DROP
INSTILL DROPS AS DIRECTED IN EACH EYE TWICE
DAILY **NON-FORMULARY APPROVED UNTIL
07/06/05

RX:   7216504 ROBBINS, M.D. (MED D, MICHAEL ,
START - 04/08/2005     STOP - 07/06/2005

ACID-GONE (GENATON) 80MG/20MG TAB
TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS
NEEDED
RX:   7308385 ADAMS, N.P., BRADFORD , NP
START - 04/27/2005     STOP - 07/25/2005

ACETAMINOPHEN (TYLENOL) 325MG TAB
TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS
NEEDED
RX:   7308387 ADAMS, N.P., BRADFORD , NP
START - 04/27/2005     STOP - 07/25/2005

Ditropan 5mg PO   0900
BID x 90d
7/11/05        10/11/05     1800

Benadryl 50mg PO
BID Prn x 10d
7/15/05        7/26/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| Physician | ADAMS, N.P., BRADFORD | | Telephone No. | | Medical Recor |
| Alt. Physician | | | Alt. Telephone | | |
| ...gies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | | |
|---|---|---|---|---|---|
| | | By: | Title: | Date: 6 | |
| PATIENT | | PATIENT CODE | ROOM NO | BED | FA |

# MEDICATION ADMINISTRATION RECORD

06/01/2005

STDT01

(KIL-445) KILBY CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXYBUTYNIN (DITROPAN) 5MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY RX: 7167256 WEBB, N.P, MARTY, NP START - 03/28/2005    STOP - 06/28/2005 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COSOPT OCUMETER PLUS (10ML) 2%/0.5% DROP INSTILL DROPS AS DIRECTED IN EACH EYE TWICE DAILY **NON-FORMULARY APPROVED UNTIL 07/06/05 4/04/05 - 7/04/05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 7216504 ROBBINS, M.D. (MEO D, MICHAEL, START - 04/08/2005    STOP - 07/06/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACID-GONE (GENATON) 80MG/20MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED RX: 7308385 ADAMS, N.P., BRADFORD, NP START - 04/27/2005    STOP - 07/25/2005 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACETAMINOPHEN (TYLENOL) 325MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED RX: 7308387 ADAMS, N.P., BRADFORD, NP START - 04/27/2005    STOP - 07/25/2005 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg po b: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elimite (or equiv.) To entire body below neck P warm shower leave on 8°. shower off in A.M 6-16-05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50 mg Bid PRN x 10d 6-16-05    6/27/05 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | ADAMS, N.P., BRADFORD | | Telephone No | | Medical Record N |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

| Diagnosis | | | | | |
|---|---|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked By: | | Title: RN | Date: 5/2 |
| PATIENT CANNON, LONNIE | | | PATIENT CODE 238498 | ROOM NO 1 | BED FACI |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cosopt ṫ gtt OD/OS Bid x 180 days 6/1/05 — 6/30/05 | 0900 1600 | | | | | | | | | | | | | | | | | | | | | | | | | SEE BELO | | | |
| Cosopt ṫ gtt OD/OS Bid x 180 days 6-24-05 → 12-24-05 | 0900 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | |
|---|---|
| CHARTING FOR 6/1/05 | THROUGH 6/30/05 |
| Physician Dr Bradford | Telephone No |
| Alt. Physician | Alt. Telephone |
| llergies NKDA | Rehabilitative Potential |

Medical Record 238498

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By Benice Dorks  Title: LPN  Date: 5/ |
|---|---|---|

PATIENT  Cammon  Lonnie

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ditropan 5mg BID X 90D 3/28 – 6/28/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cosopt 2x day OD 4/4 – 7/4/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AFC q4-6wk 4/8 – 5/2/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antacid ii BID PRN X 90D 4/25 – 7/25/05 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 650mg BID X PRN X 90 4/25 – 7/25/05 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg BID X 30 4/25 – 5/24/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5/1/05 THROUGH 5/31/05

Physician

Alt Physician Dr. Robbins

Telephone No

Alt. Telephone

Medical Record 238

rgies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number    Complete Entries Signified By Katie Bailey RN 4/21/0

Title

PATIENT Cammins Lonnie

PATIENT CODE    ROOM NO    BED    FAC

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR _____ THROUGH _____

Physician _____

Alt. Physician _____

Telephone No. _____

Alt. Telephone _____

Medical Record _____

ergies _____

Rehabilitative Potential _____

Diagnosis _____

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

PATIENT _____     PATIENT CODE _____     ROOM NO _____     BED _____

# MEDICATION ADMINISTRATION RECORD

04/01/2005 

STDT01

(KIL-445) KILBY CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAPROXEN (NAPROSYN) 250MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED RX: 7117669 WEBB, N.P., MARTY, NP START - 03/18/2005 STOP - 04/16/2005 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ditropan 5mg BID X 90D 3/28 - 6/28/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AFC BID X 10d 3/28 - 4/7/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acetazolamide Diamox 250mg + P.O. BID, #14 tablets 4/1/05    4/8/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Timolol 0.5% Opthalmic Sol. Tgtt OS BID 3/1/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cosopt 2X/dy OD 2/14 - 7/4/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Entex PSE i PO BID X 7d 4-7-05    4-14-05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antifungal cream q A-6wks 4/8/05 — 5/2/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg PO BID X 30d 4/25/05    5/26/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 04/01/2005 | THROUGH | 04/30/2005 | | |
|---|---|---|---|---|---|
| Physician | WEBB, N.P., MARTY, NP | | Telephone No. | | Medical Record |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

| Diagnosis | | | | |
|---|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked: Katie Baily | Title: | Date: 3/31 |
| PATIENT | | | PATIENT CODE | ROOM NO | BED |

# MEDICATION ADMINISTRATION RECORD

#2

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antacids II PO BID PRN x 90d  4/25/05   7/25/05 | P h n | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 650mg PO BID PRN x 90d  4/25/05   7/25/05 | P h n | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 4-25-05 | THROUGH | 4-30-05 | |
|---|---|---|---|---|
| Physician | | Telephone No. | | Medical Record |
| Alt. Physician | | Alt Telephone | | 2 38 |
| llergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked:  By: _Graves_ | | Title: | Date: |
|---|---|---|---|---|---|

PATIENT  Cammon, Lonnie

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bicillin 2.4 mu IM qwk x3 4/6/05   4/20/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 4-6-05 | THROUGH 4-30-05 | | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record |
| Alt. Physician  B Adams CRNP | | Alt. Telephone | 238 4 |
| Allergies  NKA | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: _Bruns, LPN_ | |
| | | Title: | Date: |
| PATIENT  Cammons Lonnie | | PATIENT CODE | ROOM NO | BED | FAC |

# MEDICATION ADMINISTRATION RECORD

STDTC1

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn 250mg PO BID PRN x30d 3-17-05 → 4-17-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AFC BID x10d KOP 3/28/05    4-8-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ditropan 5mg PO BID x 90d 3/28/05    6/28/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR 3-17-05 | THROUGH 3-31-06 | |
| Physician M.Webb CRNP | Telephone No | Medical Record 2384 |
| Alt. Physician | Alt. Telephone | |
| gies NKDA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: MA | Date 3- |
|---|---|---|---|---|

PATIENT    Cammon, Lonnie

# PRISON HEALTH SERVICES AUTHORIZATION LETTER

| Patient Name: | Cammon, Lonnie | Inmate Number: | 238498CA |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Opthamology Referral | Effective Dates: | 05/09/2006 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Easterling Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16107090 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

June 22 2006 10am
J.A. Jones 281-6688

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

| Clinical Summary or Attached Report |
|---|
|  |
|  |
|  |
|  |
|  |

### *** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | | Date | Time |
|---|---|---|---|
| Reviewed and Signed By Medical Director: | | Date | Time |

05/10/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Please send this form.        must be Complete and Legible. You must Type
                    ...ne Authorization Letter to the service provider a...   ...e of the Appointment



## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** EASTERLING   835 | **Patient Name: (Last, First,)** Cannon, Lonnie | **Date: (mm/dd/yy)** 05,09,06 |
| **Site Phone #** ( 3 3 4 ) 397 - 3 1 2 8 | **Alias:  (Last, First,)** | **Date of Birth:  (mm/dd/yy)** |
| **Site Fax #** ( 3 3 4 ) 397 - 3 1 2 8 | **Inmate #** 238498 | **PHS Custody Date: (mm/dd/yy)** 12,17,04 |
| **Will there be a charge?** ☒ Yes ☐ No   **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 11,17,06 |

| **Responsible party:** | ☒ PHS ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____ |
|---|---|---|

## CLINICAL DATA

| | |
|---|---|
| **Requesting Provider:**   ☒ Physician   ☐ NP, PA   ☐ Dental | **History of illness/injury/sypmtoms with Date of Onset:** |
| Dr. Daniel Murray | CATARACTS |
| **Facility Medical Director Signature and Date:** | GLAUCOMA |
| ☐ Service meets criteria for "approval via protocol" | |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | **Results of a complaint directed physical examination:** |
| ☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA) ☐ Outpatient Surgery (OS)   ☐ Dialysis (DA) | ↓ VA  OS |
| ☐ Routine   ☐ Urgent | |
| **Estimated Date of Service (mm/dd/yy)** ___/___/___ **(This starts the approval window for the "open authorization period")** | |
| **Multiple Visits/Treatments:**   ☐ Radiation therapy   ☐ Chemotherapy **Number of Visits/Treatments:** ___  ☐ Other:___ | |
| **Specialist referred to:** Dr. Jones - Ophthalmology  Montgomery | **Previous treatment and response (including medications):** MEDS |
| **Type of Consultation, Treatment, Procedure or Surgery:** Evaluation - Glaucoma + cataracts | |
| **Diagnosis:** **ICD-9 code:** | |
| **You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.**  ☒ Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |

| **UM DETERMINATION:** | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested:  (See Attached) | |
| ☐ Resubmitted with requested information. | **Date resubmitted:** ___/___/___ |

**Regional Medical Director Signature, printed name and date required:** _____ ___/___/___ (mm/dd/yy)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:**        **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|

## EYE EXAMINATION SHEET

| Facility: Easterling | Date of Request: 05-09-06 |
|---|---|

**Subjective:** Per pt. request

**Past History:** CNA , Glaucoma OU , Cataract OS

### CONSULTATION REPORT

W/Glasses      W/O Glasses

**Snelling:**   OD        20/50

OS        LP

VA ↓ OS per Resident

**OPHTH & EXT:**
**Dilated Eye Exam**
YES   (NO)
(circle one)

Mydriatic solution 1 to 2 gts per eye.

_____
Optometrist Signature

**New RX:**   OD

OS

Nurse Signature

**Glaucoma:** (YES)   NO
(circle one)

**IOP:** 19/40 (0) 095

**Details:**

A) 1) CATARACTS
2) GlAUCOMA
3) Blind OS

**Cataracts:** (YES)   NO   O S > OD
(circle one)

**Details:**

Frame:
Size:
Color:
Seg Ht:

P) 1-3) Ref.
PANNSMANN
EVAl.

_____
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| Cammon | Lonnie | | ▓▓▓▓ | Blm | 238498 |

E EXAMINATION SHEET

_Easterly_

tory:  G/c  OS > OD  / CAT

Date of Request: 2/7/6

**CONSULTATION REPORT**

W/Glasses
W/O Glasses

aelling:     OD    20/50

OS  LP
Ptrd D g/c

OPHTH & EXI:
**Dilated Eye Exam**
YES    (NO)
(circle one)

PF4 22 months
ABC

Mydriatic solution  1 to 2 gts per eye

_____
Optometrist Signature

_____
Nurse Signature

New RX:     OD

OS

**Glaucoma:**   (YES)    NO
(circle one)

IOP: _16_    18  @ 1130
Details:

LAZY CORNEA OS

**Cataracts:**   (YES)    NO
(circle one)

Details:   4+NS 6y

Frame:
Size:
Color:
Seg Ht:

Mont
7/6

_____  2/7/6
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
|-----------|-------|--------|-----|-----|------------|
| Cammon | Lonnie | | | | |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Please send this for... *Must be Complete and Legible. You must Type or...*
*Authorization Letter to the service provider at th... of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** EASTERLING   835 | **Patient Name: (Last, First,)** CAMMON   LONCHIK | **Date: (mm/dd/yy)** 01, 03, 06 |
| **Site Phone #** (334) 397-3128 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** (redacted) |
| **Site Fax #** (334) 397-3128 | **Inmate #** 221498 | **PHS Custody Date: (mm/dd/yy)** 12, 11, 04 |
| **Will there be a charge?** ☒ Yes ☐ No   **Sex** ☒ Male ☐ Female | **SS Number** (redacted) | **Potential Release Date: (mm/dd/yy)** 11, 17, 06 |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific: (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

DARBOUZE, J. A.

**Facility Medical Director Signature and Date:**  1/3/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:** Optometry

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** Cataract, Glaucoma
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed

**History of illness/injury/sypmtoms with Date of Onset:**

77 BM - Glaucoma
- Cataracts

**Results of a complaint directed physical examination:**

20/40  OU -

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form  xls





EXHIBIT A-3

# EYE EXAMINATION SHEET

TO: (Service Physician)
*Eye Clinic*

FROM: (Requesting Ward, Med. Exc. Phys.)
*#840-Killy*

Date of Request:
*8/5/05*

Reason For Request: (Complaints and Finding)

*Glaucoma*
*F∪*     *Cateract*

Past History

Old Rx

Signature

Type of Consult   ☐ Emergency   ☐ Routine

## CONSULTATION REPORT

Subjective:   OD
              OS
*Ou 20/40*

OPHTH:

New Rx:   OD
          OS            Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:

IDP & Time:

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE

Patients Last Name
*Cammons,*   First *Lonnie*   Middle   | Age | R/S | ID No. *23848*

F-65 Rev. (1-95)

Case 2:11-cv-01074-WKW-TFM Document 99 Filed 10/26/2006 Page 2 of 4

Please send completed UM/Referral information to your service provider for an appointment.

Form must be Complete and Legible. You must Type or Print

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby # 840 | CAMMON, LONNIE | 7, 11, 05 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334-215-6706 | | ▓▓▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 334-215-6698 | 238498 | 3, 16, 05 |

| Will there be a charge? ☑Yes ☐No | Sex ☑Male ☐Female | SS Number __ __ __ - __ __ - __ __ __ __ | Potential Release Date: (mm/dd/yy) 11, 17, 06 |
|---|---|---|---|

| Responsible party: | ☑PHS ☐Auto Ins. | ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans) |
|---|---|---|
| | | ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): |

## CLINICAL DATA

| Requesting Provider: ☑Physician ☐NP, PA ☐Dental | History of illness/injury/sypmtoms with Date of Onset: |
|---|---|
| Dr Bradford | 20/40 OU<br>CATaracts<br>GlauComa |

Facility Medical Director Signature and Date:

*Mike Robbins MD*

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |

☑ Routine          ☐ Urgent

Estimated Date of Service (mm/dd/yy) __ / __ / __

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy
Number of Visits/Treatments: _____ ☐ Other: _____

Specialist referred to: OPTometrist

Type of Consultation, Treatment, Procedure or Surgery:

Diagnosis: CATaraCtS/GlauComa
ICD-9 code:

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed

| Results of a complaint directed physical examination: |
|---|
| |

| Previous treatment and response (including medications): |
|---|
| |

***For security and safety, please do not inform patient of possible follow-up appointments***

| UM DETERMINATION: | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information | Date resubmitted: __ / __ / __ |

Regional Medical Director Signature, printed name and date required: _____ / __ / __ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: AL704 |
|---|---|---|---|

05a - UM Referral review form

☐ Sanders M. Benkwith, M.D.    ☐ Michael B. Bradford, O.D.    ☐ Zelda          ☐ Vision Exam &
☐ Tom Lyle Mitchell, Jr., M.D.  ☐ Fred B. Setzer, O.D.          ☐ Sturbridge       Eye-Health Screening
☐ John L. Swan, M.D.           ☐ Timothy M. Meadows, O.D.     ☐ Prattville       ☐ Work In
☐ In C. Shin, M.D.                                                             ☐ Post-Op Visit
                                                          KIRBY              ☐ Int/Short Exam

Name: _Cammons, Lonnie_   Acct.# _238498_   Date: _08_/_05_/_05_   Age: _____   M  F

**CC/HPI**

Glaucoma FU Month   using cosopt
(New) c/o

| Eye Meds |
|----------|
|          |

Medical History & ROS from
_____
reviewed: Changes ☐ Yes ☐ No

Vₐ            NEAR
OD

OS

        C                    C

| **Current RX** |
| OD |
| OS |
| **AR** |
| OD |
| OS |

Adnexa/Eyelids:  ☐ nl  _____
Pupils:          ☐ nl  _____
Muscles:         ☐ nl  _____

T  OD _____
   OS _____
   @ _____

Dilate with:
☐ N
☐ M
☐ C

MR    OD              CR  OD
      OS                  OS

SLE:  LLLS&C    ☐ nl
      Cornea    ☐ nl     MILD DRY EYE
      AC        ☐ nl
      Lens      ☐ nl
      IOL/PC    ☐ nl
      Iris      ☐ nl

Fundus:  Optic Nerve  ☐ nl rims
         Macula       ☐ nl
         Vessels      ☐ nl
         Periphery    ☐ nl

**Impressions:** DRY EYE SYNDROME

DRY EYE SYNDROME

**Plan:** ARTIFICIAL TEARS (KOM) X 180d
→ DO NOT USE FOR
   30min p̄ COSOPT
(DO NOT INTERRUPT COSOPT
              TREATMENT)

☐ No Contraindications for
   planned surgical
   procedure.

☐ Surgical RBA discussed

☐ Over for Notes

Letter to: _____   Signature: _____ 8/5/05 ____MD/OD

MEP 10
Rev 8/0

07/15/2005 FRI 15:57 FAX →→→ kilby @014/024

**UTILIZATION MANAGEMENT PRE-SERVICE REVIEW FORM**

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby # 849 | Cammon, Lonnie | 7/11/55 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334-215-6706 | | ▓▓▓▓▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-215-6699 | 238498 | 3/6/05 |
| **Will there be a charge?** Sex | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| ☑Yes ☐No  ☑Male ☐Female | | 11/7/06 |

RECEIVED JUL 18 2005

Responsible party:  ☑ PHS    ☐ Auto Ins.    ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

| Requesting Provider:  ☑ Physician    ☐ NP, PA    ☐ Dental | History of Illness/Injury/Symptoms with Date of Onset: |
|---|---|
| Dr Bradford | 20/40 OU |
| **Facility Medical Director Signature and Date:** | Cataracts |
| Mike Robbins MD | Glaucoma |
| ☐ Service meets criteria for "approval via protocol" | |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | **Results of a complaint directed physical examination:** |
| ☐ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA) | |
| ☐ Outpatient Surgery (OS)    ☐ Dialysis (DA) | |
| ☑ Routine    ☐ Urgent | |
| Estimated Date of Service (mm/dd/yy)  ___/___/___ | |
| (This starts the approval window for the "open authorization period") | |

W 22

☐ Sanders M. Benkwith, M.D.      ☐ Michael B. Bradford, O.D.      ☐ Zelda              ☐ Vision Exam &
☐ Tom Lyle Mitchell, Jr., M.D.   ☐ Fred B. Setzer, O.D.           ☐ Sturbridge          Eye-Health Screening
☐ John L. Swan, M.D.             ☐ Timothy M. Meadows, O.D.       ☐ Prattville         ☐ Work In
☐ In C. Shin, M.D.                                      KUBY                            ☐ Post-Op Visit
                                                                                        ☐ Int/Short Exam

Name: *Cannon, Lonnie*      Acct. #: 238498      Date: 6/24/05      Age: _____      M  F

**CC/HPI**

DFE    Hx: BLIND OS (ENDSTAGE GLA)
            — ∅ SURG REC ON CONSULT
            — OHT SURG OD
            COSOPT b.i.d   OD/OS

            LAST  8PM

| | |
|---|---|
| **Eye Meds** | |
| | |
| **Medical History & ROS from** | |
| reviewed: Changes ☐ Yes ☐ No | |

| VA | | NEAR | |
|---|---|---|---|
| OD | | | |
| OS | | | |
| C | | C | |

Adnexa/Eyelids:      ☐ nl   _____

Pupils:              ☐ nl

**Current RX**
OD
OS

**AR**
OD
OS

OD  8  _____      Dilate with:

UU/UO/ZUUO IHU Ə.II FAA →→→ KIIDY                    ⌷U23/U29

06/06/2005 MON 9:54 FAX                    ⌷031/052

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
### Form must be Complete and Legible. You must Type or Print
*Please read this form with the Authorization Letter to the service provider at the time of the Appointment*

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby # 540 | Cammon, Lonnie | 6, 03, 05 |
| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
| 334-215-6705 | | ▮▮▮▮▮ |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| 334-215-6698 | 238498 | 03, 10, 05 |
| Will there be a charge? | SS Number | Potential Release Date: (mm/dd/yy) |
| ☐ Yes ☐ No  Sex ☐ Male ☐ Female | ▮▮▮▮▮ | 11, 17, 06 |

RECEIVED JUN 06 2005

| Responsible party: | ☑ PHS  ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) |
|---|---|---|
| | | ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): |

## CLINICAL DATA

| Requesting Provider: ☐ Physician  ☐ NP, PA  ☐ Dental | History of illness/injury/symptoms with Date of Onset: |
|---|---|
| Dr. Brachford | DFE — |
| Facility Medical Director Signature and Date: | F(W) on |
| Mike Robbins MD | June 2 4th |

☐ Service needs to prior to "approval w/o protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DS) | |
| ☑ Routine | ☐ Urgent | |

Results of a complaint directed physical examination:

Estimated Date of Service (mm/dd/yy)  06 29, 05

*(This marks the approval window for the "open authorization period")*

06/10/2005 THU 10:34  FAX  →→→ KILBY                                      ☒003/016

06/06/2005 MON  9:54  FAX                                                 ☒031/052

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM    PHS

**Form must be Complete and Legible. You must Type or Print**

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First)** Cammon Lonnie | **Date: (mm/dd/yy)** 6 , 03 , 05 |
| **Site Phone #** 334-215-6705 | **Alias: (Last, First)** | **DOB: (mm/dd/yy)** ▓▓▓▓ |
| **Site Fax #** 334-215-5698 | **Inmate #** 238498 | **PHS Custody Date: (mm/dd/yy)** 03 , 16 , 05 |
| **Will there be a charge?** ☐ Yes ☐ No | **Sex** ☒ Male ☐ Female | **Potential Release Date: (mm/dd/yy)** 11 , 11 , 06 |
| **Responsible party** ☒ PHS ☐ Auto Ins. | ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Includes Medicare, Medicaid and Veterans Administration Services): | |

RECEIVED JUN 06 2005

## CLINICAL DATA

| | |
|---|---|
| **Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental  Dr. Bradford | **History of illness/injury/symptoms with Date of Onset:** |
| **Facility Medical Director Signature and Date:** Mike Rollins MD | DFE - |
| ☐ Service meets criteria for "approval via protocol" | F/U on June 24th |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields:** | |
| ☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA) ☐ Outpatient Surgery (OS)   ☐ Dialysis (DA) ☒ Routine   ☐ Urgent | **Results of a complaint directed physical examination:** |
| **Estimated Date of Service (mm/dd/yy)** 6 , 24 , 05 | |
| **(This starts the approval window for the "open authorization period")** | |
| **Multiple Visits/Treatments:** ☐ Radiation therapy | |

**EYE EXAMINATION SHEET**

W-22

| TO: (Service Physician) | FROM: (Requesting Ward. Med. Fac. Phys.) | Date of Request: |
|---|---|---|
| Eye Clinic | Libby #840 | |

Reason For Request: (Complaints and Finding)

DFE/IOP
FU

COSOPT bid.
od/os
WA57 1030 Am

Past History

Old Rx

Signature

| | Type of Consult   ☐ Emergency   ☐ Routine |
|---|---|

**CONSULTATION REPORT**

Subjective:    OD
              OS

OPHTH:

New Rx:    OD

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form n.   .be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby # 840 | *[handwritten]* | *[handwritten]* |

**Site Phone #**
334-215-6706

**Alias:  (Last, First,)**

*[redacted]* (mm/dd/yy)

**Site Fax #**
334-215-6698

**Inmate #**
*[handwritten]* 038498

**PHS Custody Date: (mm/dd/yy)**
*[handwritten]*

| Will there be a charge? | Sex | | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☐ Yes  ☐ No | ☑ Male ☐ Female | | *[handwritten]* |

**Responsible party:**  ☑ PHS   ☐ Auto Ins.

☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

| Requesting Provider: | ☑ Physician | ☐ NP, PA | ☐ Dental |
|---|---|---|---|
| Dr Bradford | | | |

**Facility Medical Director Signature and Date:**
*[signature]* Mike Robbins MD

☐ Service meets criteria for "approval via protocol"

**History of illness/injury/sypmtoms with Date of Onset:**

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)
☐ Outpatient Surgery (OS)
☐ Routine

☐ X-ray (XR)
☐ Dialysis (DA)
☐ Urgent

☐ Scheduled Admission (SA)

**Results of a complaint directed physical examination:**

## PRISON HEALᵀᵀ SERVICES: AUTHORIZATJᵀᴺ LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Cammon, Lonnie | **Inmate Number:** | 238498CA |
| **Service Authorized:** | Office Visits: Outpatient Optometry Referral | **Effective Dates:** | 05/13/2005 to 11/13/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15027206 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.

05/19/2005 THU 14:33 FAX →→→ kilby                                      ⌀025/039

ADMIN                                                                    ☒004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM  PHS

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby # 840 | Gammon Jamie | 05.13.05 |
| Site Phone # | Alias: (Last, First) | DOB: (mm/dd/yy) |
| 334-215-6706 | | |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| 334-215-6698 | 038408 | 05.13.05 |
| | Number: | Potential Release Date: (mm/dd/yy) |
| | | 11.11.05 |
| Will there be a charge? | Sex | |
| ☑ Yes ☐ No | ☑ Male ☐ Female | |
| Responsible party: | ☑ PHS  ☐ Auto Ins. | ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans ) |
| | | ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): |

## CLINICAL DATA

| Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental | History of illness/injury/symptoms with Date of Onset: |
|---|---|
| Dr Bradford | |
| Facility Medical Director Signature and Date: | |
| Mike Robbins MD | |
| ☐ Service meets criteria for "approval via protocol" | |

Place a check mark (✓) in the Service Type requested (one only) and
complete additional applicable fields.

| | | Results of a complaint directed physical examination: |
|---|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |
| ☐ Routine | ☐ Urgent : | |

# EYE EXAMINATION SHEET

W 22

| TO: (Service Physician) Eye Clinic | FROM: (Requesting Ward, Med. Fac. Phys.) Kilby #840 | Date of Request: 4/4/05 |
|---|---|---|
| Reason For Request: (Complaints and Finding) | | |

Cataract FU after UAB

SAW DR. SCANNER @ UAB
FOR GLA. WORKUP
RECOMMENDED
COSOPT OD bid

Past History

Old Rx

Signature

Type of Consult  ☐ Emergency  ☐ Routine

## CONSULTATION REPORT

Subjective:  OD
OS

COSOPT OD/OS
THIS AM

OPHTH:

New Rx:  OD

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

For___ ___st be Complete and Legible  You must Type or Print
*Please send this form with ___ Authorization Letter to the service provider at the tim___ the Appointment*

**PHS**

## DEMOGRAPHICS

**Site Name & Number:**
Kilby #840

**Patient Name: (Last, First.)**
Cannon, Lonnie

**Date: (mm/dd/yy)**
04.04.05

**Site Phone #**
334.215.6706

**Alias: (Last, First.)**

**Date of Birth: (mm/dd/yy)**

**Site Fax #**
334.215.6698

**Inmate #**
238498

**PHS Custody Date: (mm/dd/yy)**
03.16.05

**SS Number**

**Potential Release Date: (mm/dd/yy)**
11.17.08

**Will there be a charge?** ☑Yes ☐No
**Sex** ☑Male ☐Female

**Responsible party:** ☑PHS ☐Auto Ins. ☐Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans ) ☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental
Dr Bradford

**Facility Medical Director Signature and Date:**
Mike Robbs MD

☐ Service meets criteria for 'approval via protocol'

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)
☐ Outpatient Surgery (OS)
☑ Routine
☐ X-ray (XR)
☐ Dialysis (DA)
☐ Urgent
☐ Scheduled Admission (SA)

**Estimated Date of Service (mm/dd/yy)**
4.22.05

**History of illness/injury/sxymptoms with Date of Onset:**
Saw Dr. Bradford 4/1/05 and was re-ferred to UAB Glaucoma Specialist. Saw Dr. Swanner at UAB on 4/4/05 and exam was done and orders received. Dr. Swanner ordered a follow up with Dr. Bradford for cataract RT eye. Blind in left eye

**Results of a complaint directed physical examination:**
OD — Glaucoma Suspect
Cataract Present
OS - Blind

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Cammon, Lonnie | **Inmate Number:** | 238498CA |
| **Service Authorized:** | Office Visits: Outpatient Optometry Referral | **Effective Dates:** | 04/12/2005 to 10/12/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14897104 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

## The consulting physician should complete this section.

04/12/2005 TUE 14:54 FAX  →→→ kilby                                    ☒002/015

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form must be Complete and Legible. You must Type or Print**
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby #840 | **Patient Name: (Last, First)** Cammon, Lonnie | **Date: (mm/dd/yy)** 04.04.05 |
| **Site Phone #:** 334-215-6706 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| **Site Fax #:** 334-215-6698 | **Inmate #** 238498 | **PHS Custody Date: (mm/dd/yy)** 03.16.05 |
| **Will there be a charge?** ☒Yes ☐No **Sex** ☐Male ☒Female | **SS Number:** | **Potential Release Date: (mm/dd/yy)** 11.17.08 |

**Responsible party:** ☒PHS ☐Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

### CLINICAL DATA

**Requesting Provider:** ☒Physician ☐NP, PA ☐Dental

Dr Bradford

**Facility Medical Director Signature and Date:**

Neha Noble M.D.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** 4.22.05

(This starts the approval window for ...

**History of illness/injury/symptoms with Date of Onset:**
Saw Dr. Bradford 4/1/05 and was referred to UAB Glaucoma Specialist. Saw Dr. Swanner at UAB an 4/4/05 and exam was done and orders received. Dr. Swanner ordered a follow up with Dr. Bradford for cataract RT eye. Blind in left eye.

**Results of a complaint directed physical examination:**
OD— Glaucoma Suspect
      Cataract Present

OS— Blind

RECEIVED APR 11 2005

04/06/2005 WED 16:24 FAX →→→ KILBY           @018/023

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
### Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby # 840 | Cammon, Lonnie | 04 , 01 , 05 |
| **Site Phone #** | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** |
| 334-215-6706 | | ▓▓▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-215-6698 | 238498 | 3 , 16 , 05 |
| **Will there be a charge?** ☐ Yes ☐ No   **Sex** ☑ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 11 , 17 , 06 |

**Responsible party:** ☑ PHS   ☐ Auto Ins.
☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

Calahan Eye Foundation /Dr Swanner

**History of Illness/Injury/symptoms with Date of Onset:**

Advanced Glaucoma OS

**Facility Medical Director Signature and Date:**

Phil Robb MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| ☑ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |
| ☐ Routine | | ☑ Urgent |

**Results of a complaint directed physical examination:**

RECEIVED APR 01 2005

# PRISON HEALT  SERVICES: AUTHORIZATI  LETTER

| Patient Name: | Cammon, Lonnie | Inmate Number: | 238498CA |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Opthamology Referral | Effective Dates: | 04/04/2005 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Kilby Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14872978 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

## The consulting physician should complete this section.

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First,)** Cammon, Lonnie | **Date: (mm/dd/yy)** 04, 01, 05 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▮▮▮▮▮ |
| **Site Fax #** 334-215-6698 | **Inmate #** 238498 | **PHS Custody Date: (mm/dd/yy)** 3, 16, 05 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☑ Male ☐ Female | **SS Number** ___ ___ ___ | **Potential Release Date: (mm/dd/yy)** 11, 17, 06 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

Callahan Eye Foundation /Dr. Swanner

**Facility Medical Director Signature and Date:**

Mike Robbins MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)  ☐ Dialysis (DA)

**History of illness/injury/sypmtoms with Date of Onset:**

Advanced Glaucoma OS

**Results of a complaint directed physical examination:**

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form mu___ Complete and Legible You must Type or Print**

*Please send this form with the ___ ___orization Letter to the service provider at the time ___ ___ Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby # 840 | Cammon, Lonnie | 03, 17, 05 |
| **Site Phone #** | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| 334-215-6706 | | ▓▓▓▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-215-6698 | 238498 | 03, 16, 05 |
| **Will there be a charge?** Yes ☑ No ☐ | **Sex** ☑ Male ☐ Female **SS Number** | **Potential Release Date: (mm/dd/yy)** 11, 17, 06 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

Dr Bradford

**Facility Medical Director Signature and Date:**

Phil Robbins MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| | |
|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR)   ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) |
| ☑ Routine | ☐ Urgent |

Estimated Date of Service (mm/dd/yy)   /   /

**History of illness/injury/sypmtoms with Date of Onset:**

Glaucoma OS

**Results of a complaint directed physical examination:**

OD 20/50    OD 20/70

OS 20/200    OS 20/70

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Cammon, Lonnie | **Inmate Number:** | 238498CA |
| **Service Authorized:** | Office Visits: Outpatient Optometry Referral | **Effective Dates:** | 03/30/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14850472 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

### The consulting physician should complete this section.

03/18/2005 11:47 FAX 3342159126            ADMIN                          @001

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM          **PHS**

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First)** Cammon, Lonnie | **Date: (mm/dd/yy)** 03.17.05 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓▓▓▓ |
| **Site Fax #** 334-215-6698 | **Inmate #** 238498 | **PHS Custody Date: (mm/dd/yy)** 03.16.05 |
| **Will there be a charge?** ☑Yes ☐No **Sex** ☐Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 11.17.06 |

**Responsible party:** ☑PHS  ☐Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑Physician  ☐NP, PA  ☐Dental

Dr Bradford

**Facility Medical Director Signature and Date:**

Phil Robb MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| | | |
|---|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |
| ☑ Routine | | ☐ Urgent |

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**History of illness/injury/symptoms with Date of Onset:**

Glaucoma OS

**Results of a complaint directed physical examination:**

OD 20/50        OD 20/70
OS 20/200       OS 20/70

| Patient Name: CC | Cammon, Lonnie | Inmate Number: | 238498CA |
|---|---|---|---|
| Service Authorized: | Office Visit: O/P Opthamology | | |
| Responsible Facility: | Kilby Correctional Facility | Contact Name: | Michele Pope |
| Authorization Number: | | Telephone Number: | (334 ) 395- _ _ _ |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
returned with an officer to the correctional facility.

VF ⟨

Rel
☐Y ☐N     ☐ ☐N
☐Y ☐N     ☐Y ☐N

Progressed
☐Y ☐N     _____
☐Y ☐N     _____

Meds
(TXE = Timoptic XE)    0/2
Bs  = Betoptic S    _____
X   = Xalatan       _____
Tr  = Trusopt       _____
Co  = Cosopt        _____
P   = Pilocarpine   _____
PF  = Pred Forte    _____
At  = Atopine       _____
Oc  = Ocuflox       _____

Diamox 250 mg

**DFE**

OD

Neg Pos
☑/☐ _____    Vitreous
☑/☐ _____    Macula
☑ ☐ _____    Vessels
☑ ☐ _____    Periphery

OS

Neg Pos
☑ ☐ _____
☑ ☐ _____
☑ ☐ _____
☑ ☐ _____

Retina:

OD



Orders
Refract
Color Plates
Dilate
SITA 24-2
SWAP 24-2
SITA Fast
FDT

☐ Sanders M. Benkwith, M.D.
☐ James R. Glassner, M.D.
☐ Tom Lyle Mitchell, Jr., M.D.
☐ John L. Swan, M.D.

☑ Michael B. Bradford, O.D.
☐ Fred B. Setzer, O.D.
☐ Timothy M. Meadows, O.D.

☐ Zelda
☐ Sturbridge
☐ Prattville

☐ Vision Exam &
    Eye-Health Screeing
☐ Work In
☐ Post-Op Visit
☐ Int/Short Exam

Name: CANNON, LONNIE                    KILBY

CC/HPI: NEW MAN        Acct # 238498    Date: 4/1/15    Age: 77  Ⓜ F

HISTORY OF CATARACS (GLAUCOMA OS
              OD/OS

    ("USED DROB IN Ⓛ EYE AT
         HOME - NONE × 2-3 WKS)

**Eye Meds**

**Sys. Meds**

**FH**

VA
OD                    NEAR
OS

      C
              C
Adnexa/Eyelids:   ☐ nl
Pupils:           ☐ nl

**Current RX**
OD
OS

**AR**
OD
OS

**Laboratory Corporation of America**

Order Status    Final

**LabCorp**
Laboratory Corporation of America

| ACCESSION # | ACCOUNT # |
|---|---|
| 191-205-5796-0 | 01389085 |

| PATIENT NAME |
|---|
| CAMMON,LONNIE |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 238498 | | 4 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,        AL   36089-5107

**FASTING: N**

| REFERRING PHYSICIAN |
|---|
| SIDDIQ  I |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167604526 | 7/10/2006 | 12:28 |

| RECEIVED | REPORTED | |
|---|---|---|
| 7/10/2006 | 7/11/2006 | 7:47 |

**TESTS ORDERED:** CMP14+LP+5AC, CBC With Differential/Platelet

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 80 | | 65  - 99    mg/dL | MB |
| Uric Acid, Serum | 5.6 | | 2.4 - 8.2   mg/dL | MB |
| BUN | 15 | | 5  - 26    mg/dL | MB |
| Creatinine, Serum | 1.0 | | 0.5 - 1.5   mg/dL | MB |
| BUN/Creatinine Ratio | 15 | | 8  - 27 | |
| Sodium, Serum | 140 | | 135  - 148   mmol/L | MB |
| Potassium, Serum | 4.1 | | 3.5 - 5.5   mmol/L | MB |
| Chloride, Serum | 107 | | 96 - 109   mmol/L | MB |
| Carbon Dioxide, Total | | 17 L | 20  - 32   mmol/L | MB |
| Calcium, Serum | 9.8 | | 8.5 - 10.6   mg/dL | MB |
| Phosphorus, Serum | 3.9 | | 2.5 - 4.5   mg/dL | MB |
| Protein, Total, Serum | 7.2 | | 6.0 - 8.5   g/dL | |
| Albumin, Serum | 4.3 | | 3.5 - 4.8   g/dL | MB |
| Globulin, Total | 2.9 | | 1.5 - 4.5   g/dl | |
| A/G Ratio | 1.5 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | 0.1 - 1.2   mg/dL | MB |
| Alkaline Phosphatase, Serum | 89 | | 25 - 160   IU/L | MB |
| LDH | 227 | | 100  - 250   IU/L | MB |
| AST (SGOT) | 22 | | 0  - 40    IU/L | MB |
| ALT (SGPT) | 15 | | 0  - 55    IU/L | MB |
| GGT | 16 | | 0  - 65    IU/L | MB |
| Iron, Serum | 137 | | 40  - 155   ug/dl | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 146 | | 100 - 199   mg/dL | MB |
| Triglycerides | 75 | | 0 - 149   mg/dL | MB |
| HDL Cholesterol | | 33 L | 40 - 59   mg/dL | MB |
| VLDL Cholesterol Cal | 15 | | 5 - 40    mg/dL | |
| LDL Cholesterol Calc | 98 | | 0 - 99    mg/dL | |
| T. Chol/HDL Ratio | 4.4 | | 0.0 - 5.0   ratio units | |
| Estimated CHD Risk | 0.8 | | 0.0 - 1.0   times avg. | |

T. Chol/HDL Ratio
Men   Women

CONTINUED                                   - 1 -



**Laboratory Corporation of America**

Order Status:  Final

| ACCESSION # | ACCOUNT # |
|---|---|
| 191-205-5796-0 | 01389085 |

| PATIENT NAME | | |
|---|---|---|
| CAMMON,LONNIE | | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 238498 | | 8 / 4 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

**Bullock Correctional Facility**
**Prison Health Services**
**104 Bullock Dr.**
**Union Springs,        AL   36089-5107**

| REFERRING PHYSICIAN | |
|---|---|
| SIDDIQ  I | |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167604526 | 7/10/2006 | 12:28 |
| RECEIVED | REPORTED | |
| 7/10/2006 | 7/11/2006 | 7:47 |

**FASTING: N**

TESTS ORDERED: CMP14+LP+5AC, CBC With Differential/Platelet

```
Result Name                       Normal     Abnormal    Reference Range              Lab
------------------------------    --------   --------     ----------------             ---
                                             1/2 Avg.Risk   3.4     3.3
                                                 Avg.Risk   5.0     4.4
                                             2X  Avg.Risk   9.6     7.1
                                             3X  Avg.Risk  23.4    11.0

                 The CHD Risk is based on the T. Chol/HDL ratio.  Other
                 factors affect CHD Risk such as hypertension, smoking,
                 diabetes, severe obesity, and family history of pre-
                 mature CHD.
CBC With Differential/Platelet
    WBC                             5.4                  4.0 - 10.5   x10E3/uL        MB
    RBC                             4.63                 4.10 - 5.60  x10E6/uI        MB
    Hemoglobin                     14.4                 12.5 - 17.0   g/dL           MB
    Hematocrit                     43.3                 36.0 - 50.0   %              MB
    MCV                            94                   80   - 98     fL             MB
    MCH                            31.2                 27.0 - 34.0   pg             MB
    MCHC                           33.4                 32.0 - 36.0   g/dL           MB
    RDW                            14.4                 11.7 - 15.0   %              MB
    Platelets                     202                  140   - 415    x10E3/uL       MB
    Neutrophils                    46                   40   - 74     %              MB
    Lymphs                         37                   14   - 46     %              MB
    Monocytes                      10                    4   - 13     %              MB
    Eos                             6                    0   - 7      %              MB
    Basos                           1                    0   - 3      %              MB
    Neutrophils (Absolute)          2.5                 1.8 - 7.8     x10E3/uL       MB
    Lymphs (Absolute)               2.0                 0.7 - 4.5     x10E3/uL       MB
    Monocytes(Absolute)             0.5                 0.1 - 1.0     x10E3/uL       MB
    Eos (Absolute)                  0.3                 0.0 - 0.4     x10E3/uL       MB
    Baso (Absolute)                 0.1                 0.0 - 0.2     x10E3/uL       MB
```

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,   AL 35233-0000

**AL** DEPARTMENT OF CORRECTIONS

7BOSU

RSW 706  Name: _Cammon Lonnie_

State ID No: _238498_

**RADIOLOGY SERVICES REQUEST AND REPORT**

DOB:

INSTITUTION: _Easterling_

Race: _B/m_ Sex:

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP Dr Darbouze | Date of request 4-5-06 | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|

HISTORY/DIAGNOSIS:

**X-RAY REQUEST**

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| X CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

**REPORT**

Cammon

PA Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 04-12-06 Howard P. Schiele, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

**LabCorp**®

| Specimen # | Type | Primary Lab |
|---|---|---|

Additional Information

Clinical Information

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 2.38478 |

Easterling Corr. Facility
Prison Health Services
600 Wallace Dr.
Clio AL 36017-0010
334-397-4471
PROV:

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| AMMON, LONNIE | M | 078/00 |

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/13/06 | 03/13/06 | 03/14/06 | 6429 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| M-14TCBC/D/PLT | | | | | MB |
| Chemistries | | | | | MB |
| Glucose, Serum | 129 | High | mg/dL | 65 - 99 | MB |
| BUN | 29 | High | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.2 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 24 | | | 8 - 27 | |
| Sodium, Serum | 138 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.7 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 98 | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.2 | | mg/dL | 8.5 - 10.6 | MB |
| Protein, Total, Serum | 7.4 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 4.8 | MB |
| Globulin, Total | 3.3 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 72 | | IU/L | 25 - 160 | MB |
| AST (SGOT) | 15 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 13 | | IU/L | 0 - 55 | MB |
| | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell (WBC) Count | 9.2 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.65 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.6 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 44.0 | | % | 36.0 - 50.0 | MB |
| MCV | 95 | | fL | 80 - 98 | MB |
| MCH | 31.4 | | pg | 27.0 - 34.0 | MB |
| MCHC | 33.2 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.7 | | % | 11.7 - 15.0 | MB |
| Platelets | 258 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 86 | High | % | 40 - 74 | MB |
| Lymphs | 11 | Low | % | 14 - 46 | MB |
| Monocytes | 3 | Low | % | 4 - 13 | MB |
| Eos | 0 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 7.9 | High | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.0 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.3 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |

Lab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
or inqures, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT
FINAL

**REPORT**

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

**AL**

**~~ DEPARTMENT OF CORRECTIONS**

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Easterling

Name: Cammon Lonnie

State ID No: 228498

DOB:

Race: B/m    Sex:

TB
060

N

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| D Dabouze | 2-27-06 | . | | | |

HISTORY/DIAGNOSIS:

Swollen ① arm

| | X-RAY REQUEST | | | | | |
|---|---|---|---|---|---|---|
| | ABDOMEN/KUB | | FINGERS | | SOFT TISSUE STUDIES | |
| | ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | STERNUM | |
| | ANKLE | | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS | |
| X | CERVICAL SPINE Series | | HIP | PELVIS | THORACIC SPINE | |
| | CHEST PA / LATERAL | | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA | |
| | COCCYX | | KNEE | RIBS | TOES | |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST ① | |
| X | ELBOW ⓛ | | MANDIBLE | SCAPULA | ZYGOMA | |
| | FACIAL BONES | | MAXILLA | X SHOULDER ① | ZYGOMATIC ARCH | |
| | FEMUR | | NASAL BONES | SKULL | | |

Cammon                     REPORT

CERVICAL SPINE: AP and lateral views show the vertebrae are well aligned. There are very severe degenerative and hypertrophic changes involving all intervertebral disc spaces from C3-C7. There is osteopenia. C7 is partially obscured and cannot be evaluated.
IMPRESSION: SEVERE CHRONIC CHANGES AS DESCRIBED. PLEASE SEE ABOVE COMMENTS.

LEFT SHOULDER: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

Comment: Films are overpenetrated which limits the evaluation.

LEFT ELBOW, AP AND LATERAL VIEWS: There is soft tissue swelling overlying the elbow. There is a spur from the olecranon process. There are no other significant findings.

LEFT WRIST, AP AND LATERAL VIEWS: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.

D: & T: 03-01-06 Howard P. Schiele, M.D./jhi Board Certified Radiologist (Signature on file)

K Grant RT(R)

2-28-06

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

cammon, lonnie
ID:    238498

02/05/2006 10:01:26

SINUS RHYTHM
*** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER ***
LOW QRS VOLTAGES IN STANDARD LIMB LEADS

Summary: BORDERLINE ECG                    * Unconfirmed Analysis *

D.O.B            77 YEARS

| | | |
|---|---|---|
| Vent. Rate: | 67 | bpm |
| RR Interval: | 883 | ms |
| PR Interval: | 138 | ms |
| QRS Duration: | 84 | ms |
| QT Interval: | 386 | ms |
| QTc Interval: | 398 | ms |
| QT Dispersion: | 56 | ms |
| P-R-T AXIS: 68° | 39° | 61° |

Meds:
Class:
Dr:
Tech:

25 mm/s
START F 40 Hz



Cannon, Lonnie
ID: 238498

D.O.B.:
MALE                    77 YEARS
Meds:                   OTHER RACE
Class:
Dr:       Darbouzw
Tech:     SMcKinon

02/07/2006  14:18:16

| Vent Rate: | 60 bpm |
| RR Interval: | 989 ms |
| PR Interval: | 138 ms |
| QRS Duration: | 78 ms |
| QT Interval: | 402 ms |
| QTc Interval: | 402 ms |
| QT Dispersion: | 58 ms |
| P-R-T AXIS: | 67°   33°   61° |

SINUS RHYTHM
LOW QRS VOLTAGES IN STANDARD LIMB LEADS

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

L: 10 mm/mV
C D: 10 mm/mV

QTC=Hodges

Atria 3000 Int ref#200800202461000c41

Serial #A3000-906652

25 mm/s

STABLE 150 Hz



01/24/2006 12:17:36

SINUS RHYTHM / WITH
LOW QRS VOLTAGES IN STANDARD LIMB LEADS

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

cammon, lonnie
ID:    238498

D.O.B.:
MALE
Meds:
Class:
Dr:
Tech:

77 YEARS

| | |
|---|---|
| Vent. Rate: | 71 bpm |
| RR Interval: | 844 ms |
| PR Interval: | 132 ms |
| QRS Duration: | 86 ms |
| QT Interval: | 392 ms |
| QTc Interval: | 411 ms |
| QT Dispersion: | 64 ms |
| P-R-T AXIS: 64°   50°   63° |

QTc=Hodges



ID:

#STAT#0601241121912

01/24/2006  12:19:12

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
LOW QRS VOLTAGES IN STANDARD LIMB LEADS

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

D.O.B.:
Meds:
Class:
Dr:
Tech:

| | | |
|---|---|---|
| Vent. Rate: | 80 | bpm |
| RR Interval: | 747 | ms |
| PR Interval: | 136 | ms |
| QRS Duration: | 82 | ms |
| QT Interval: | 380 | ms |
| QTc Interval: | 415 | ms |
| QT Dispersion: | 48 | ms |
| P-R-T AXIS: 68°  | 53° | 64° |

L: 10 mm/mV
C: 10 mm/mV

QTc=Hodges

Atria 3000

Serial #:

STABLE  25 mm/s  40/03 Hz



cammon, lonnie
ID:    238498

D.O.B.:
MALE
Meds:
Class:
Dr:    darbouze
Tech:    bowman

77 YEARS

01/19/2006  17:15:00

SINUS RHYTHM
LOW QRS VOLTAGES IN STANDARD LIMB LEADS

Summary: BORDERLINE ECG

* Unconfirmed Analysis

Vent. Rate:    69 bpm
RR Interval:    869 ms
PR Interval:    140 ms
QRS Duration:    80 ms
QT Interval:    390 ms
QTc Interval:    405 ms
QT Dispersion:    84 ms
P-R-T AXIS:    71°    52°    60°



ID: #STAT#0510051053

10/05/2005 18:30:52

D.O.B.:
Meds:
Class:
Dr:
Tech:

| | |
|---|---|
| Vent. Rate: | 55 bpm |
| RR Interval: | 1089 ms |
| PR Interval: | 136 ms |
| QRS Duration: | 80 ms |
| QT Interval: | 410 ms |
| QTc Interval: | 402 ms |
| QT Dispersion: | 44 ms |
| P-R-T AXIS: 71° | 44° 67° |

IRREGULAR SINUS BRADYCARDIA
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
LOW QRS VOLTAGES IN STANDARD LIMB LEADS

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

QTcHodges

KILBY CORRECTIONAL FA'
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Cammon Lonnie*

PRISON ID

*238498*

DATE SUBMITTED

*3-17-05*

## NPY 3

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | **NR** | NEGATIVE (NEG) | |
| RPR | **R** | NON-REACTIVE (NR) | |
| URINALYSIS | **NEG** | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"     These results are unreliable due to the age of the specimen.
"H"     These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.    01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | | Patient Status | Rx. Ordered |
|---|---|---|---|---|
| 3-17-05 | PE | | ☐ IP   ☐ OP | |

| Clinical Diagnosis | Date of Order |
|---|---|
| **EKG** | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)

**PROGRESS NOTES:**

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No |
|---|---|---|---|---|---|
| Cammon, Lonnie | | | 77 | B/m | 238 |







**LabCorp** Laboratory Corporation of America

LabCorp Mo... ...ery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 076-684-3118-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION

NPY-3            FASTING: N
                 DOB: ▊▊▊▊▊

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| CAMMON,LONNIE | M | 77 / |

PT. ADD :

**CLINICAL INFORMATION**
CD-41139314893

| PHYSICIAN ID | PATIENT ID |
|---|---|
| ROBBINS M | 238498 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs                    AL 36507-0000
ACCOUNT NUMBER: 01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/17/2005 | 6:00 | 3/17/2005 | 3/17/2005 | 17:10 | 4206 |

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | CBC With Differential/Platelet | | | | |
| | White Blood Cell (WBC) Count | 6.0 | x10E3/uL | 4.0 - 10.5 | YX |
| | Red Blood Cell (RBC) Count | 4.69 | x10E6/uL | 4.10 - 5.60 | YX |
| | Hemoglobin | 14.7 | g/dL | 12.5 - 17.0 | YX |
| | Hematocrit | 44.7 | % | 36.0 - 50.0 | YX |
| | MCV | 95 | fL | 80 - 98 | YX |
| | MCH | 31.3 | pg | 27 0 - 34 0 | YX |
| | MCHC | 32.8 | g/dL | 32.0 - 36 0 | YX |
| > | RDW | 15.2H | % | 11 7 - 15 0 | YX |
| | Platelets | 252 | x10E3/uL | 140 - 415 | YX |
| | Neutrophils | 46 | % | 40 - 74 | YX |
| | Lymphs | 35 | % | 14 - 46 | YX |
| | Monocytes | 8 | % | 4 - 13 | YX |
| > | Eos | 10 H | % | 0 - 7 | YX |
| | Basos | 1 | % | 0 - 3 | YX |
| | Neutrophils (Absolute) | 2 8 | x10E3/uL | 1 8 - 7 8 | YX |
| | Lymphs (Absolute) | 2 1 | x10E3/uL | 0 7 - 4 5 | YX |
| | Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | YX |
| > | Eos (Absolute) | 0.6H | x10E3/uL | 0.0 - 0.4 | YX |
| | Baso (Absolute) | 0 1 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull            DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000




# Bureau Clinical Laboratories-Montgomery

PO BOX 244018, MONTGOMERY ALABAMA 361244018
Phone:(334)260-3400   FAX:(334)274-9800

Page: 1

| | | | | Patient: |
|---|---|---|---|---|
| **Provider:** | **Accession** | **4006234** | **ID:** 33532 | **Cammon,Lonnie,** |
| KILBY CORRECTIONAL FACILITY | Requisition #: | 4006234 | | D.O.B: [REDACTED] 7 YRS 1 MOS 4 |
| P O BOX 150 | Service Area: | | Collected: 3/17/2005 @ | Sex: **M**   MALE |
| MT MEIGS, ALABAMA, 360570000 | CHR #: | | Received: 3/21/2005 @ 9:17 AM | Phone: **(000) 000-0000** |
| (334) 215-6600 | | | Reported: 3/24/2005 @ 3:09 PM | |
| MONTGOMERY CO HD | | | | Status: **Final Report** |

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|

### Serology Results

| | | | | |
|---|---|---|---|---|
| ~ | VDRL, STS Quantitative | **Reactive 1 dil.** | A |
| ~ | TP-PA Result | **Reactive** | A |

**Report Summary**

### Abnormal Summary

| | | | | |
|---|---|---|---|---|
| ~ | VDRL, STS Quantitative | **Reactive 1 dil.** | A |
| ~ | TP-PA Result | **Reactive** | A |

*Needs TX / (HD) 4-6-05 D   furnished TX 4-20-05 Isreveya*

Lab Director
William J. Callan,Ph.D

| Date Printed: | 3/24/2005 | 3:09 PM | >> | PH– Panic High | > | AH - Abnormal High | ~ | A - Abnormal | *** Final Page *** |
|---|---|---|---|---|---|---|---|---|---|
| Completed Between: 3/22/2005 | – | 3/24/2005 | << | PL – Panic Low | < | AL - Abnormal Low | δ | Delta Check Failed | All Results Included |

308-397-0110-0   Sp   Prfrcy L   Bty   Pg   1
Coll Time 03:40

**LabCorp**® 1.21
Fasting:

Additional Information

CD-- 51654136254

CAMMON, LONNIE   M   Age (Yr/Mos)

atient Address

10 Collected 05   11 Reported 05   1 Date 05   5589

Clinical Information

Physician ID   DARBOUZE   Patient 238498
Easterling Corr. Facility   01488855
Report son Health Services
200 Wallace Dr.                              01
Clio AL  36017-0010
334-397-4471
PROV:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Chemistries | | | | | MB |
| Glucose, Serum | 93 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 7.0 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 14 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 13 | | | 8 - 27 | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.4 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 106 | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 22 | | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.7 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.6 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.4 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.2 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 84 | | IU/L | 25 - 160 | MB |
| LDH | 188 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 20 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 14 | | IU/L | 0 - 55 | MB |
| GGT | 29 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 98 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 139 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 91 | | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 31 | Low | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 18 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 90 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 4.5 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.8 | | times avg. | 0.0 - 1.0 | |

```
                              T. Chol/HDL Ratio
                              Men    Women
                1/2 Avg.Risk   3.4     3.3
                    Avg.Risk   5.0     4.4
                 2X Avg.Risk   9.6     7.1
                 3X Avg.Risk  23.4    11.0
```

The CHD Risk is based on the T. Chol/HDL ratio. Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

FINAL

REPORT
©2004 Laboratory Corporation of America® Holdings
All Rights Reserved



**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 087-205-5474-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

OPC

FASTING N
DOB

**CLINICAL INFORMATION**
C.D- 41139315260

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| CAMMON,LONNIE | M | 77 / 1 |

PT. ADD.:

PHYSICIAN ID: ROBBINS M
PATIENT ID: 238498

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs      AL   36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/28/2005 | 11:13 | 3/28/2005 | 3/29/2005 | 7:14 | 4566 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Urinalysis, Routine | | | |
| Urinalysis Gross Exam | | | MB |
| Specific Gravity | 1.019 | 1.005 - 1.030 | MB |
| pH | 5.5 | 5.0 - 7.5 | MB |
| Urine-Color | Yellow | Yellow | MB |
| Appearance | Clear | Clear | MB |
| WBC Esterase | Negative | Negative | MB |
| Protein | Negative | Negative/Trace | MB |
| Glucose | Negative | Negative | MB |
| Ketones | Negative | Negative | MB |
| Occult Blood | Negative | Negative | MB |
| Bilirubin | Negative | Negative | MB |
| Urobilinogen,Semi-Qn | 0.0      mg/dL | 0.0 - 1.9 | MB |
| Nitrite, Urine | Negative | Negative | MB |
| Microscopic Examination | | | MB |
| Microscopic follows if indicated. | | | |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name: CAMMON LONNIE | Pat ID: 238498 | Spec #: 087-205-5474-0 | Seq #: 4566 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



HCX

HEALTHCARE CORRECTIONS.
RADIOLOGY SERVICES REQUEST AND REPORT

E-6

Name: Cammon, Lonnie

State ID No: 238498

DOB:

Race: B    Sex: m

INSTITUTION: KCF    (PE)

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| m Webb | 3-17-05 | 9:35 Am | ✓ | | |

HISTORY/DIAGNOSIS:

protocal

X-RAY REQUEST

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL ✓ | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Cammon                    REPORT

Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION; THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

NOTE: There has been surgery involving the right shoulder.

D & T:  03-18-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

3/21/05

_KA, RT_
X-RAY TECHNOLOGIST'S NAME (PRINT)         X-RAY TECHNOLOGIST'S SIGNATURE         DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)                RADIOLOGIST'S SIGNATURE                DATE SIGNED

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South  Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 077-205-5225-0 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

PHY-3
3/17

FASTING: N
DOB:

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| CAMMON,LONNIE | M | 77  / |

PT. ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/18/2005 | 7:36 | 3/18/2005 | 3/19/2005 | 7:16 | 4255 |

**CLINICAL INFORMATION**
CD-41139314954

PHYSICIAN ID         PATIENT ID
ROBBINS M              238498

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs              AL  36507-0000

ACCOUNT NUMBER:  01306900

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | CMP14+LP+5AC | | | | MB |
| | Chemistries | | | | MB |
| | Glucose, Serum | 79 | mg/dL | 65 - 99 | MB |
| | Uric Acid, Serum | 6 9 | mg/dL | 2 4 - 8.2 | MB |
| | BUN | 19 | mg/dL | 5 - 26 | MB |
| | Creatinine, Serum | 1 2 | mg/dL | 0 5 - 1 5 | MB |
| | BUN/Creatinine Ratio | 16 | | 8 - 27 | |
| > | Sodium, Serum | 150 H | mmol/L | 135 - 148 | MB |
| | Potassium, Serum | 4.4 | mmol/L | 3.5 - 5 5 | MB |
| > | Chloride, Serum | 111 H | mmol/L | 96 - 109 | MB |
| | Carbon Dioxide, Total | 20 | mmol/L | 20 - 32 | MB |
| | Calcium, Serum | 10.5 | mg/dL | 8.5 - 10 6 | MB |
| | Phosphorus, Serum | 3 5 | mg/dL | 2.5 - 4 5 | MB |
| | Protein, Total, Serum | 7.9 | g/dL | 6 0 - 8.5 | ME |
| | Albumin, Serum | 4.4 | g/dL | 3.5 - 4 8 | MB |
| | Globulin, Total | 3.5 | g/dL | 1.5 - 4 5 | |
| | A/G Ratio | 1.3 | | 1.1 - 2 5 | |
| | Bilirubin, Total | 0.5 | mg/dL | 0 1 - 1 2 | MB |
| | Alkaline Phosphatase, Serum | 114 | IU/L | 25 - 160 | MB |
| > | LDH | 256 H | IU/L | 100 - 250 | MB |
| | AST (SGOT) | 24 | IU/L | 0 - 40 | MB |
| | ALT (SGPT) | 16 | IU/L | 0 - 40 | MB |
| | GGT | 24 | IU/L | 0 - 65 | MB |
| > | Iron, Serum | 173 H | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| | Lipids | | | | MB |
| > | Cholesterol, Total | 218 H | mg/dL | 100 - 199 | MB |
| | Triglycerides | 101 | mg/dL | 0 - 149 | |
| > | HDL Cholesterol | 31 L | mg/dL | 40 - 59 | MB |
| | VLDL Cholesterol Cal | 20 | mg/dL | 5 - 40 | |
| > | LDL Cholesterol Calc | 167 H | mg/dL | 0 - 99 | |
| | Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|

| Pat Name: CAMMON LONNIE | Pat ID: 238498 | Spec #: 077-205-5225-0 | Seq #: 4255 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 077-205-5225-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

PHY-3          FASTING
3/17          DOB

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| CAMMON,LONNIE | M | 77 / |

PT. ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 3/18/2005 | 7:36 | 3/18/2005 | 3/19/2005 | 7:16  4255 |

**CLINICAL INFORMATION**
CD- 41139314954

| PHYSICIAN ID | PATIENT ID |
|---|---|
| ROBBINS M | 238498 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs          AL   36507-0000

ACCOUNT NUMBER:  01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |
| 2+  Risk Factors | <130 | >or=130 | >or=130 |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 |
| > T. Chol/HDL Ratio | 7.0H | ratio units | 0.0 - 5.0 |
| > Estimated CHD Risk | 1.4H | times avg. | 0.0 - 1.0 |

```
                                    T. Chol/HDL Ratio
                              Men    Women
              1/2 Avg.Risk    3.4     3.3
                  Avg.Risk    5.0     4.4
              2X Avg.Risk     9.6     7.1
              3X Avg.Risk    23.4    11.0
```

The CHD Risk is based on the T Chol/HDL ratio  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

Prostate-Specific Ag, Serum
Prostate-Specific Ag, Serum     2.8   ng/mL          0.0 - 4.0     MB
Beckman (formerly Hybritech) ICMA methodology

LAB: MB LabCorp Birmingham          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

---

| Pat Name: CAMMON,LONNIE | Pat ID: 238498 | Spec #: 077-205-5225-0 | Seq #: 4255 |

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





**PHS**
Prison Health Services, Inc.

# LABORATORY
# NON-FORMULARY REQUEST FORM



Provider: To expedite the processing of this form, ALL sections must be completed and legible.

| Site Name & Number: **KCF-840** | Patient Name: **Cammon, Lonnie** | Date: **03,17,05** |
| Site Phone #: **334,215-6691** | Last     First     M.I. | |
| | Inmate Number: **238498** | ~~DOB~~ |
| Site Fax #: **334,215-6698** | Sex: ☑ Male  ☐ Female | PHS Custody Date: **03,16,05** |

| Requested Non-Formulary Test | Requested Non-Formulary Test |
|---|---|
| Code #: **010322** | Code #: |
| Description: **PSA** | Description: |
| Diagnostic: | Diagnostic: |
| What is your justification for this non-formulary test? **Protocol** | What is your justification for this non-formulary test? |
| ☐ Approved  ☐ More Information Needed | ☐ Approved  ☐ More Information Needed |
| ☐ Alternative Test Code & Description | ☐ Alternative Test Code & Description |

Practitioner Information:
Name: **Robbins  Michael**   Signature: _Mike Robbins_
    Last         First
Day/Eve Phone: **334,215-6691**   Pager Number: (_____)_____

It is the requesting practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be rendered. Any delay in ordering caused by an incomplete/illegible non-formulary request is the responsibility of the requesting practitioner.

Regional Medical Director Signature _____   Date ___/___/___

Laboratory Non-Formulary Request Form

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Cammon, Lonnie_     AIS# _238498_

Medication Allergies: _NKDA_                    DOB ████

Medical: Chronic (Long-Term) Problems
    Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
    Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 3-19-05 | PPD - Ømm @ 4/72 hr | | | |
| 8/25/05 | - D/D Multiple Joints 1986 | | | |
| | - CVA R Weakness | | | |
| | - Bladder Incontinence | | | |
| | - Glaucoma OY | | | |
| | - Cataract, OS | | | |
| | 11/22/05 Hep B Vacc. #1 Lot# AHBVB004BA EXP. 01/20/2006     12/22/05 Hep B Vacc. #2 Lot# AHBVB004BA EXP. 01/20/2006 | | | |
| | - S/P C spine surgery  DDD | | | |
| | - D/D Multiple Joints | | | |
| 5/2/06 | cellulitis L arm | | | ⑫ |

**If Asthmatic label:  Mild – Moderate – or Severe.

**A-4**

Nurse's Chronic Care Clinic

Date: 6/2/06    Time: 0920    Facility: Bccf

Check all applicable CICs being evaluated: ✓ Card/HTN __ DM __ GI __ ID __ PUL __ SZ __ TB

Vital Signs: BP 108/60 P 68 R 18 T 98
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __ Dates: ____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____ Dates: ____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____ Dates: ____

ALLERGIES: _NKA_                          CURRENT DIET: _Low Cholesterol_
MEDICATIONS: _listed_
DESCRIBE MED AND DIET ADHERANCE: _Compliant_
DESCRIBE ANY MED SIDE EFFECTS: _None noted_
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month ____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c ____ on ____ ; CD4 & HIV-RNA __/__ on ____
Peak Flow____ ; LFTs____ on ____ ; Serum Drug Levels __ on ____ ; EKG √ ; CXR ____
                                                                                              1/6/06

Medications:
Mevacor 20mg qd
ASA + 80 po qd

Patient Educated on:
& instructed on a Low Cholesterol
diet

Inmate Signature _Lonnie Common_

Nurses Signature and Title _____

_Common, Lonnie_
NAME

_M_          _B_                        _238498_
GENDER      RACE                        AIS

                                        DOB

(Revised 05/18/05)

PRISON HEALTH SERVICES

Physician's Chronic Care Clinic

Date: 6/2/06    Time: 0930    Facility: BCCF

Check all applicable CIC's being evaluated: ✓ Card/HTN _DM_GI_ID_PUL_SZ _TB

SUBJECTIVE:    No cupul

OBJECTIVE:   BP 100/160  HR 78  RR 18  Temp 98  Wt 142  Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today'
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Sta |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S |

PLAN:    Cont DSM Mercer

F/U:   Routine 90 days: _____ Other _____    Problem List Updated: Yes

Aug 6/2/06
Physician/NP/PA

Cammon, Lonnie
NAME

M
GENDER

B
RACE

238498
AIS#

_____
DOB

(Revised 5/18/05)

Nurse's Chronic Care Clinic

Date: 6/2/06   Time: 0920   Facility: Bccf

Check all applicable CICs being evaluated: ✓ Card/HTN __DM__ GI __ID__ PUL __SZ __TB

Vital Signs: BP 110/60 P 68 R 18 T 98
SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ___ Dates:
For seizure patients, list the # of witnessed seizures since the last CIC visits: ___ Dates:

ALLERGIES: NKA
MEDICATIONS: Listed                CURRENT DIET: Low Cholesterol
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: None noted
VACCINES: Flu_____ Pneumovax_____ Hep A_____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month_____
(*This should equate to one inhaler per month)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____; CD4 & HIV-RNA __/__ on_____;
Peak Flow___; LFTs___ on_____; Serum Drug Levels __ on_____; EKG ✓; CXR___

Medications:
Mevacor 40mg qd
ASA - po qd

Patient Educated on: ✓ Instructed on a Low Cholesterol
diet

Inmate Signature Lonnie Cammon

Nurses Signature and Title UW, RN

Cammon, Lonnie                        238498
_____NAME_____      _____AIS_____

M                    B                    ████████
GENDER              RACE                   DOB

(Revised 05/18/05)

PRISON HEALTH SERVICES

Physician's Chronic Care Clinic

Date: 6/2/06   Time: 0930   Facility: BCCF

Check all applicable CIC's being evaluated: ✓Card/HTN __DM _GI _ID _PUL _SZ _TB

SUBJECTIVE:

No cmpl

OBJECTIVE: BP 100/160  HR 108  RR 18  Temp 98  Wt 142  Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today'
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened.

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G F |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Stat |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I S |

PLAN:   Contre DSM Meale cr

F/U:   Routine 90 days:_____Other _____   Problem List Updated: Yes

_____
Physician/NP/PA

Cammon, Lonnie
NAME

M
GENDER

B
RACE

238498
AIS#

DOB

(Revised 5/18/05)

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 5/2/06    Time: 7²⁸am    Facility: ECF

Check all applicable CIC's being evaluated: __(Card)/HTN __DM__GI__ID__PUL__SZ __TB

<u>SUBJECTIVE:</u> 78 BM fr CCC c̄  O2Sat 9590
Hx Ⓡ CVA, Hx Swollen Ⓛ arm c̄ Pain reput/

<u>OBJECTIVE:</u> BP 110/60  HR 80  RR 16  Temp 97⁸ Wt 134 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

NAD USS

HEENT En: pupla Blind Ⓛ eye DT cataract

Ca RRR Ⓡ M/d              Ⓢ S+B

Lungs CTA                 Ⓝ N/U

ABD Soft NT               Ⓝ chest Pains today

EXT Ⓡ ECC N↑Ext Ⓛ arm warm to much tender to palp
PP 1+ DP 2+ BU
equal strength BILAT U Capry
LSSec

v 3/06

Chem ↑
29/1.2 (↑)
138/4.7
LFT
WNL

CBC

## ASSESSMENT:
Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/(CARD) | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G F P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I S W | I S W |

PLAN: Cont current Med tx Plan c̄ compliance to meds/ tx Plan
↓ SA↑↓ ↓FAT Diet c̄ ↑Exercise as tolerated

F/U: Routine 90 days: _____ Other _____    Problem List Updated: (Yes)   No

↑LASIX 40mg daily x 3 days, urate(d)
Bactrim DS ī po BID X10 days
eluate Ⓛ arm BID X 3 months

_Physician/NP/PA_

NAME  Cammon Ronnie

GENDER M    RACE B    AIS# 238498    DOB ▓▓▓▓▓

(Revised 2/28/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: _5/2/06_    Time: _730am_    Facility: _ECF_

Check all applicable CICs being evaluated: (Card/)HTN __DM __GI __ID __PUL __SZ __TB

**Vital Signs:** BP_____ P_____ R_____ T_____
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: ___Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:_____
ALLERGIES: _NKDA_
MEDICATIONS: _____ CURRENT DIET: _Reg_
DESCRIBE MED AND DIET ADHERANCE: _____
DESCRIBE ANY MED SIDE EFFECTS: _____
VACCINES: Flu_____ Pneumovax _____ Hep A _____ Hep B _____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____ : CD4 & HIV-RNA ___/___ on ____
Peak Flow___: LFTs____ on _____; Serum Drug Levels __ on _____ ; EKG _2/06_ CXR _4/06_

Medications:     Mevacor 40mg bid          CMP-) 3/06
EC ASA 325mg qd          CBC-)
LP-) 11/05

Patient Educated on:          (TP)
                              5/2/06

_____

Inmate Signature  X Lomie Cammon

Nurses Signature and Title  S Bush LPN

Cammon  Annie
         **NAME**

M                    B                    238498
**GENDER**          **RACE**            **AIS**

                                         **DOB**

01/31/05
Revised 5/18/2005

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _2/7/06_    Time: _1:30p_    Facility: _Elateility_

Check all applicable CIC's being evaluated: ✓_Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** c/o 97 pain — c/o CVA-R weakness - resolved - c/, pain to multiple joints - Denies weakness/numbness .

**OBJECTIVE:** BP _158/92_ HR _62_ RR _18_ Temp _95_ Wt ___ Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

NKDA. BP: 158/92   P: 62         HEENT: PERRLA, + otitis
Lungs: CTA                      HEART: RRR
Abd: benign                     ext: edema
c spine: full                   L arm = + mild edema
Neuro: intact -                    + tenderness at R/hand wrist

148/14/9
4.4/1.1
H12 = 31
LDL = 90

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened                    CVA

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G  F  P | G  F  P | G  F  P | G  F  P | G  F  P | G  F  P | G ⓕ P |
| Status | Status | Status | Status | Status | Status | Status |
| I  S  W | I  S  W | I  S  W | I  S  W | I  S  W | I  S  W | I ⓢ W |

**PLAN:** - continue Asa, Monicid .
- Enerly nertsline 1 per cne, ↓ salt/fat/cholest intake
- BP + ↓ ✓

**F/U:**   Routine 90 days: _X_ Other _____     Problem List Updated: (Yes)   No

_____  MD
Physician/NP/PA

_Cannon, Lonnie_
NAME

_m_
GENDER

_B_
RACE

_238498_
AIS#

_____
DOB

(Revised 2/28/05)

# F...SON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: __2/7/06__ Time: __1 pm__ Facility: __Easterly__

Check all applicable CICs being evaluated: __ ✓Card/HTN __DM __GI __ID __PUL __SZ __TB

**Vital Signs:** BP __158/92__ P __62__ R __18__ T __95__

## SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:_____

ALLERGIES: __NKA_____CURRENT DIET:_____
MEDICATIONS:_____
DESCRIBE MED AND DIET ADHERANCE:_____
DESCRIBE ANY MED SIDE EFFECTS: _____
VACCINES: Flu____Pneumovax_____Hep A_____Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on_____: CD4 & HIV-RNA ___/___ on_____:
Peak Flow___: LFTs____on_____; Serum Drug Levels __ on _____; EKG ____; CXR___:

Medications: __Ditropan 5 mg b.i.d__
__EC ASA 325 mg PO__
__Mevacor 40 mg b.i.d__
__NTG SL PRN__

Patient Educated on:
__Taking medication daily__

Inmate Signature_____

Nurses Signature and Title __J mckinnon__

__Cammon, Lennox__          __238498__
NAME                          AIS

__M__          __B__          ████████
GENDER          RACE          DOB

01/31/05
Revised 5/18/2005

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: __11/17/05__  Time: __11²⁰am__  Facility: __ECF__

Check all applicable CIC's being evaluated: __(Card)/HTN __DM__ GI__ ID__ PUL__ SZ__ TB  (CVA)

**SUBJECTIVE:** _(handwritten) 5/p 11 BM - s/p CVA with R weakness - c/o back pain now radiating, worse with movement. No chest pain, SOB, dizziness_

**OBJECTIVE:**  BP 120/70  HR 68  RR 16  Temp 97  Wt 120  Peak Flow____.

NOTE:  PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

_(handwritten clinical notes)_

NAD ___  Heart - reg, S1 S2 Snicker   170/14/93
Lungs: clear   Throat: NAD   L9/31
Abd: benign   chest + no edema   Tot chol: 139
HDL: 31
LDL: 90
Neuro: A&O x3 - CNs: intact   good coordination and equilibrium, slight   4+ 5+   HgbA - 14.7
4+ 5+

**ASSESSMENT:**  Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status:  I=Improved, S=Stable, W=Worsened   (CVA)

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G  F  P | G  (F)  P | G  F  P | G  F  P | G  F  P | G  F  P | G  (F)  P |
| Status | Status | Status | Status | Status | Status | Status |
| I  S  W | I  (S)  W | I  S  W | I  S  W | I  S  W | I  S  W | I  (S)  W |

**PLAN:**  - continue current hp - Tylenol tabs
- daily routine exercise, low salt/fat
- Tylenol (q 5e) MD tabs

**F/U:**  Routine 90 days: __✗__ Other _____     Problem List Updated: (Yes)  No

_____
Physician/NP/PA

Cammon Lonnie                          238498
NAME                                   AIS#

M          B
GENDER     RACE          DOB

(Revised 2/28/05)

# PRISON HEALTH SERVICES

### Nurse's Chronic Care Clinic

Date: __11/17/05__ Time: __11³⁰c__ Facility: __ECF__

Check all applicable CICs being evaluated: (Card/HTN) __DM__GI__ID__PUL__SZ__TB    CVA

**Vital Signs:** BP 120/70 P 63 R 16 T 97
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:_____

ALLERGIES: NKDA                  CURRENT DIET:_____
MEDICATIONS:_____
DESCRIBE MED AND DIET ADHERANCE:_____
DESCRIBE ANY MED SIDE EFFECTS:_____
VACCINES: Flu____Pneumovax____Hep A_____Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on_____: CD4 & HIV-RNA ___/___ on_____:
Peak Flow___: LFTs____ on_____; Serum Drug Levels __ on_____; EKG 10/05; CXR___:

Medications:   EC ASA 325mg qd                    CMP14
                                                   Lipids / 11/05
        Ditropan 5mg bid
        Mevacor 40mg bid

Patient Educated on:   med compliance
_____

Inmate Signature  x for in Cammon

Nurses Signature and Title  SPerSHUPN

Cammon Lonnie
NAME

 4M                          B                      238498
GENDER                      RACE                     AIS

                                                     DOB

01/31/05
Revised 5/18/2005

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _8/28/05_    Time: _14:15_    Facility: _NASTURLING_

Check all applicable CIC's being evaluated: __(Card/HTN)__DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** 77 BM - s/c CVA R weakness 1986, ↑ chol/T - bladder incontinence s/c chronic LBP

**OBJECTIVE:** BP _104/70_ HR _72_ RR _17_ Temp _98_ Wt _128_ Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

HDL: 31
LDL: 167

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

CVA

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | (F) | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | (S) | W |

**PLAN:** - Start ASA, Mevacor
- Daily resistive exercise - walking and strength
- Lab in 6 weeks

**F/U:** Routine 90 days: _X_ Other _____    Problem List Updated: (Yes)    No

_____
Physician/NP/PA    MD

CKMMOND  LONONIE
**NAME**

_2384 98_
**AIS#**

_M_
**GENDER**

_B_
**RACE**

**DOB**

(Revised 5/18/05)



**PHS**
PRISON HEALTH SERVICES, INC

# HEALTH EVALUATION

## I.    HISTORY – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | See Problem list |
| Smoke, Dip or Chew | ✓ | | |
| ALLERGIES | | ✓ | |

Weight 138  Temp 98  Pulse 76  Resp 16  Blood Pressure 120/70

**If greater than > 140/60, repeat in 1hour.**

Eye Exam: 20/50 OD  20/20 OS  20/40 OU

**Refer to M.D. if remains > 140/90.**

## II.    TESTING – (LPN or RN)       RESULTS

Tuberculin Skin Test (q yr)     Date given 3/15/06 Site LFA
                                Read on 3/18/06 Results 0 mm

Past Positive TB Skin Test  →   **Survey Completed**
(Chest x-ray if clinical symptoms)  Date _____ Results _____
RPR (q 3 yrs)                   Date 3/05 Results R
EKG (baseline at 35, over 45 q 3 yrs)  2/06
Cholesterol (at 35 then q 5 yrs)  11/05
Finger Stick Blood Sugar        Results 81
* If > than 200 repeat Finger Stick BS within 48 hours  Results _____
Optometry Exam (@ 50 if not already seen)  2/7/06
Mammogram                       Date _____ Results _____
     (females @ 40, q 2 yrs/other M.D. order)

## III.    PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

Heart                               RRR
Lungs                               Clear
Breast Exam                         _____
Rectal (yearly after 45)   appt. made  Results    normal  3/27/06
   with Hemocult                    Results    negative
Pelvic and PAP (q 1 yr)             Date _____ Results _____

Facility ECF    Nurse Signature S Bush LPN    Date 3/15/06

M.D. or Mid-Level Signature _____    Date 3/17/06

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Cammon Lonnie | 238498 | ▮▮▮▮ | B/m |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE HEALTH EVALUATION

NAME: _Cammon, Lonnie_
AIS #: _238498_
D.O.B.: _____

Age _77_  Sex _M_  Race _B_  Height _5'9_  Weight _140_

Temp: _97.1_  B/P: _118|68_  Pulse: _78_  Resp: _20_

** B/P – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

Do you now or have you <u>ever</u> had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | ✓ | | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems _Glaucoma, cataracts_ | | | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | ✓ | | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | | **LMP** | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | Date | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | ✓ | | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | | ✓ | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | ✓ | Type: | | |
| Asthma * | | ✓ | PPD - date given: _3-17-05_ | | | | | |

| | | | | | | | N | Ab |
|---|---|---|---|---|---|---|---|---|
| *Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | | |
| Bronchitis | | ✓ | Date read: _3-19-05_ | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: _0mm 24/M_ | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD _25_/OS _20/200_ | | | | | |
| Hay Fever/Allergies | | ✓ | OU _20/40 c glasses_ | | | EKG (@ age 35) | | |

Immunization History: _Td > 10 yrs_

Immunizations Needed: _Td 0.5cc ® deltoid_

Lot U1212BA
Tetanus and Diphtheria Toxoids Adsorbed
For Adult Use, DECAVAC™
US Govt Lic #1277
Mfd by: Aventis Pasteur Inc
Swiftwater PA 18370 USA
CPT® Code: 90718
0.5 mL
Rx only
4934

_March 17 tpd 3-17-05_

***HIV Medications: _Ø_

Acute or Chronic Problem Noted: (Y)  N    Refer to Mid-Level or M.D. if yes.

_[signature]_
RN or Mid-Level, Signature

_03/17/05   0940_
Date/Time

60511-AL

I have read the *access to health care* information sheets and have been given a copy     I understand how to access health care

Name _Lorin Cammon_____     Date _3 |70 5_____

AIS# _2 3 8 4 9 8_____

Medical Staff _M Hardy, npl_____     Date _3- 17-05_____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: 03/16/05 | AIS#: 238498 |
|---|---|

| Last Name: Cammon | First: Lonnie | Middle: O |
|---|---|---|
| Birthplace: Chambers County | DOB: | SS#: |

| ~~FEMALES:~~ Pregnancy test: (circle one)    Positive    Negative | B/P 104/76   Temp 97.9   Pulse 62   Resp 16   Weight 140 |
|---|---|
| | FSBS 79    If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
® Shldr surgery Arthritis Stroke

Previous Incarcerations (Date & Facility)
0

| Medications: ☐ None  Lortab | Special Diet (Prescribed) |
|---|---|
| Allergies: ☒ NKA | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form) (NO) |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE

### CLINICAL OBSERVATIONS

| 1) Level of Consciousness: (✓) Alert    (✓) Oriented; time, place, person<br>( ) Lethargic ( ) Stuporous ( ) Comatose<br><br>Describe:<br><br>2) General Appearance    (✓) Normal ( ) Abnormal<br><br>3) Signs of Trauma    ( ) Yes    (✓) No | 3) Substance Abuse:    ( ) Yes  ( ) No  ( ) Suspected<br>    ( ) Current intoxication/Abuse    ( ) Use  ( ) Withdrawal Symptons<br>                    ( ) Drugs (✓) Alcohol  a beer or 2<br>Describe- What kind? Amount/Frequency?<br><br>• If confirmed Benzo use  then call M.D  If can not be confirmed  call M.D<br><br>Last Use: (Time/Date): |
|---|---|
| 4a) Behavior/Conduct: (✓) Calm    ( ) Cooperative    ( ) Non-Violent<br>    ( ) Agitated    ( ) Uncooperative  ( ) Violent<br>    ( ) Manipulative  ( ) Disorganized<br>Describe: | 4b) Affect/Mood: ( ) Normal ( ) Manic    (✓) Depressed<br>    ( ) Euphoria    ( ) Flat    ( ) Emotionally Confused<br><br>Describe: |
| 4c) Perceptions:    ( ) Delusional        ( ) Hallucinations | ( ) Hearing Voices |
| 5a) Is there h/o actual suicide attempt?        ( ) Yes  (✓) No<br>5c) Is there evidence<br>If ANY of the above in #5 are circled staff MUST describe here include previous history and dates:<br><br>*Any abnormal observations #4 or 5 require immediate Mental Health Referral. | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No<br>5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No<br>Triggers for Suicide Watch<br>- Currently Suicidal<br>- History of actual attempt<br>- Fails to maintain control on<br>  Close Watch    Y or N | Triggers for Close Watch<br>- Emotionally distraught and unable<br>  to regain composure by end of<br>  intake process<br>- Actively hallucinating or not<br>  making any sense  Y or N |
| 6a) Communication Difficulties        ( ) Yes  (✓) No<br>6c) Hearing Impairment        (✓) Yes  ( ) No | 6b) Memory Defects        (✓) Yes  ( ) No<br>6d) Speech Difficulties        ( ) Yes  (✓) No |
| 7) Physical Aids: ( ) None  (✓) Glasses    ( ) Contacts    ( ) Hearing Aid  (✓) Dentures full set ( ) Cane    ( ) Crutches<br>    ( ) Walker    ( ) Wheelchair    ( ) Braces    ( ) Artificial Limb  ( ) Other | |
| 8) Additional comments  complaints  symptoms:        None<br>S)<br>O)    Fever  Y  (N)    Swollen Glands  Y  (N)    Signs of Infection  Y  (N)    Skin Intact  (Y)  N<br>A)<br>P) | |

If known Diabetic * Call M.D. for order _____    Initial Insulin given:_____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

_Lonnie Cammon_
Inmate's Signature/Date

_Susie Williams RN_
Health Provider Signature/Date

60412 AI

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

_Lonnie Cammon_

**Inmate Name**

_238498_

**AIS Number**

_Lonnie Cammon_

**Inmate Signature**

_12-22-05_

**Date**

**Dose Given** _20 mcg. (1 ml) / 2nd dose_

**Site Given** _R deltoid_

**Administered by** _L M Payne RN_

**Lot Number and Expiration Date** _AHBV0004BA_
_Exp. 1/20/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

DOB 2/20/28

Lonnie Cammon

**Inmate Name** _____    **AIS Number** _____

238498 Lonnie Common    11-22-05

**Inmate Signature** _____    **Date**

**Dose Given** _1 ml._

**Site Given** _(L) deltoid_

**Administered by** _S.McKinnon LPN_

**Lot Number and Expiration Date** Lot# AHBVB004BA
EXP. 01/20/2006

11/21/2005



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-13-06

**To:** DOC

**From:** HCU

**Inmate Name:** Cammon, Lonnie    **ID#:** 238498

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

May use diapers prn x 30 day.
6/13/06 → 7/13/06

**Date:** 6/13/06  **MD Signature:** Dr Siola fwhich  **Time:** 1900

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _6/8/06_

To: _DOC / BCCF_

From: _HCU_ _Lp_

Inmate Name: _Cannon, Lonnie_    ID#: _238498_

The following action is recommended for medical reasons:

1. House in _____
2. ~~Medical Isolation~~ _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

_Hemrroidal Cream x 20 days KOP._

_Ends   6/28/06_

Date: _6/8/06_    MD Signature: _Dr Seddig / Lp_    Time: _9:25 Am_

60418

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

Inmate's Name: _Lonnie Cannon 3/3 38498_   Date: _5/31/06_   Time: _____

DOB: _____   Officer _____   Institution: _BCCF_

### Booking Officer's Visual Opinion

|  |  | YES | NO |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | ✓ | |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | ✓ | |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition of show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal treats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ✓ | |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

If the answer is YES to any questions from 2-10 above, specify WHY in section below.

|  |  | YES | NO |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. | Are you on any special diet prescribed by a physician? (If YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor any illness? | ✓ | |
| 15. | Have you ever attempted suicide? | | ✓ |

(If YES, When? _____   How? _____

|  |  | YES | NO |
|---|---|---|---|
| 16. | Do you want to do any harm to yourself now? | | ✓ |

|  | YES | NO | NO RESPONSE |
|---|---|---|---|

17. Do you want to talk to a mental health counselor?

18. Are you allergic to any medication?

19. Have you recently fainted or had a head injury?

20. Do you have epilepsy?

21. Do you have a history of tuberculosis?

22. Do you have diabetes?

23. Do you have hepatitis?

24. Do you have a painful dental problem?

25. Do you have any medical problems we should know about?

26. Do you have a past alcohol or drug history?

    What type? _____ How much used? _____

    For how long? _____ Last time used? _____

Comments: (Unusual behavior, etc.)

_____

_____

_____

For the Officer:

27. Was the new inmate briefed on sick/dental call procedures?      Yes

28. This inmate was:    a. Released for normal processing      Yes

             b. Referred to appropriate health care unit

             c. Immediately sent to health care unit

_____
Officer's Signature

NOTE: This form is completed on inter and intra system transfers at receiving and will be filed in the inmates' medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_____
Inmate's Signature

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 5/31/06

To: DOC

From: Infirmary

Inmate Name: Cannon Lonnie    ID#: 238498

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

Comments: Lay in X 1 year
Stop 5/31/07

Date: 5/31/06  MD Signature: Dr Edley/med    Time: 1530

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5-2-06

**To:** Doc

**From:** PHS

**Inmate Name:** Cammon Lonnie     **ID#:** 238498

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Elevate (L) arm X 3mo

May use laundry Bag

5-3-06 → 8-3-06

**Date:** 5-3-06   **MD Signature:** W A Daberug   **Time:** 9:00

X Lonnie Cammon

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Cummon, Lonnie_

Date of Birth: ▬▬▬▬▬▬▬    Social Security No: _____

Date: _7/26/06_    Time: _5:20_    A.M.
P.M.

This is to certify that I, _Lonnie Cummon_ , currently in
(Print Inmate's Name)

custody at the _BCCF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick Call_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Lonnie Cummons_    _Jewanda Gipling LPN_
(Signature of Inmate)**    (Signature of Medical Person)

_Hannah Johnson COI_    _Gloria Rogers as_
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Cammon, Lonnie    # 238498_

(Date of Birth: ~~▬▬▬~~ _____    Social Security No.: _____

Date: _4-17-06_    Time: _130_    A.M.
(P.M.)

This is to certify that I _____ _Lonnie Cammon_ _____ , currently in
(Print Inmate's Name)

custody at the _____ _ECF_ _____ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _NO Show sick call 4-17-06_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X _Lonnie Cammon_        _[signature]_
(Signature of Inmate)**        (Signature of Medical Person)

_____        _____
(Witness)        (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Lonnie Cammon_

Date of Birth: ~~████████████~~     Social Security No: ~~████████████~~

Date: _4/12/06_     Time: _7:09_ (A.M.) ~~P.M.~~

This is to certify that I, _Lonnie Cammon_ , currently in
(Print Inmate's Name)

custody at the _Eastering C.F._ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Dr. Darbouze appointment._
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

x _Lonnie Cammon 238498_     _M Payne RN_
(Signature of Inmate)**                   (Signature of Medical Person)

_____ _ov5_     _____
(Witness)                                          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3/15/06

**To:** DOC

**From:** NCU

**Inmate Name:** Cammon Lonnie    **ID#:** 238498

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Return on 3/17/06 @ 6³⁰am for PPD reading —

**Date:** 3/15/06    **MD Signature:** Darbune /8B    **Time:** 10³⁰

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _3/9/06_

To: _Doc_

From: _PHS_

Inmate Name: _Cammon Lonnie_    ID#: _238798_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** _Sling ① arm x 2 weeks 3/9/06 – 3/23/06_
_Lay-in profile x 6 months 3/9/06 – 9/9/06_
_Keep ① hand ↑ x 2 weeks 3/9/06 – 3/23/06._

Date: _3/9/06_  MD Signature: _UO Dr Darbry_  Time: _12⁵⁰ pm_

_Lonnie Cammie_

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: 3/13/06

To: DOC

From: PHS

Inmate Name: Cammon Lonnie    ID#: 238498

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Allow pt to have Ace Wraps x 2.

_____

_____

_____

_____

Date: 3/13/06    MD Signature: Jo Dr Darby MD    Time: 10 30 Am

X _Lonnie Cammon_

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, ___Cammon    Lonnie___                                    ___238498___
    (Print Name)                                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

( ) Eyeglasses

( ) Dentures

( ) Prothesis     describe _____

( ) Wheelchair

( ) Cane

( ) Crutches

(X) Other         describe ___Sling   for   arm   (blue)___

I acknowledge that the equipment/appliance is functional for my use

I also acknowledge the equipment/appliance is in good working condition.


X _Lonnie Cammon_____        _3/10/06___
  (Inmate)                            (Date)

_M Payne RN_____          _3/10/06___
  (Witness)                           (Date)

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Cammon, Lonnie | 238498 | ▓▓▓▓ | B/M | Easterling |

PHS-MD-70005                   (White – Medical File  Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | East |
|---|---|---|---|
| 3/9/06 | 10:15 ☑AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

| ALLERGIES | | CONDITION ON ADMISSION |
|---|---|---|
| NKDA | 141# | ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98⁸ ☑ORAL ☐RECTAL   RESP 16   PULSE 64   B/P 130/80   RECHECK IF SYSTOLIC <100> 50 _____

NATURE OF INJURY OR ILLNESS

S To see the mo
About my arm.

O Edema noted to
L arm. Skin warm & dry
to the touch. Able to
overcome gravity to ext. No
broken areas or bruises noted
to ext.

A alteration in tissue
perfusion.
P To see mo this-Am

| | ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3/9/06 | 10:20 ☐AM ☑PM | ☑ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Cammon Lonnie | 238498 | ▓▓▓ | B/m | East |

**PHS**

## Nursing Evaluation Tool:                           General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Cammon                    Lonnie
                    Last                           First

Inmate Number: 238498          Date of Birth: ▓▓▓▓▓▓
                                                    MM    DD

Date of Report: 2 / 26 / 06          Time Seen: 2:00    AM / PM  Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): My arm is hurting & I need my toe Nail
Onset: taken off   X 2 mo

Brief History: My arm is Still hurting & Swollen.
(Continue on back if necessary)

---

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98² P: 80  RR: 16  B/P: 134 / 76

Examination Findings: Edema Noted to ↑ Left arm. Has
(Continue on back if necessary)
difficulty Moving arm. Fungus & thick Nail Noted to
big toe Ⓡ Ft

---

**Assessment: (Referral Status)**     Preliminary Determination(s): Alteration in Comfort   ☐ Check Here if additional notes on back
☒ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _____    Date for referral: 3 / 1 / 06
                                                                          MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _McKinnon_R_          Name: _McKinnon_
    Nurses Signature              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 2/16/06 | TIME 9:25 AM PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98⁹ | ORAL RECTAL 02 97% | RESP 16 | PULSE 71 | B/P 110/70 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "Being swelling ever since I've
been here."
O- B/m ambulated to HCU c̄
even steady gait. A+O x3. Skin
w/D. Left hand + arm swollen.
Chart shows that pt. was seen
by Dr. Darbouze on 2-15-06 +
was started on Naprosin, 375mg
Bid.
A- Alt. in health Maintenance
P- Continue on medication as
Prescribed. — M. Moats LPN

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Continue to take medication + elevate arm

| DISCHARGE DATE 2/16/06 | TIME 9:35 AM PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M. Moats LPN | DATE 2-16-06 | PHYSICIAN'S SIGNATURE | DATE 2/20/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) Cammon, Lonnie | DOC# 23 84 | DOB | R/S B/M | FAC ECF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2-7-06

**To:** ADOC (Easterling)

**From:** PHS (Easterly)

**Inmate Name:** Cammon, Lonnie    **ID#:** 238498

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. (Other) BP + Pulse Ф D X 3 days c̄ SAn

**Comments:**  2/8/06  BP ___A___    P ___Ф___
2/9/06  BP  130/80    P  72
2/10/06  BP  138/78   P  76
2-11-06     140/76    P  65

_____A 2/21/06_____

**Date:** 2/7/06    **MD Signature:** V.S. Dr Darbou~ PMCR    **Time:** 2

X Lonnie Cammon



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 1/24/06 | TIME 1110 AM/PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | Wt. 140 | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 98   ORAL/RECTAL   RESP 16   PULSE 88   B/P 102/60   RECHECK IF SYSTOLIC <100> 50 _____

**NATURE OF INJURY OR ILLNESS**

S-"my left side is hurt + swollen, H/A

O2 Sat – 93%

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Blm Amb. to Hcu c steady gait A+Ox3 Resp c ease Skin W/D c/o pain to L arm Swelling noted + discoloration or deformity noted.

A-Pt. in comfort

P-To see MD for eval.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 1/24/06 | TIME AM PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE SBushual | DATE 1/24 | PHYSICIAN'S SIGNATURE | DATE 1/24/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST FIRST MIDDLE) Camman Lonnie | DOC# 238498 | DOB | R/S Blm | FAC ECF |
|---|---|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Lonnie   Cammon_

Date of Birth: ▮▮▮▮▮▮▮▮▮          Social Security No: _____

Date: _1-28-200_          Time: _800_          A.M.
                                                 (P.M.)

This is to certify that I, _Lonnie   Cammon_ , currently in
                          (Print Inmate's Name)

custody at the _____ _Ebr_ _____ , am refusing to
                          (Print Facility's Name)

accept the following treatment/recommendations: _S/C   1-23-200_
                                                  (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

_Lonnie Cammon_                          _____
(Signature of Inmate)**                    (Signature of Medical Person)

_____                        _____
(Witness)                                  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

SC115 (5/85)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: 1-23-06

To: Doc

From: PHS

Inmate Name: Camman Lonnie    ID#: 238498

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other  BP & Pulse ✓ every day X3 day

Comments:  5 Am # hour

1-24  BP 120/64  P 74

1-25  BP 110/60  P 100

1-26  BP 122/20  P 68                    A 1/26/06

Date: 1-23-06  MD Signature VO RxDabur/fm    Time: 9:00 A

Lonnie Camman

60418





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: Cammon, Lonnie

Date of Birth: 7-2-28          Social Security No.: 238498

Date: 12/4/05          Time: 7          A.M.
                                               P.M.

This is to certify that I, Lonnie Cammon , currently in
(Print Inmate's Name)

custody at the Easterling , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: No Show for Sick call
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

_____          _____
(Signature of Inmate)**                    (Signature of Medical Person)

_____          _____
(Witness)                                  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member

60115 (5/85)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _11/29/05_

To: _DOC_

From: _HCU_

Inmate Name: _Cannion Lonnie_    ID#: _238498_

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:** _May have walking_
_cane to keep on person_

_____

_____

Date: _11/29/05_  MD Signature: _Darbour / SB_  Time: _7³⁰ c_

_Lonnie Cannon_

60418

DEPARTMENT OF CORRECTIONS

EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 11-19-05 | TIME 455 AM/PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |

ALLERGIES NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97² ORAL/RECTAL   RESP 18   PULSE 77   B/P 160/86   RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |

S: "I fell stepping up on the porch at the gym. I didn't step up high enough"

O: B/m to HCU via wheelchair. A&O x 3. Resp even et unlabored. Skin warm et dry to touch.
C/o pain ® Knee. Reddened

PHYSICAL EXAMINATION

area noted to medial aspect of ® Knee. Mild swelling noted. Ø deformity noted. Partial weight bearing at this time

A: Doc Body Chart

ORDERS MEDICATION, etc.

P: Apply ice to ® Knee and elevate. Hold in infirmary for observation. Motrin 400mg po bid x 3 days.

510 am - Ambulated in ER. States "it doesn't hurt like it did. I think I'll be OK"

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 11/19/05 | TIME 510 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE Infirmary for observation | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE Hawkins LPN | DATE 11-19-05 | PHYSICIAN'S SIGNATURE | DATE 11/21/05 | CONSULTATION |

PATIENT'S NAME (LAST, FIRST, MIDDLE) Cammon, Lonnie   AGE 77   DATE OF BIRTH   R/S B/m   AIS # 238498



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Cammon, Lonnie_

Date of Birth: ▬▬▬▬▬▬  Social Security No.: _238498_

Date: _11-19-05_  Time: _520_  (A.M.) P.M.

This is to certify that I _Cammon, Lonnie_ , currently in
(Print Inmate's Name)

custody at the _ECF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Refused to Stay in infirmary_
(Specify in Detail)

_for Observation_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

_Lonnie Cammon_
(Signature of Inmate)**

_J. Dawkins Lpn._
(Signature of Medical Person)

_____
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5-85)

7B6O



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Lonnie Cammon_

Date of Birth: _____    Social Security No: _____

Date: _10-12-05_    Time: _11:03_    (A.M.)
    P.M.

This is to certify that I, _____, currently in
                                            (Print Inmate's Name)

custody at the _Easterling Corr. Facility_ , am refusing to
                        (Print Facility's Name)

accept the following treatment/recommendations: _MD Appt_
                                                    (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which may result from this action/refusal and I personally assume all responsibility for my welfare.

_Lonnie Cammon_ 238498    _J McKinnon_
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
        (Witness)                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS

**Nursing Evaluation Tool:**

**Chest Pain**

Facility: _Esterly_
Patient Name: _Cammon_                  _Lonnie_
                Last                      First
Inmate Number: _238498_        Date of Birth: ▒▒▒▒▒
Date of Report: _10_ , _05_ , _2005_      Time Seen: _635_ AM / PM Circle One
              MM   DD    YYYY

_Subjective_  Chief Complaint(s): _"I hurt under both arms into my arm_
_+ wheezing_

Onset: _Pn_                    Activity prior to onset: _None_
History: _Pt states they won't let me have the Loratab_
(Continue on back if necessary) _here + I take care of all my pain" Hurts some right here leg_

Description of Pain: ☐ Burning ☐ Stabbing ☐ Dull/Achy ☐ Pressure-like ☐ Crushing ☑ Other: _Pt states all the time_   ☐ Check Here if additional notes on back
Duration of Pain: _All the time_                    Does anything relieve the pain? _Loratab_
Onset of Pain: ☐ New onset ☐ Sudden ☐ Gradual ☑ Chronic  Pain Scale: (1-10) _States_   History of injury? ☐ YES ☑ NO
Radiation: ☐ No radiation    ☐ Radiation to: _"I don't know"_
Aggravating Factors: ☐ Exertion ☐ Stress ☐ Food intake ☐ Movement ☐ Coughing ☑ Other: _Requests Loratab_
Associated Symptoms: ☐ Nausea/Vomiting ☐ Diaphoresis ☐ Dyspnea ☐ Syncope ☐ Cough ☐ Sputum production ☐ Hemoptysis
                     ☐ Fever ☐ Chills
Cardiac Risk Factors: ☐ Family history  ☐ Smoke: ___ ppd/___ years ☐ Hypertension ☐ Diabetes ☐ Hyperlipidemia ☐ CAD
History of: ☐ Peptic ulcer ☐ Illicit drug use  ☐ Cardiac disease ☐ Nitroglycerin use

_Objective:_  Vital Signs: (As Indicated) T: _98_ P: _61_ RR: _18_ B/P: _138_ _94_  _pso_ _97%_
                     Pulse Ox %: _97_ % ☑ Room Air ☐ O2 LPM: _____
General Appearance: ☑ No acute distress ☑ Alert ☑ Oriented x _3_  ☐ Anxious ☐ Acute distress    Lung sounds:
Color: ☑ Normal  ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced                                    **Right**        **Left**
Skin: ☑ Warm ☐ Dry ☐ Cool ☐ Moist/Clammy                           ☑  Clear         ☐
EKG ordered? ☐ YES ☑ NO --- _Done - BC_                              ☐  Diminished    ☐
EKG interpretation / computer read or available for physician? ☑ YES ☐ NO   ☐  Crackles      ☐
                                                                    ☐  Rhonchi       ☐
☑ Additional Examination: _No SOB, Cyanosis or NVD Noted. Pt shows_   ☐  Wheezing      ☐
(Continue on back if necessary) _no visible distress noted. Pt States it hurts "Some in my Chest"_
                                                                    ☐ Check Here if continued on back

_Assessment: (Referral Status)_        Preliminary Determination(s): _Alt w/ comfort R/T C/O_
☑ Referral NOT Required

☐ Referral Required due to the following: (Check all that apply)
    ☐ Acute distress      ☐ Abnormal vital signs
    ☐ Cardiac history     ☐ Suspicious cardiac symptomology    ☑ Recurrent Complaint (More than 2 visits for same complaint)
    ☐ History of recent illicit drug use  ☐ Other: _Pt Signed a Waiver_  ☐ Cardiac Risk Factor present
    Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
    appropriate care to be given.

_Plan:_  Check All That Apply: *Acute distress – arrange for immediate emergency transport*
    ☐ Administer oxygen if in acute distress       ☐ ASA _____ mg po
    ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
        as well as appropriate follow-up ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Instructions to return if condition worsens
    ☑ Other: _Pt Signed a Waiver Refused + Wait for orders from_
    _MD Noted_
OTC Medications given ☐ NO ☑ YES (If Yes List): _Advil given Now_
                            (Describe)
Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _Dr Dubay_            Date for referral: _10_ , _06_ , _05_
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____        MM   DD   YYYY
                                                                            Time

X _____          Name: _D. Shehane_ _RN_
    Nurses Signature                        Printed



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: *CAMMON LONNIE*

Date of Birth: ▬▬▬▬▬    Social Security No: *238498*

Date: *10/05/05*    Time: *135*    A.M. / ~~P.M.~~

This is to certify that I, *CAMMON Lonnie* , currently in
(Print Inmate's Name)

custody at the *EASterleg* , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *To Stay Until MD Calling back*
(Specify in Detail)
*about Body Chent + EKG per C/o Chest discomfort*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X *Lonnie Cammon*    X _____
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

G0115 (5/85)



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Lonie Cammon    238498_

Date of Birth: ███████████    Social Security No: _____

Date: _9-8-05_    Time: _____    A.M.
P.M.

This is to certify that I, _Lonnie Cammon_ , currently in
(Print Inmate's Name)

custody at the _____ _Easterling_ _____ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _____ _SIV_ _____
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Lonie Cammon 238498_    _[signature]_
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ___ | X |
| TB TEST CURRENT | X | ___ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ___ | X |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Ballemore, lpn_     DATE: _8-22-05_

I attest that the above statement is true to the best of my knowledge
PATIENT SIGNATURE: _Lonnie Cammon_     DATE: _8-22-05_

EXPIRATION DATE: _None_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Cammon Lonnie | 238498 | ▮▮▮ | Bm | EAS |

## EASTERLING CORRECTIONAL FACILITY
## PROCEDURE FOR ACCESS TO HEALTH CARE

ACCESS TO HEALTHCARE:   All inmates have access to healthcare 24 hours a day, 7 days a week.

SICK CALL SCREENING:  Treatment for routine medical, dental and mental health complaints are processed through nurse screening seven days a week.  You must complete a sick-call screening form and turn this form into medical services for processing.  You may obtain screening forms from any dorm cube or shift commander's office.  You need to place the screening form in the locked box located at the dining hall.  Sick Call forms for Segregation will be picked up by the nurse on the 4:00am medication rounds.  Sick Call Screening for population is held Sunday through Friday on second shift at 7:30pm.  Segregation Sick Call Screening is held during the 9:00pm pill call.  Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

FEE FOR SERVICE:  All health service requests are subject to a $3.00 co-pay that will be deducted from your PMOD account by The Department of Corrections, depending on the nature of your request.  Prison Health Services does not receive the monies collected from the co-pay.  Please realize that no one is denied care based on their inability to pay for services.

NOTIFICATION OF SCHEDULED APPOINTMENTS:  All scheduled appointments are placed in the inmate news letter on a daily basis.  It is your responsibility to check the newsletter on a daily basis.  If you fail to appear for any scheduled appointment, you will be required to sign a Release of Responsibility.

PILL CALL TIMES:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

MEDICAL EMERGENCIES:  Medical request on weekends and holidays are reviewed.  Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time.  All other request will be held until regular Sunday through Friday sick call.  Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time.  Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

DENTAL SICK CALL:  You are required to sign up for Dental sick call using the same procedure as medical sick call.  There is a $3.00 co-pay for dental screening.  There is no charge for follow up care scheduled through dental screening.  Population and Segregation Dental Screenings are held during sick call screenings at 7:30pm in the Health Care Unit.  Follow-up care, if needed, is scheduled at this time.  Emergency dental service is provided 24 hours a day with a dentist on call.  Those not meeting scheduled appointments must sign a refusal of treatment form.

ACCESS TO MENTAL HEALTH TREATMENT:  You can access mental health by filling out a sick call form and coming to sick call.  There is no co-pay for mental health services.  If you have a mental health emergency you should notify the nearest Correctional Officer so that prompt access is provided.



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6-13-05

**To:** ADOC

**From:** WW Nsg.

**Inmate Name:** Cammon, Lonnie    **ID#:** 238498

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Come to West Ward to get
Eye drops @ 8⁰⁰/A & 8⁰⁰/PM
Every day

**Date:** 6/13/05    **MD Signature:** V.O. Dr. Robbins /R Frank LPN    **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4-5-05

**To:** DOC

**From:** OPC

**Inmate Name:** Cammon, Lonnie       **ID#:** 238498

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Medica Hold until AFTER last inj.

Report TO OPC 4-13-05 & 4-20-05

_____

_____

**Date:** 4-5-05 **MD Signature:** UO M. Webb CRNP / Graves **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/01/05

W 22

**To:** ADOC

**From:** PHS—Dr. Bradford, Eye Doctor

**Inmate Name:** Cammon, Lonnie    **ID#:** 238498

The following action is recommended for medical reasons:

1. House in

2. Medical Isolation

3. Work restrictions

4. May have extra _____ until

5. Other

**Comments:**

Go to west ward at 9ᵃᵐ and 4ᵖᵐ everday to have your eye drops put instilled.

**Date:** 04/01/05  **MD Signature:** Dr. Bradford
Linda Bell    **Time:** 1510

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3-17-05

**To:** _____

**From:** _____

**Inmate Name:** Cammon, Lonnie    **ID#:** 238498

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other Bottom Bunk x 180 days _____

**Comments:**

_____

_____

_____

_____

**Date:** 3-17-05  **MD Signature:** M Webb CRNP/    **Time:** _____

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _CAMMON, LONNIE_     DATE: _3/16/05_   TIME: _8:45AM_

DOB: ▮▮▮▮▮▮   OFFICER: _Darnell Moore_   INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | |
| Is the skin in poor condition or show signs of vermin or rashes? | | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc ) | | |
| Is the inmate making any verbal threats to staff or other inmates? | | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | |
| Does the inmate have any obvious physical handicaps? | | |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    X    a  Released for normal processing

_____ b  Referred to health care unit

_____ c  Immediately sent to the health care unit


_Darnell Moore_
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



EXHIBIT
A-5



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: *Cammon Bonnie* | DIAGNOSIS |
| 258 *488* | *peroxysm tab 1, 1)* |
| D.O.B. ████  *9/11/06* | *prn x 15 days* |
| ALLERGIES: | *PO X 5 day/prn* |
| Use First    Date *9 / 11 / 06* | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

110 (4/03)

**MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Cannon, Lonnie
#238498

D.O.B.
ALLERGIES: NKDA

DIAGNOSIS (If Chg'd)

Use Last    Date   /   /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon, Lonnie
#238498

D.O.B.
ALLERGIES: NKDA

DIAGNOSIS (If Chg'd)

Use Fourth    Date   /   /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon, Lonnie
#238498

D.O.B.
ALLERGIES: NKDA

DIAGNOSIS (If Chg'd)
Dexicadua Eyedrops
Tylel 650 1c $\bar{t}$ x (10)

Use Third    Date   /   /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Common Lonnie

D.O.B.   /
ALLERGIES:

DIAGNOSIS (If Chg'd)
Key Lock profile X 6 months
T.O. Dr Siddiq /M Jackon

Use Second    Date  9/26/06        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cannon, L.

D.O.B.   /   /  238498
ALLERGIES:

DIAGNOSIS
Naprosyn 375 1c $\bar{t}$ x (10)

Use First    Date   /   /        ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

9/21/6



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Crumion, Connie*

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|---|---|---|

9/7/6  S) arthritis

O) 15D told Ellen arthrit
Back pa...
He refuses to take I/m SubS
med meds

A arthrit
P. will give napreyn su/food

10/10/6  S) 15D Eye Redns

O) med Compatible

5D will give Neomycin Eye dps



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_   Date of Request: _10-10-06_
ID # _238498_   Date of Birth: ▓▓▓▓▓ Location: _16/05_
Nature of problem or request: _Need To See Eye doctor_
_Something is Growing on my Eye_

_Thank you_
_Lonnie Cammon_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:

### General Sick Call

Facility: BBB

Patient Name: _Campbell Lonnie_

Inmate Number: _238498_ Last

First
Date of Birth: _____ MM DD YYYY MI

Date of Report: _9_ / _121_ / _06_
MM DD YYYY

Time Seen: _____ AM / PM  Circle One

**Subjective:** Chief Complaint(s): _arthritis pain getting worse_

Onset: _cont problem_

Brief History: _Chronic problem c̄ arthritis_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T:_____ P: _63_ RR: _18_ B/P: _138_ / _72_ _98_%

Examination Findings: _No apparent external findings @ present_
(Continue on back if necessary) _pain "9"_

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    **Preliminary Determination(s):** _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other:_____
         (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____ Date for referral: _9_/_21_/_06_
                                                                                    MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time

x _____    Name: _K Walker LPN_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammens_     Date of Request: _9-21-06_
ID # _23 8498_     Date of Birth: ▮▮▮▮ Location: _16-#1_
Nature of problem or request: _I Need A No Standing profile_
_I Cant Stand in that Long Line_

_Lonnie Cammons_
          *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                         CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
              Was MD/PA on call notified:    Yes ( )    No ( )

_____
           *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lonnie Cammon_     Date of Request: _9-20-06_

ID # ~~23758~~ _238498_   Date of Birth: ███ Location: _16-Q-06_

Nature of problem or request: _My Arthritis is bothering me. I_
_sign up a week ago I was suppose to be getting some_
_Medicine 2 week's ago. But my medicine has not been_
_there when I came to pill call._

_Lonnie Cammon_
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/21/06_
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S):   T: _____    P: _____    R: _____    BP: _____   WT: _134½_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )    No ( )

_K Wall_         _See Next_
_Note_
_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Lonnie Cammon_  Date ~~of~~ Request: _7-24-06_
ID # _258498_  Date of Birth: ~~_____~~  Location: _CC-24_
Nature of problem or request: _Cant hold Water or Urine._
_____
_____
_____

_Lonnie Cammon_
*Signature*

### DO NOT WRITE BELOW THIS LINE
_____

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

| Facility Name: | | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Naprasyn 375 mg — 0600 / 1100 / 1700
÷ PO hd

Start Date: 9/21/06   Prescriber: Seddy
Stop Date: 10/01/06   RX #: 8

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Robin Long | R | Mary Perras MC | | 1. Discontinued Order |
| Allergies | | | Mattie Jackson LPN ms | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 238498 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Cannon Lorar | | | | | 8. Medication Held |
| | | Date of Birth: | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 08/06 | |
|---|---|---|---|

**Mevacor 40MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

*See New Order Below*

Start Date: 05-09-2006     Prescriber: Darbouze, Jean
Stop Date: 08-06-2006     RX #: 251492214

**Aspirin EC 325MG EC Tab     30.00**

Take 1 tablet(s) by mouth daily

1100   *See New Order Below*

Start Date: 05-09-2006     Prescriber: Darbouze, Jean
Stop Date: 08-06-2006     RX #: 251492217

**NitroQuick 0.4MG SL Tab (Bottle)     1**

Dissolve one tablet under tongue as needed

*Reorder*

Start Date: 05-09-2006     Prescriber: Darbouze, Jean
Stop Date: 08-06-2006     RX #: 251492225

**Ditropan 5MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

*D/C*

Start Date: 05-09-2006     Prescriber: Darbouze, Jean
Stop Date: 08-06-2006     RX #: 251492231

**Naprosyn 250MG Tab     45.00**

Take 1 tablet(s) by mouth Three Times Daily

0700
1100
1700

Start Date: 07-18-2006     Prescriber: Siddiq, Tahir
Stop Date: 08-01-2006     RX #: 251737036

*Mevacor 20mg PO QD X 180 days*

1700

Start Date: 6/2/06     Prescriber: Siddiq
Stop Date: 12/2/06     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | *J Gosling LPN* | TJ | *Martha Jackson LPN* | mJ | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 238498 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| **Cammon, Lonnie** | | | Date of Birth: | | 9 No Show / 0 Other |

8/06

| Facility Name: BCCf | | | | | | | | | | | | Month/Year of Charting: 8/06 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ASA 325mg PO
QD x180days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | 9 | 9 | 9 | 9 | 9 | 9 | S | 9 | 9 | S | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 7 | 9 | 9 | 9 | S | 9 | 9 |

Start Date: 6/2/06    Prescriber: Siddiq

Stop Date: 12/2/06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Xppling LPN | TA | | | 1 Discontinued Order |
| Allergies NKDA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: | | | | | 6 Self Administered |
| Patient ID Number: 238498 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| | | | Date of Birth: | | 9 No Show |
| | | | | | 10 Other |

# PRISON HEALTH SERVICE

## Physician's Chronic Care Clinic

Date: 9/11/06    Time: 1510    Facility: BCCF

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

**SUBJECTIVE:** *(R) Forearm swelling*

**OBJECTIVE:** BP 101 /60 HR 73 RR 20 Temp 97 Wt 135 Peak Flow ____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** *Central menacer and prn naprosyn for periburtis*

F/U:  Routine 90 days: _____  Other _____   Problem List Updated: Yes   No

*Imate B/P 99 - Hers non compul imenacer*   *Dr 9/11/6*

Physician/NP/PA

Cammon, Lonnie _____ NAME

_____ GENDER   _____ RACE   238498 A/S#

DOB

(Revised 5/18/05)

DEPARTMENT OF CORRECTION
NURSE'S
## CVHTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES | NKA |
|---|---|---|---|---|

DATE/TIME 9/11/06

O: VS T 97 P 73 R 00 WT 135

HX a treadmill? Y (N)

BP 110/60    IF BP > 140/90 REFER TO MD/NP/PA

| | | | | Date: | |
|---|---|---|---|---|---|
| Do you smoke? | Y | (N) | HX bypass surgery: Y N | | |
| Use salt? | Y | (N) | Date: | | |
| Family History of CVHTN? | (Y) | N | | | |
| Obese? | Y | (N) | | | |
| Stress? | Y | (N) | | | |
| Blurred vision | Y | (N) | | | |
| Headache | Y | (N) | | | |
| Fatigue | (Y) | N | | | |
| Muscle weakness | (Y) | N | | | |
| Polyuria | (Y) | N | | | |
| Epistaxis | Y | (N) | P: LABS REVIEWED | | |
| S.O.B. | (Y) | N | Labs ordered | | |
| Compliant with meds | Y | (N) | Last CMP-14 | | |
| KOP | Y | N | Last EKG | | |
| Counseled on risk factors | (Y) | N | | | |
| Describe: | | | | | |
| | | | | | |
| Labs/EKG WNL      NA | Y | (N) | | | |
| CXR if over 50 | | | | | |
| Education Done Topic: Possible Heart attack & CVA | (Y) | N | | | |
| Recently admitted to hospital/infirmary | Y | (N) | CURRENT MEDICATIONS: | | |

Notes: ē Instructed on the
Need to comply ē
Medications as
ordered

Current Medications:
Mevacor 20 q
ASA – p o q

Status: (circle)
IMPROVED  (UNCHANGED)  WORS

Level of Control: (circle)
(GOOD)  FAIR  POOR

CCC WITH NURSE (circle)
1, 2, (3) Months

CCC WITH MD (circle)
1, 2, (3), 4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Cannon | 238498 | 78 | B M | [signature] |

Control  Good—BP < 140/90
Fair—BP 140-160/90/100
Poor—BP > 160/100

Status:  Improved—BP< previous visit
Unchanged—BP unchanged
Worsened—BP increased.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10/10/06_

**To:** _DOC_

**From:** _Hill,_

**Inmate Name:** _Cannon, Lonnie_        **ID#:** _238498_

**The following action is recommended for medical reasons:**

1.    House in _____

2.    Medical Isolation _____

3.    Work restrictions _____

4.    May have extra _____ until_____

5.    Other_____

**Comments:**

_Difficient eye drops x 30days_
_10/30/06_

**Date:** _10/10/06_    **MD Signature:** _Dr Seddiq/y Mosely Jon_    **Time:** _0900_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _9-26-06_

**To:** _Inmate_

**From:** _Medical_

**Inmate Name:** _Common Lonnie_     **ID#:** _238498_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Key lock profile X 6 Months_ _____

_9-26-06     3-26-07_

_____

_____

_____

**Date:** _9-26-06_  **MD Signature:** _Dr Siddiq /m factor_     **Time:** _06N_

60418



EXHIBIT
B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

LONNIE CAMMON, (AIS #236498),          *

                                       *

     Plaintiff,                        *

V.                                              2:06-cv-674-WKW

                                       *

DOCTOR SEDIET
and PRISON HEALTH SERVICES,            *

     Defendants.                       *

                                       *

### AFFIDAVIT OF TAHIR SIDDIQ, M.D.

    **BEFORE ME,** _____, a notary public in and for said County and

State, personally appeared **TAHIR SIDDIQ, M.D.**, and being duly sworn, deposed and

says on oath that the averments contained in the foregoing are true to the best of his

ability, information, knowledge and belief, as follows:

    "My name is Tahir Siddiq. I am a medical doctor and am over twenty-one years

of age. I am personally familiar with all of the facts set forth in this affidavit. I have

been licensed as a physician in Alabama since 1996, and have been board certified in

internal medicine since 1996. I have served as the Medical Director for Bullock

Correctional Facility in Union Springs, Alabama, since 1997. Since November 3, 2003,

my employment at Bullock County Correctional Facility has been with Prison Health

Services, Inc. ("PHS"), the company which currently contracts with the Alabama

Department of Corrections to provide medical services to inmates.

Lonnie Cammon (AIS #236498) is a 76 year old inmate who is currently incarcerated at Bullock County Correctional Facility. Mr. Cammon was transferred to Bullock from Easterling Correctional Facility on May 31, 2006. I am familiar with Mr. Cammon and have been involved with the medical services provided to him at Easterling. In addition, I have reviewed Mr. Cammon's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Cammon has filed a Complaint in this matter alleging that I failed to provide him with appropriate medical care on August 5, 2006 and August 11, 2006. Mr. Cammon does not, however, specify how I have failed to treat him appropriately. He also states that that I have acted inappropriately in failing to refer him specialty evaluation. Mr. Cammon's allegations are completely unfounded.

As discussed above, Mr. Cammon was transferred to Bullock on May 31, 2006. I evaluated Mr. Cammon on June 1, 2006 for complaints of swelling in the left arm. I provided Mr. Cammon with a physical evaluation and determined that he had swelling of the left elbow with tenderness. He exhibited strong pulses. I prescribed him a Decadron (corticosteroid) injection to combat swelling. He was prescribed Naproxen for pain.

On June 2, 2006 fluid was taken from Mr. Cammon's elbow. It was determined that he did not suffer from gout. On July 10, 2006, I again evaluated Mr. Cammon and determined that his swelling was greatly reduced. He exhibited good range of motion. On July 17, 2006, Mr. Cammon presented again with swelling in the forearm. I started Mr. Cammon on prednisone.

2

Contrary to the allegations in his Complaint, Mr. Cammon did not present to the healthcare unit for treatment on either August 5, 2006 or August 11, 2006. In fact, he did not present for treatment at all during the month of August 2006. He presented to the healthcare unit again on September 11, 2006 with renewed complaints for elbow and back pain. He refused further treatment at that time. Specialty evaluation is not medically indicated for Mr. Cammon's treatment.

Based on my review of Mr. Cammon's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock Correctional facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions at Bullock. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time have I, or any of the medical or nursing staff at Bullock Correctional Facility, denied Mr. Cammon any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Cammon. At all times, Mr. Cammon's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
TAHIR SIDDIQ, M.D.

3

STATE OF ALABAMA ) 

COUNTY OF _____ )

I, _Cynthia Rivers_____, a Notary Public in and for said State and County, hereby certify that TAHIR SIDDIQ, M.D. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

_October_ SWORN TO and SUBSCRIBED BEFORE ME on this the _26th_ day of _October_____, 200_6_.

_____
NOTARY PUBLIC
My Commission Expires: _7/15/10_

(NOTARIAL SEAL)



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LONNIE CAMMON, (AIS #236498),　　　*

　　　　　　　　　　　　　　　　　　*

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　*

V.　　　　　　　　　　　　　　　　　　　　2:06-cv-674-WKW

　　　　　　　　　　　　　　　　　　*

DOCTOR SEDIET
and PRISON HEALTH SERVICES,

　　　　　　　　　　　　　　　　　　*

　　　　Defendants.

　　　　　　　　　　　　　　　　　　*

## AFFIDAVIT OF KAY WILSON, R.N., H.S.A.

**BEFORE ME,** Grace M. Malay, a notary public in and for said County and State, personally appeared **KAY WILSON, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Kay Wilson. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1985. I hold a Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Easterling Correctional Facility in Clio, Alabama, since March of 2001. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Easterling Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Lonnie Cammon (AIS #236498) is an inmate who was incarcerated at Easterling Correctional Facility from August 22, 2005 through May 31, 2006 when he was transferred to Bullock County Correctional Facility. I am familiar with Mr. Cammon and have been involved with the medical and nursing services provided to him at Easterling. In addition, I have reviewed Mr. Cammon's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Cammon has filed a Complaint in this matter alleging that the nursing staff at Easterling failed to provide him with appropriate medications during the year 2006 and, as a result of this failure, Mr. Cammon was caused to suffer a stroke. Mr. Cammon's allegations are simply unfounded.

Mr. Cammon was maintained with numerous medications while incarcerated at Easterling during the year 2006. Specifically, Mr. Cammon was prescribed Ditropan[1], NitroQuick/Nitroglycerin[2], Aspirin[3], Mevacor[4], Tylenol, KCL, Bactrim[5], Isordil[6], Lasix[7], Zantac[8], Prednisone[9], Feldene[10] Cosopt[11], Colchicine[12], Artificial tears, Miconazole

---

[1] Ditropan is indicated to help control the symptoms of overactive bladder.

[2] Nitroglycerin dilates blood vessels to prevent angina.

[3] Prevention and treatment of stroke and heart attack.

[4] Mevacor is indicated for treatment of high cholesterol.

[5] Bactrim is an antibiotic.

[6] Isordil is prescribed to relieve or prevent angina pectoris. Isordil dilates the blood vessels by relaxing the muscles in their walls.

[7] Lasix is a loop diuretic (water pill) that prevents the body from absorbing too much salt, allowing the salt to instead be passed in urine.

[8] Zantac is in a class of drugs called histamine receptor antagonists. Zantac works by decreasing the amount of acid the stomach produces.

[9] Prednisone is used alone or with other medications to treat the symptoms of low corticosteroid levels (lack of certain substances that are usually produced by the body and are needed for normal body functioning).

[10] Feldene, a nonsteroidal anti-inflammatory drug, is used to relieve the inflammation, swelling, stiffness, and joint pain associated with rheumatoid arthritis and osteoarthritis.

[11] Cosopt lowers high pressure in the eye, a problem typically caused by the condition known as open-angle glaucoma. Cosopt works by reducing production of the liquid that fills the eyeball.

[12] Colchicine is used to prevent or treat attacks of gout.

Cream[13] and Bengay. These medications were prescribed to Mr. Cammon by Easterling's Medical Director, Jean Darbouze, M.D., and were adjusted by Dr. Darbouze as warranted by his changing medical condition. The nursing staff at Easterling gave Mr. Cammon his medications as prescribed. There is no indication that any of Mr. Cammon's medications have caused him to suffer a stroke.

Based on my review of Mr. Cammon's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that his medical conditions were evaluated and treated in a timely and appropriate fashion at Easterling Correctional Facility. At all times, myself and the other healthcare providers at Easterling exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care was adhered to at all times in providing medical care, nursing care, evaluation, and treatment to this inmate. At no time did I or any of the medical or nursing staff at Easterling deny Mr. Cammon any needed medical or nursing treatment, nor did we ever act with deliberate indifference to any serious medical need of Mr. Cammon. At all times, Mr. Cammon's medical conditions were addressed as promptly as possible under the circumstances. "

Further affiant sayeth not.

Kay Wilson, RN/HSA

KAY WILSON, R.N., H.S.A.

---

[13] Miconazole cream is an antifungal type of antibiotic. Miconazole cream is used to treat fungal skin infections such as candida, ringworm, athlete's foot, and jock itch.

STATE OF ALABAMA            )
                           )
COUNTY OF Barbour          )

     Sworn to and subscribed before me on this the ___26th___ day of October , 2006.

_Grace M. McMullin_

Notary Public

My Commission Expires:

___03|31|07.___