THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE CAMMON, #236498, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-674-WKW[WO] |
| | ) | |
| DR. SEDIET, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 29, 2009, the Magistrate Judge filed a Recommendation (Doc. # 27) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case, it is ORDERED that the Recommendation (Doc. # 27) is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 23rd day of February, 2009.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE